# EXHIBIT 5

# Court of Appeals, State of Michigan

# ORDER

HUWAIDA ARRAF V MICHIGAN DEMOCRATIC PARTY

Docket No. 372371

LC No. 24-000711-CK

Michael F. Gadola
Presiding Judge

Mark J. Cavanagh

Mark T. Boonstra
Judges

The motion for immediate consideration is GRANTED.

The application for leave to appeal is DENIED for failure to persuade the Court of the need for immediate appellate review.

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

September 9, 2024
Date

Chief Clerk