# EXHIBIT 6



Huwaida Arraf <huwaida.arraf@gmail.com>

## Re: Arraf v Michigan Democratic Party 24-711-CK -
1 message

**Shereef Akeel** <shereef@akeelvalentine.com>  Wed, Sep 11, 2024 at 10:34 AM
To: "Eldridge, Scott R." <eldridge@millercanfield.com>, Kacie Smith <KSmith@ingham.org>, Hayden Pendergrass <hayden@akeelvalentine.com>, Heather Meingast <meingasth@michigan.gov>
Cc: "Giroux, Erika L." <Giroux@millercanfield.com>, Alysha Trudgeon <ATrudgeon@ingham.org>, "Fitch, Alisha A" <Fitch@millercanfield.com>, Daniel Cermak <daniel@akeelvalentine.com>

Good Morning Counsel,

I am writing with the hopes of resolving this matter without the need to continue litigating this case. Plaintiffs simply seek transparency, which, the Michigan Democratic Party should be interested to provide. If the MDP will produce the following, Plaintiffs *will* voluntarily dismiss this lawsuit:

1. The raw data from the VOATZ app as it was provided to the MDP immediately after the vote closed, at 4:39pm on Saturday, August 24, 2024, including timestamp and geolocation from where the vote was cast.
2. A list of the MDP members who were properly credentialed to vote by 2:00pm on Saturday, August 24, 2024

Both of these items are straightforward and easy to produce. They will help us understand and rectify the discrepancies in the voting data that was provided to Arraf by Lavora Barnes on August 25, 2024. This data is discoverable and will be requested during discovery anyway, so there should be no harm in producing it now.

Please advise. Thank you

Shereef Akeel, Esq.

Akeel & Valentine, PLC

888 W. Big Beaver Road

Suite 350

Troy, MI 48084

Tel: (248) 269-9595

Email: Shereef@akeelvalentine.com

www.akeelvalentine.com