# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUWAIDA ARRAF, JENNIFER KIRBY, and MADELEINE TOCCO, individually and on behalf of all similarly situated,<br><br>v.<br><br>MICHIGAN DEMOCRATIC PARTY, LAVORA BARNES, in her official capacity as Chair of the Michigan Democratic Party, and CHRISTINE JENSEN, in her official capacity as executive director of the Michigan Democratic Party, | Case No. 24-cv-00933<br>Hon. Jane M. Beckering <br><br>TO: Michigan Democratic Party<br>ADDRESS:<br>606 Townsend<br>Lansing, MI 48933 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **21** days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Huwaida Arraf
45836 Eden Dr.
Macomb, MI 48044

CLERK OF COURT



By: Deputy Clerk                September 12, 2024
                                        Date

---

## PROOF OF SERVICE

This summons for **Michigan Democratic Party** was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                         _____
                                                                   Server's signature

Additional information regarding attempted service, etc.:        _____
                                                                   Server's printed name and title

                                                                 _____
                                                                       Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUWAIDA ARRAF, JENNIFER KIRBY, and MADELEINE TOCCO, individually and on behalf of all similarly situated, <br><br> v. <br><br> MICHIGAN DEMOCRATIC PARTY, LAVORA BARNES, in her official capacity as Chair of the Michigan Democratic Party, and CHRISTINE JENSEN, in her official capacity as executive director of the Michigan Democratic Party, | Case No. 24-cv-00933 <br> Hon. Jane M. Beckering  <br><br> TO: Lavora Barnes <br> ADDRESS: <br> 606 Townsend <br> Lansing, MI 48933 |

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Huwaida Arraf
45836 Eden Dr.
Macomb, MI 48044

CLERK OF COURT



By: Deputy Clerk        September 12, 2024
                              Date

---

## PROOF OF SERVICE

This summons for    Lavora Barnes    was received by me on _____.
(name of individual and title, if any)                                (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HUWAIDA ARRAF, JENNIFER KIRBY, and MADELEINE TOCCO, individually and on behalf of all similarly situated,

v.

MICHIGAN DEMOCRATIC PARTY, LAVORA BARNES, in her official capacity as Chair of the Michigan Democratic Party, and CHRISTINE JENSEN, in her official capacity as executive director of the Michigan Democratic Party,

Case No. 24-cv-00933
Hon. Jane M. Beckering



TO: Christine Jensen
ADDRESS: 606 Townsend
Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Huwaida Arraf
45836 Eden Dr.
Macomb, MI 48044

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk

September 12, 2024
Date

## PROOF OF SERVICE

This summons for _____Christine Jensen_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
                                                                    (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address