UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUWAIDA ARRAF, et al.,

    Plaintiffs,

v.

MICHIGAN DEMOCRATIC PARTY, et al.,

    Defendants.
_____/

Case No. 1:24-cv-933

HON. JANE M. BECKERING

## ORDER

Plaintiffs initiated this action on September 11, 2024.  Pending before the Court is Plaintiffs' September 12, 2024 "Emergency Motion for Preliminary Injunction" (ECF No. 3). Having reviewed the motion, the Court will require service and full briefing.  Accordingly:

**IT IS HEREBY ORDERED** that Plaintiffs shall serve a copy of the Complaint and exhibits; their motion, supporting brief, and exhibits; and this Order upon Defendants not later than **September 13, 2024** and file Proof of Service of the same.

**IT IS FURTHER ORDERED** that Defendants shall file a Response to Plaintiffs' Emergency Motion for a Preliminary Injunction (ECF No. 3) within 14 days of service, and Plaintiffs shall file a Reply within 7 days of the filing of the Response.

**IT IS FURTHER ORDERED** that the parties shall, within 14 days of service, confer and attempt in good faith to negotiate a resolution to this dispute.  In the event the parties reach a settlement, counsel shall immediately file a notice indicating such.

Dated:  September 12, 2024                                                /s/ Jane M. Beckering
                                                                                        JANE M. BECKERING
                                                                                        United States District Judge