```
                     STATE OF MICHIGAN
          30th JUDICIAL CIRCUIT COURT (INGHAM)
                       CIVIL DIVISION


HUWAIDA ARRAF, JENNIFER KIRBY,
and MADELEINE TOCCO,

                     Plaintiffs,

v.                                      Case No. 24-711-CK

MICHIGAN DEMOCRATIC PARTY,
and LAVORA BARNES, Chair of the
Michigan Democratic Party,

and

JOCELYN BENSON, Michigan
Secretary of State,

                     Defendants.
_____/


          MOTION FOR TEMPORARY RESTRAINING ORDER
                AND/OR PRELIMINARY INJUNCTION
          BEFORE THE HON. JAMES S. JAMO, CIRCUIT JUDGE
             Lansing, Michigan - September 6, 2024


APPEARANCES:

For the Plaintiffs: SHEREEF H. AKEEL (P54345)
                    Akeel & Valentine, PLC
                    888 West Big Beaver Road
                    Suite 350
                    Troy, MI 48084-4761
                    (248) 269-9595
                    shereef@akeelvalentine.com


For Defendants      SCOTT R. ELDRIDGE (P66452)
MDP and Barnes:     Miller Canfield Paddock & Stone PLC
                    1 East Michigan Avenue
                    Suite 900
                    Lansing, MI 48933-1370
                    (517) 483-4918
                    eldridge@millercanfield.com
```

For Defendant        HEATHER S. MEINGAST (P55439)
Benson:              ERIK A. GRILL (P64713)
                     Department of Attorney General
                     525 West Ottawa Street
                     Floor 5
                     Lansing, MI 48933-1067
                     (517) 335-7659
                     meingasth@michigan.gov

REPORTED BY:
Kelli Simon Werner, CRR, RPR, CSR 6610
(517) 483-6427
kwerner@ingham.org

T A B L E   O F   C O N T E N T S

WITNESSES:

ARRAF, HUWAIDA
        Direct Examination by Mr. Akeel            119
        Cross-Examination by Mr. Eldridge          140
        Redirect Examination by Mr. Akeel          158

KIRBY, JENNIFER
        Direct Examination by Mr. Akeel            160

SHARON, LIANO
        Direct Examination by Mr. Akeel             75
        Cross-Examination by Mr. Eldridge           95
        Redirect Examination by Mr. Akeel          111




EXHIBITS:

Hearing Exhibit 1   Photo of Convention           131
Hearing Exhibit 2   USB                           131

```
 1              Lansing, Michigan

 2              September 6, 2024

 3              9:09 a.m.

 4              THE COURT:  Good morning.  We are on

 5      the record in the matter of Huwaida, et al.

 6      versus the Michigan Democratic Party, Lavora

 7      Barnes, and Jocelyn Benson.  This is Case

 8      Number 24-711-CK.

 9              We are here this morning for a hearing

10      on the plaintiffs' emergency motion for

11      preliminary injunction after the Court had

12      yesterday denied the plaintiffs' emergency

13      motion for a temporary restraining order and

14      subsequently denied the plaintiffs' -- renewed,

15      I guess it was entitled -- renewed emergency

16      motion for temporary restraining order.

17              Counsel, will you put your appearance

18      on the record for us, please?  We'll start on

19      the plaintiff side.  Go ahead, sir.

20              MR. AKEEL:  Good morning, Your Honor.

21              Shereef Akeel on behalf of the

22      plaintiffs.

23              THE COURT:  Can you introduce who you

24      have at counsel table?

25              MR. AKEEL:  Sure.  Next to me is
```

```
 1              Plaintiffs Huwaida Arraf, Jennifer Kirby, and

 2         Madeleine Tocco.

 3                   THE COURT:  And then, Mr. Eldridge, go

 4         ahead, sir.

 5                   MR. ELDRIDGE:  Good morning,

 6         Your Honor.

 7                   Scott Eldridge on behalf of Defendants

 8         Michigan Democratic Party and Lavora Barnes.

 9                   THE COURT:  Ms. Meingast.

10                   MS. MEINGAST:  Good morning,

11         Your Honor.

12                   Assistant Attorney General Heather

13         Meingast on behalf of Defendant Secretary of

14         State.

15                   MR. GRILL:  Good morning, Your Honor.

16         Assistant Attorney General Erik Grill, also on

17         behalf of Secretary Benson.

18                   THE COURT:  All right.  I just received

19         a written appearance by Ms. Meingast for

20         Defendant Benson.

21                   THE LAW CLERK:  Your Honor, I did also

22         just receive the appearance for Mr. Grill via

23         email.

24                   THE COURT:  Okay.  Very good.

25                   Mr. Akeel, this is a motion -- as I
```

1    said, a motion for preliminary injunction.  I

2    assume you agree it is the plaintiffs' burden.

3            MR. AKEEL:  Correct.

4            THE COURT:  With regard to that then,

5    how do you wish to proceed?  Are you intending

6    to present testimony or some other evidence or

7    just argument?

8            MR. AKEEL:  Well, Your Honor, I plan to

9    present an argument and I have one -- at least

10   two witnesses in the courtroom right now that

11   would be able to testify.

12           THE COURT:  So do you want them to

13   testify?

14           MR. AKEEL:  Yes.  One of them,

15   Mr. Liano Sharon, who we submitted a declaration

16   attached as part of our verified complaint, he's

17   in the courtroom right now.  So I wouldn't want

18   to do any arguments, unless the Court doesn't

19   see any harm to it, with him present in the

20   courtroom if we could do our hearing.  So after

21   the argument.

22           THE COURT:  Let me make sure I

23   understand.

24           MR. AKEEL:  Sure.

25           THE COURT:  Are you asking that that

```
 1            testimony be presented first or that you present

 2            your argument first with the witness excluded

 3            from the courtroom?

 4                    MR. AKEEL:  Correct.  I'll present the

 5            argument first and then I will have Mr. Sharon

 6            come to testify following my presentation.

 7                    THE COURT:  Is it your suggestion that

 8            Mr. Sharon -- how do you spell that for the

 9            record?

10                    MR. AKEEL:  L-i-o-n-a --

11                    UNIDENTIFIED VOICE:  L-i-a.

12                    THE COURT:  Okay.  We can't have people

13            from the gallery -- you can speak to the

14            attorney, but in terms of making a record.

15                    MR. AKEEL:  L-i-a-n-o, S-h-a-r-o-n.

16            That's Exhibit 8.

17                    THE COURT:  So you are saying,

18            Mr. Akeel, that that witness will be excused

19            from the courtroom while you argue?  Is that

20            what you are saying?

21                    MR. AKEEL:  Your Honor, I just don't

22            want to invite any argument that there is unfair

23            prejudice.  I'm disclosing now that there is a

24            witness that would participate in a mini hearing

25            following the argument that I will present
```

1          before you.

2                    THE COURT:  Okay.  Mr. Eldridge and

3          Ms. Meingast's position as to that?

4                    MR. ELDRIDGE:  No objection,

5          Your Honor.  We'll follow the Court's lead.

6                    THE COURT:  No objection to having the

7          witness in the courtroom?

8                    MR. ELDRIDGE:  Correct.

9                    THE COURT:  Ms. Meingast, your

10         position?

11                   MS. MEINGAST:  No position.

12                   THE COURT:  Your preference then,

13         Mr. Akeel, whether you wish the witness to stay

14         or not stay during your argument.

15                   MR. AKEEL:  Thank you, Your Honor.  He

16         can stay.

17                   THE COURT:  Very good.

18                   MR. AKEEL:  Just want to make sure and

19         follow the proper formalities.

20                   THE COURT:  Before you begin your

21         argument, is there anything else preliminarily

22         from the defendants' side, Mr. Eldridge,

23         Ms. Meingast, or Mr. Grill?

24                   MR. ELDRIDGE:  No, Your Honor.

25                   THE COURT:  Go ahead, Ms. Meingast.

```
 1              MS. MEINGAST:  I think I just would
 2      like to make a preliminarily note that as the
 3      Court probably knows --
 4              THE COURT:  Could you keep your voice
 5      up a little bit?
 6              MS. MEINGAST:  I would like to note
 7      preliminarily that I'm sure the Court knows that
 8      it does not have jurisdiction over the Secretary
 9      here.  We are happy to sit and listen, but --
10              THE COURT:  Your reference is with
11      regard to whether the complaint was served on
12      the Secretary of State?
13              MS. MEINGAST:  Not necessarily with
14      respect to service.  It hasn't been served.
15              Also, this Court does not have
16      jurisdiction over the Secretary of State under
17      the --
18              THE COURT:  Because of the court of
19      claims jurisdiction.
20              MS. MEINGAST:  Right.  I want to put
21      that out there right now.
22              THE COURT:  All right.
23              MR. ELDRIDGE:  Your Honor, if I may, I
24      do have one housekeeping matter.
25              THE COURT:  Go ahead, Mr. Eldridge.
```

```
 1              MR. ELDRIDGE:  Just for the record, we

 2         did submit and file this morning and served on

 3         all counsel of record a written response to the

 4         motion that was filed yesterday in opposition to

 5         the request for preliminary injunctive relief.

 6         We assume Your Honor has seen it.

 7              THE COURT:  I have read it.

 8              MR. ELDRIDGE:  Okay.  Thank you.

 9              THE COURT:  And I think that was the

10         only pleading that was filed in response -- the

11         only pleading you filed, Mr. Eldridge.

12              MR. ELDRIDGE:  Correct.  That's the

13         only thing we have filed thus far.

14              THE COURT:  Ms. Meingast, I'm not

15         overlooking anything?  I'm not suggesting you

16         would have filed something, but --

17              MS. MEINGAST:  No, Your Honor.  We

18         haven't filed anything but the appearances.

19              THE COURT:  All right.  With that,

20         Mr. Akeel, go ahead, sir.

21              MR. AKEEL:  May I approach?

22              THE COURT:  You may.

23              MR. AKEEL:  Thank you.

24              Your Honor, first I would like to thank

25         the Court for indulging us and for allowing us
```

1      to have this opportunity to be heard in this

2      very serious matter.

3              I represent Plaintiffs Huwaida Arraf,

4      Jennifer Kirby, and Madeleine Tocco.  We are

5      seeking a preliminarily injunction to stay the

6      nomination process that is supposed to be

7      finalized today for the Board of Regents for the

8      University of Michigan pending the appeal filed

9      by Huwaida Arraf with the Michigan Democratic

10     Party.

11             This is the ideal remedy to preserve

12     the status quo so that, upon final hearing, the

13     rights of the parties may be determined without

14     injury to either.  Michigan Council, 25136 Mich.

15     App. 21.

16             It is our strong belief as well that

17     the appeal will lead to a different result.

18             On August 24, 2024, the defendant,

19     Michigan Democratic Party, MDP, held its annual

20     state nominating convention at the Lansing

21     Center in the city of Lansing to, among other

22     things, elect the party's nominee for the

23     University of Michigan Board of Regents.

24             There were two seats up for nomination

25     and three candidates.  Plaintiff Arraf was one

1      of the three candidates.  The two others were

2      Denise Ilitch and Shauna Ryder-Diggs, who were

3      presented as a unity slate, which is Exhibit 6

4      and it's stated "unity slate."

5              This is a situation where there are

6      multiple-position offices up for voting in which

7      delegates vote for a group of candidates

8      appearing on one slate list to fill those

9      openings, which is further described at

10     Exhibit 3.

11             Based on MDP's own rules in tallying up

12     votes, Plaintiff won one of the nominations.

13     Unfortunately, for reasons discussed below, MDP

14     arbitrarily ignored its own rules for voting,

15     Exhibit 3, and chose the two other candidates

16     instead.

17             In fact, we attached a recent article

18     describing how MDP botched the voting authored

19     by Liano Sharon, who helped author the voting

20     rules for the Democratic Party.  He was part of

21     the committee that wrote the rules on how to

22     vote.  We have also attached Mr. Sharon's

23     affidavit, Exhibit 8.  Mr. Sharon is here to

24     testify.

25             After these surprising results on

1          August 24, 2024, Plaintiff immediately contested

2          the results late that same evening of the

3          voting, Exhibit 11.  MDP ignored the challenge

4          and submitted the two names regardless to be

5          finalized today, September 6, to be placed on a

6          November ballot.

7                On Monday, the immediate Monday,

8          August 28, 2024, Plaintiff filed a formal

9          appeal, Exhibits 14 and 15, but according to its

10         rules, it takes up to 30 days to resolve that

11         matter which is long past the September 6th

12         deadline.  It's an exercise in futility

13         essentially as explained further below.

14               Immediate court intervention is

15         necessary to simply compel MDP to follow its own

16         rules and bylaws to stay the Secretary of State

17         from finalizing the two candidates until the

18         appeal is concluded by MDP, which we are

19         confident will result in Plaintiff to be placed

20         on the ballot.

21               Your Honor, it is our position that we

22         have satisfied or we will be able to satisfy the

23         elements to have a preliminary injunction issued

24         and that, one, there is a likelihood that

25         Plaintiff will prevail on the merits; two,

1    Plaintiff will suffer irreparable harm if

2    injunctive relief isn't issued; three, the harm

3    to Plaintiff in the absence of injunction

4    outweighs the harm to the opposing party if

5    injunction is granted; and, four, the harm to

6    the public interest, if any, if an injunction is

7    issued favors Plaintiff.

8         With respect to element number one, the

9    MDP is governed by its bylaws, Exhibit 5.

10   Bylaws indicate a binding contractual agreement

11   between an entity and members, *Colin versus*

12   *Upton*, 313 Mich. App. 243.  A political party's

13   failure to comply with its bylaws constitute a

14   breach of contract.  See *Hillsdale County*

15   *Republican Executive Committee versus Daren*

16   *Wiseley*.

17        Your Honor, in this junction here with

18   respect to element number one, likelihood to

19   succeed, there are five reasons why Plaintiff

20   likelihood to succeed (sic).

21        First, the MDP used the wrong method to

22   tabulate votes.  Under section 2.1 of the MDP

23   rules of voting and election, the University of

24   Michigan Regents constituted multiple-office

25   positions.  More than one position was available

1           for the same office.

2                Importantly, Exhibit 5 of the bylaws

3      indicate that no bylaws adopted in any unit of

4      the MDP shall be valid unless publicly posted on

5      the MDP website.

6                What was publicly posted on the MDP

7      website was Exhibit 3, titled rules for voting

8      and election in the Michigan Democratic Party.

9      That was the only rules that were posted.  Thus,

10     the MDP was required to apply the method of

11     slate voting described in sections 6.4 and 6.5.

12                However, the MDP incorrectly applied

13     the majority voting tabulation procedure, which

14     resulted in a unity slate winning both seats.

15                Had they used a slating method, Huwaida

16     wins one of those positions.

17                Reason number two -- one thing

18     regarding reason number one, Your Honor, is

19     Mr. Sharon will testify that there was a voting

20     procedure change in 2018.  He was on that

21     committee.  It was important to eliminate all

22     methods of voting except two, the majority and

23     the slate voting, for such matters, and the

24     testimony will be forthcoming.

25                The second reason, Your Honor, is

1          Defendants MDP and the chairperson for MDP,

2          Barnes, failed to properly ratify with a quorum

3          of the state central committee pursuant to the

4          relevant call to convention.

5                    Your Honor, a majority of DSCC members

6          were required to attend the post-convention

7          meeting to constitute a quorum for the proper

8          conduct of DSCC business.  See verified

9          complaint Exhibit 5.

10                   However, as set forth in the verified

11         complaint, a DSCC member who was present at the

12         post-convention meeting reports that there were

13         only about 20 people present and that we

14         definitely did not have a quorum.

15                   Reason number three, Defendants MDP and

16         Barnes's conduct permitted non-properly

17         credentialed members to cast their vote.  At the

18         start of the convention, Defendant Barnes

19         reported publicly that the number of

20         credentialed voters entitled to vote was 1,248.

21         However, the voting data file that Defendant

22         Barnes emailed to Arraf on August 25, 2024,

23         listed 1,422.

24                   There was a difference of 174 more

25         votes than were reported credentialed.  See

1          verified complaint Exhibit 12, 14, paragraph

2          three.

3                Your Honor, the fourth reason,

4          Defendant MDP and Barnes refused to release the

5          raw unfiltered voting data which also

6          constitutes a breach by effectively converting

7          the vote into a secret ballot.

8                Repeated attempts were made to get the

9          raw data -- not the data that was used to

10         establish the vote, the actual raw data, the

11         unfiltered raw data to have that contemplated

12         transparency that was expected.

13              The fifth reason, Your Honor, is that

14         Plaintiffs are likely to succeed on the merits

15         under Michigan Nonprofit Corporation Claim

16         MCL 450.2487(2), which guarantees members of a

17         nonprofit corporation the right to inspect

18         certain records of the corporation upon

19         reasonable request made in writing and delivered

20         to the corporation's principal business.

21              I'm going to element number two.

22         Plaintiff will suffer irreparable harm if

23         injunctive relief is not granted.  In order to

24         establish irreparable harm, the moving party

25         must demonstrate a noncompensable injury for

1    which there is no legal measurement of damages

2    for which damages cannot be determined to a

3    sufficient degree of certainty.

4         Here, should the printing of the

5    general election ballots go forward with

6    Candidates Ilitch and Diggs without regard to

7    Plaintiff Arraf's appeal where the two

8    candidates were selected under the flawed and

9    improper nomination process, Plaintiff Arraf, as

10    well as the other plaintiffs who voted for her,

11    will suffer an irreparable injury of being

12    omitted from the general election ballot in

13    violation of their rights as a member of the MDP

14    under the MDP bylaws and governing rules.

15         It also goes without saying that if the

16    appeal is not heard and their rights are not

17    attended to, that can lead to constitutional

18    violations.  And under the 6th Circuit, even a

19    single constitutional injury can constitute

20    irreparable harm.

21         Your Honor, this is element three.  The

22    harm to the plaintiffs heavily outweigh the harm

23    to the defendants.  While defendants may suffer

24    a slight harm of a temporary pause of submission

25    of the names by September 6 to the Secretary of

1          State -- I'm sorry -- by finalizing the names on

2          September 6, this harm is far outweighed by the

3          irreparable harm that will be suffered by

4          Plaintiff Arraf as a candidate and the other

5          plaintiffs that casted votes in support of

6          Plaintiff Arraf.

7                  Maintaining the status quo -- the

8          status quo pending the appeal -- is the only way

9          to ensure that the irreversible rights -- the

10         irreversible injuries to rights as members of

11         the MDP as secured by the bylaws and governing

12         rules does not occur.

13                 Finally, Your Honor, the public

14         interest will not be harmed if an injunction is

15         granted.  It is well understood that there is a

16         public interest in preserving the ability of

17         parties freely to enter contracts and to seek

18         judicial enforcement of such contracts, like

19         bylaws here, and in providing judicial remedies

20         for breaches.  *Gerald Pollock Association versus*

21         *Pollock*.

22                 It's indisputable that MDP's bylaws and

23         the governing rules are a contract between MDP

24         and its members, including Plaintiff.  An

25         injunction would further the public interest by

1        ensuring that MDP and its officials simply

2        comply with the contractual terms and by

3        ensuring that the candidates advanced by MDP for

4        the University of Michigan Regents are properly

5        selected in conformity with the contractual

6        terms.

7              Having that appeal entertained is a

8        contemplation between the parties and it was a

9        meeting of the minds in the contract between the

10       members and the bylaws -- between the members

11       and MDP, and the public interest would be served

12       to simply enforce the contract.

13             As always, Your Honor, it's always in

14       the public interest to prevent the violation of

15       a party's constitutional rights.  That's

16       always -- that's in favor of Plaintiffs.

17             For those reasons stated above,

18       Your Honor, we request a preliminary injunction

19       to order Defendant MDP, through its officials

20       including Defendant Barnes, to conduct a full,

21       transparent investigation or audit the

22       university voting process or recount in

23       conformity with MDP bylaws, to order Defendant

24       MDP, by and through its officials including

25       Defendant Barnes, to expedite Plaintiffs' appeal

1          process.

2                    That voting process -- the whole matter

3          took place in one day.  The voting tally --

4          there were less than 2,000.  I mean, we are not

5          dealing with a Herculean task that will take two

6          or three weeks to recount the votes.  It could

7          be something that is doable.

8                    Your Honor, at this time I give way

9          unless there is any questions by the Court.

10                   THE COURT:  I do have a couple

11         questions for you, Mr. Akeel.

12                   MR. AKEEL:  Sure.

13                   THE COURT:  First of all, focusing for

14         a moment on the Secretary of State, what

15         authority do you have to provide to me that the

16         internal rules or workings of the Democratic

17         Party and whether they were violated or not

18         translate into something that's binding on the

19         Secretary of State?

20                   In other words, how is it that I have

21         authority -- set aside jurisdiction.  I'm going

22         to address that in a moment.

23                   How is it that even if I agreed with

24         your arguments with regard to the process and

25         the procedure that the Democratic Party followed

1           or didn't follow, as you argue -- even if I

2           agree with you and grant you whatever relief

3           that you indicate you're requesting with regard

4           to the appeal or the disclosure of information,

5           how does that ultimately result in what you are

6           asking me to do with regard to stopping the

7           Secretary of State from finalizing the ballot

8           today?

9                   Is there some authority that you have

10          that says that I can do that?  Again, apart from

11          jurisdiction.  We are talking about the court of

12          claims in a moment.

13                  MR. AKEEL:  Mm-hmm.

14                  THE COURT:  Just in general, is there

15          some authority that you are aware of?

16                  MR. AKEEL:  Well, Your Honor --

17                  THE COURT:  Because you are asking for

18          equitable relief.  I could give you everything

19          you want with regard to the claim against the

20          chair of the Democratic Party and the Democratic

21          Party itself, but then there's still another

22          step to go to -- I mean, maybe that ultimately

23          will be of some satisfaction to your clients to

24          have the Democratic Party go through all that,

25          but that isn't, in and of itself, something that

1           stops the finalization of the ballot by the

2           Secretary of State.

3                   So what authority do I have to do that?

4                   MR. AKEEL:  Well, a couple of things,

5           Your Honor.

6                   First, we learned in law school about

7           when a claim is ripe -- when a claim is ripe.

8           Right now the wrong that occurred is by MDP, and

9           that wrong is ripe for us to address here.

10                  THE COURT:  Okay.  My question is:

11          What if I agree with you that that wrong is ripe

12          and that there was a wrong?  How does that

13          ultimately get to me having authority -- again,

14          apart from jurisdiction, and let's just assume

15          for purposes of this discussion that I have

16          jurisdiction.  I'm not saying I do.  Just for

17          purposes of this question.

18                  How does that get to your ultimate

19          request for relief, which is to stop the

20          Secretary of State from finalizing the ballot?

21                  MR. AKEEL:  If we have a ruling today

22          that's in our favor, it puts the Secretary of

23          State on notice that there is an issue here,

24          that there is an issue of irregularities

25          regarding the two candidates that would be put

1     up for nomination.  The Secretary of State would

2     now be on notice.

3              As far as the Secretary of State knows

4     right now is that the convention went as

5     planned, everything was approved, and now they

6     have the names for submission.

7              You grant that order, stay, the

8     Secretary of State is on notice today that there

9     is possible irregularities, that there is an

10    appeal process pending.  And so this is one step

11    here.

12             Your Honor, I can also brief that

13    issue.  I have been given some citation here

14    that the Secretary of State must file a notice

15    of transfer under MCR 2.2228 and the Court can

16    transfer it under MCR 2.2227.

17             I would have to brief this matter, but

18    the pending issue right now before us is the

19    irregularities by MDP and the request for an

20    expedited appeal to be able to determine who

21    should be the proper names listed on the ballot

22    for the Secretary of State to print on the

23    ballot.

24             THE COURT:  So is all of that to say

25    that you are conceding that I do not have the

1          authority to order the Secretary of State to not

2          finalize the ballot today?

3                    MR. AKEEL:  Your Honor, I have to brief

4          that issue.  We'd have to brief it.

5                    THE COURT:  Well, you have asked for

6          that relief in your motion.

7                    MR. AKEEL:  This just came up.  This

8          is -- it just came up right now.  I know.

9                    THE COURT:  Well, Ms. Meingast raised

10         the court of claims jurisdiction, but in my mind

11         it didn't just come up because when I read your

12         complaint and the emergency motion, the first

13         question that came to my mind is how are these

14         two things related.

15                    In other words, granting you relief on

16         the one hand against the Democratic Party and

17         its chairperson, how does that get you to the

18         next step you have asked me to take, which is to

19         restrain the Secretary of State from finalizing

20         the ballot?

21                    So I can tell you right now it was

22         forefront in my mind long before -- I haven't

23         even begun to talk about the court of claims

24         jurisdiction yet.  I think that's perhaps what

25         your client just referenced to you is the

1          issue -- and I'll look at the court rule, but

2          I'm assuming she's referencing the issue of

3          transferring a case from the circuit court to

4          the court of claims.  So we haven't even begun

5          to scratch that surface.

6                  For purposes of this discussion, as I

7          just said a few moments ago, I am saying assume

8          that Ms. Meingast never brought it up and I

9          never thought of -- not that I didn't, but never

10         thought of the jurisdiction issue.

11                 How do I have authority to do what you

12         are ultimately asking me to do, and that is to

13         stop the Secretary of State from finalizing the

14         ballot today so that there will be time for

15         whatever action I might grant you on the other

16         side against the Democratic Party?

17                 MR. AKEEL:  I understand, Your Honor.

18                 If a state actor, the government, is on

19         notice -- on notice of a constitutional

20         violation by an order issued in this court

21         indicating that the there is a likelihood to

22         succeed, that there are irregularities in the

23         process, that a review is to be expedited and

24         that it could be outcome-determinative where

25         Plaintiff Arraf would be one of the nominees --

1          and that's one of the standards that we have to

2          prove -- is there a likelihood to succeed here?

3                    If we can prove that and it is

4          determined by the Court and there is an order

5          and the Secretary of State is on notice of an

6          order that there is a likelihood to succeed and

7          that's why injunctive relief was granted,

8          Your Honor, I think we would then have -- we can

9          have another -- we would be able to make a

10         filing, if need be, at the court of claims or at

11         least the Secretary of State would be on notice.

12                   THE COURT:  Okay.

13                   MR. AKEEL:  That's what I'm saying.

14                   THE COURT:  All right.  Fair --

15                   MR. AKEEL:  I'm not conceding there is

16         no jurisdiction.  I'm saying there is still this

17         step here before getting to the next step and

18         the next step, you know, to the Secretary of

19         State -- the Secretary of State would benefit

20         from the outcome or determination by Your Honor

21         regarding the irregularities that took place

22         within the MDP convention.

23                   THE COURT:  I can understand the

24         strategy.  That still doesn't tell me that I

25         have authority to take that action.

1               And then if we move it to even the next

2       level, which is the issue of who has

3       jurisdiction -- which court has jurisdiction

4       over Ms. Benson as the Secretary of State, it

5       would appear by the reference that was just made

6       to MCR 2.22 -- it's actually MCR 2.223, which

7       would be change of venue, venue improper.

8               Venue and jurisdiction is not exactly

9       the same thing, but in any event it sounds like

10      you may be telling me that you don't have any

11      authority at this point that I could order the

12      Secretary of State to not finalize the ballot

13      today.  My ruling with regard to the other part

14      of the case, the rest of the relief requested,

15      may have some impact as to what the Secretary of

16      State does either voluntarily or because of you

17      going to some court to ask for some relief.

18               MR. AKEEL:  That's correct, Your Honor.

19               THE COURT:  Okay.

20               MS. ARRAF:  Your Honor.  May I?

21               THE COURT:  Up to your counsel.  I

22      don't know.

23               MR. ELDRIDGE:  Your Honor, I object.

24      She's not counsel of record.  She's a party.  If

25      she's going to testify, she needs to be sworn in

```
 1              and be subject to cross-examination.
 2                   THE COURT:  We'll let her confer with
 3              her attorney and then take it from there.
 4                   Mr. Akeel, go ahead, sir.
 5                   MR. AKEEL:  Your Honor, if relief is
 6              granted this morning we have time to be able to
 7              do what we need to do with the court of claims,
 8              if that need be, from a practical aspect.
 9                   The big hurdle right now is to
10              demonstrate, at least from the MDP perspective,
11              that irregularities did occur and Plaintiff
12              Arraf has a likelihood to succeed.
13                   THE COURT:  All right.  Let me ask you
14              another question, Mr. Akeel.  This is with all
15              due respect to you and is not meant to be
16              anything other than that.
17                   You are here, as I just referenced,
18              asking for equitable relief.  Why wait so long?
19              This case -- the vote was taken on what date --
20              August 24th; is that correct?
21                   MR. AKEEL:  Your Honor, yeah.
22                   THE COURT:  And the motion was filed
23              yesterday.  Obviously I acted as fast as I could
24              in responding to your emergency motion yesterday
25              afternoon in spite of what I can assure you was
```

1          an overloaded docket all day long.

2                    MR. AKEEL:  I was here.  I saw it.

3                    THE COURT:  Okay.  And then pulled

4          together this hearing this morning.  But here we

5          are on the day that the Secretary of State, as I

6          understand it, is set to finalize the ballot and

7          I grant you that in the legal world and putting

8          together briefs, arguments, exhibits and so

9          forth, perhaps a week or two is not a lot of

10         time, but it was filed literally at the final

11         hour.

12                   So why wait?  Why did you wait so long

13         to file?

14                   MR. AKEEL:  Well, Your Honor, a couple

15         of things.  There is a practical aspect.  I'm

16         not going to go into the details, but when you

17         are dealing in the area of election law, which a

18         lot of people get conflicted out, I guess, and

19         are not able to take the case for different

20         reasons.

21                   We were retained -- and I'm not going

22         to go into that, but we were retained a couple

23         of days ago.  In order for us to be able to look

24         at this, we had to look at the facts and then we

25         had to consult with the people involved to

1          determine, and that's when we made the decision

2          that definitely, you know, we support with what

3          -- with the wrongs that occurred and so we made

4          our filing.  So it wasn't like we had this thing

5          for a week and we were looking at it.

6                    THE COURT:  Again, this isn't any --

7                    MR. AKEEL:  No, no, I know.

8                    THE COURT:  -- any disrespect to you.

9                    MR. AKEEL:  No.

10                   THE COURT:  The reason I ask the

11         question and one of the things I look at is when

12         you are looking for equitable relief, but you

13         don't put yourself and the Court and the other

14         parties in the position to have an opportunity

15         to fully evaluate that, I wouldn't say it's

16         unclean hands, but it is -- there were some

17         things that perhaps could have been done to make

18         it such that you would have it more likely that

19         a Court might consider relief and other options

20         that may have been available if there were more

21         days built in before the Secretary of State was

22         scheduled to act.

23                   That also includes with regard to

24         providing notice.  I'm somewhat at a loss as to

25         why this was originally intended to be done

1        without notice to the other side.

2                I think you have commented to the

3        extent you probably are able to comment, so I

4        appreciate that.

5                MR. AKEEL:  Yes, Your Honor.  And, you

6        know, let's say -- even assuming that maybe the

7        filing could have been made the next day or --

8        that does not erase the wrongs that occurred in

9        this.  It's going to be -- it's capable of

10       repetition yet awaiting review.

11               It's going to happen -- the reason why

12       and the way how the Board of Regents runs --

13       Michigan State, Wayne State -- is it's

14       staggered.  Every two years you have two seats

15       open.  So if you have the union backing two

16       people on a unity slate and you get all the

17       members there, they will always, always

18       essentially hijack the process -- essentially.

19               I'm just talking the process itself.

20       It is essentially always to have the two chosen

21       people that will be in the unity slate voting

22       and the members will vote for them at the

23       expense of people like Plaintiff Huwaida Arraf

24       or anyone who wants the minority point of view.

25               That's the reason why the slate voting

1      is there to dilute the power of the unity slate

2      to allow people that are not part of a unity or

3      part of a union an opportunity to also serve the

4      people.

5              And this is something that's going to

6      happen -- it hasn't been called out before, but

7      this is an issue I recognize and it is an issue

8      we are seeing here.

9              You saw the unity slate advertisements

10     being run.  Just vote for those two, vote for

11     those two.  They'll get the automatic votes at

12     the expense of people like Plaintiff Huwaida.

13             If you go by a majority vote, you'll

14     always lose.  You go by the slate voting, they

15     have a chance.  This is why it is an issue of

16     public concern that will advance the interest of

17     citizens.  It is not just something that's

18     peculiar and only unique to Plaintiff Arraf.  It

19     will happen to the next candidate unless this

20     issue is addressed.

21             THE COURT:  All right.  Thank you,

22     Mr. Akeel.  Do you want to present your witness

23     now?

24             I guess I'll turn to Mr. Eldridge and

25     Ms. Meingast as well.

```
 1                    Do the parties prefer that there be
 2           argument on the other side and then the issue of
 3           presenting the witness?
 4                    MR. ELDRIDGE:  If I may.
 5                    THE COURT:  Yes, Mr. Eldridge.
 6                    MR. ELDRIDGE:  I'll be heard on the
 7           merits in the briefing before any witnesses are
 8           called.
 9                    THE COURT:  Any objection to that,
10           Mr. Akeel?
11                    MR. AKEEL:  No objection, Your Honor.
12                    THE COURT:  Anything else you wanted to
13           touch upon before you step away from the podium,
14           Mr. Akeel?
15                    MR. AKEEL:  Yes.  Just if I can reply
16           to whatever he brings up briefly.
17                    THE COURT:  Absolutely.  You'll have an
18           opportunity.
19                    MR. AKEEL:  Thank you.
20                    THE COURT:  Mr. Eldridge, when you're
21           ready, sir.
22                    MR. ELDRIDGE:  Good morning,
23           Your Honor.
24                    May the record reflect Scott Eldridge
25           on behalf of the Defendants Michigan Democratic
```

1       Party and Lavora Barnes.

2               We, of course, don't represent

3       Secretary of State in this matter, but we have

4       an interest in the outcome of this case

5       including the prayer for relief that's being

6       requested, even as it relates to the Secretary

7       of State.

8               This Court undoubtedly does not have

9       jurisdiction over the Secretary of State.

10      Exclusive jurisdiction for claims against the

11      Secretary of State lies in the court of claims.

12      I don't think there is any reasonable dispute

13      about that.  At the end of the day this Court

14      has no ability to enter an order granting the

15      ultimate relief that Plaintiffs are seeking from

16      you.

17              When I read the motion yesterday for

18      the first time, the prayer for relief really

19      jumped out at me, Your Honor, similar to the way

20      it jumped out at you.  Not only because of the

21      request to order the Secretary of State who is

22      not a proper party to this case, not subject to

23      this Court's jurisdiction, but also because of

24      the prayer for relief against Michigan

25      Democratic Party and Lavora Barnes.

1              Plaintiffs are asking you to order my

2    clients to do three things -- order an

3    investigation or audit -- this is on page six of

4    the renewed motion for ex parte TRO.  I'm not

5    sure what an investigation or audit would be,

6    but they want you to order one.

7              They want you to order a recount of the

8    votes from the MDP's fall convention from

9    August 24th.

10             And then they want you to order the MDP

11   to expedite the plaintiffs' internal appeal

12   within the MDP appellate process, which is

13   pending.

14             That's it.  None of those three items

15   are items that are contemplated by the MDP's

16   bylaws.  The MDP's bylaws don't contemplate

17   investigations or audits of convention

18   processes.  It does not contemplate a recount.

19   And it does not contemplate an expedited appeal

20   of that internal appellate process.

21             Effectively, as we submitted in our

22   brief filed in morning and served on all counsel

23   of record, they are asking this Court to

24   effectively rewrite the MDP bylaws to allow

25   things that aren't there, which would be an

1          extraordinary intrusion by a court into the

2          MDP's First Amendment rights of association

3          under the Constitution of the United States.  We

4          cited case law to that effect, Your Honor, in

5          our briefing.

6                    Even if you were -- I think you alluded

7          to this.  You said it directly.  Even if you

8          were to grant all of that relief, which we don't

9          think you can and I have another point about

10         that in a minute, it would not ultimately lead

11         to the Secretary of State having to do anything

12         about it.

13                   Under MCL 168.283, after the

14         fall convention on August 24th, the secretary of

15         the party was obligated to certify the names

16         that resulted from that convention to the

17         Secretary of State.  And in that statute it says

18         that thereafter the Secretary of State shall

19         then send those names to the counties and place

20         it on the ballot.

21                   That's what happened.  They had to do

22         that within 24 hours.  They did it by Monday,

23         August 26th, in a timely manner.  That's the

24         process.

25                   Prior to the MDP fulfilling its

1          statutory obligation to submit those names to

2          the Secretary of State, no objection was

3          lodged -- not by the plaintiffs at the

4          convention.  Nobody else at the convention

5          lodged any objection about how the process

6          worked at the convention on August 24th.

7                    It wasn't till after that that an

8          appeal internally was filed.  While the

9          convention was going on there was every

10         opportunity for someone to lodge an objection

11         about how votes were being counted through a

12         motion under *Robert's Rules of Order*.  Never

13         happened.  Nobody launched an objection at all.

14                   Instead, they waited until the last

15         hour and rushed to court to ask a Court that

16         doesn't have any jurisdiction over the Secretary

17         of State to halt the printing of the ballots.

18                   Of course our client has an interest in

19         ensuring that the names it certified to the

20         Secretary of State properly under the statute

21         end up on the ballot.  That's because the MDP

22         followed its processes on August 24th during the

23         convention.

24                   This case is undoubtedly at its essence

25         about a dispute over the internal workings of

1          the Michigan Democratic Party.  That's what the

2          complaint says.  That's what the motion says.

3          The attachments to the complaint all are about

4          the internal workings of the MDP.  That is

5          quintessentially a nonjusticiable political

6          question that courts stay out of.  We cited to

7          ample case law, Michigan Supreme Court case law,

8          U.S. Supreme Court case law in our briefing

9          stating for that very proposition.

10                    In the case titled *American Independent*

11         *Party of Michigan versus Secretary of State*,

12         397 Mich. 689 from 1976, the Michigan Supreme

13         Court in that case stayed out of an intraparty

14         dispute over which faction of a then emerging

15         party was the real new party called the American

16         Independent Party of Michigan.

17                    The Court, quoting portions of a U.S.

18         Supreme Court decision from 1972 called *O'Brien*

19         *versus Brown* said, quote, the convention itself

20         is the proper forum for determining intraparty

21         disputes and the political processes should

22         function free from judicial supervision unless

23         infringement of constitutional rights is

24         alleged.

25                    In this case the complaint has

1          declaratory counts for relief and a

2          breach-of-contract count.

3                  There is not a single count or

4          allegation that a section of any provision of

5          the Michigan Election Code has been violated

6          that this Court could weigh in on or that any

7          constitutional right of any individual has been

8          violated such that this Court could weigh in on

9          it instead of purely asking you to either

10         rewrite the MDP bylaws or settle an intraparty

11         dispute over how conventions are supposed to

12         operate.  That's simply not this Court's role.

13         For those reasons, the Court should stay out of

14         this nonjusticiable intraparty controversy.

15                 Even if this Court were to grant the

16         relief that they are requesting, I'm not sure

17         what it ultimately means or entails.  They are

18         not asking you to change the result.  They are

19         asking you to order the MDP to conduct an audit

20         or an investigation or a recount or to expedite

21         an appeal.  None of that is going to impact what

22         the Secretary of State is obligated to do today

23         to finalize the names of those nominees.

24                 And so we are here really for an

25         academic exercise at the end of the day, one

1          that's not going to change the end result.

2                  In fact, Plaintiff herself acknowledged

3          it.  Exhibit 1 of our briefing, a press release

4          that her campaign issued three days ago on

5          September 3rd says, quote, Arraf is not claiming

6          to have won.

7                  She doesn't even think she's going to

8          win.  Instead, she wants the so-called

9          irregularities and so-called errors in the

10         process to be examined to ensure the integrity

11         of the process.  But she, even herself, said she

12         is not claiming to have actually won.

13                 So I'm not sure what ultimately we are

14         doing here when the Court doesn't have

15         jurisdiction and they filed in the wrong court

16         for the Secretary of State.  And at the end of

17         the day, any order that would be in favor of the

18         plaintiffs as they requested it will not

19         ultimately change the outcome.

20                 Now, one point I should mention with

21         respect to this idea of the slate vote, what

22         Plaintiffs seem to misunderstand or misquote,

23         and even in mister -- I'm sorry -- the

24         gentleman's.  Liano Sharon, who intends to

25         testify today -- his affidavit miscites the

1          actual voting rules, misquotes the actual voting

2          rules he claims to be an expert on.

3                I want to clarify and we did so in our

4          affidavit from the executive director of the

5          Michigan Democratic Party Christine Jensen.

6          It's Exhibit 2 to our briefing, Your Honor,

7          where she explains unequivocally that slate

8          voting is reserved only for internal party

9          positions, not political partisan positions that

10         go on the public ballot.  She said that

11         unequivocally in her affidavit, but that's also

12         because the rules that govern voting within the

13         party say the same thing.

14               This is the part that Mr. Sharon left

15         out of his affidavit.  If you look at Exhibit 3

16         of the Plaintiffs' submission, Your Honor -- I

17         think it is Exhibit 3 to their complaint.  This

18         is a copy of the rules.

19               The definition of the rules -- I'm

20         sorry -- the definitions in the rules explain

21         what a slate vote is and explain it in subpart

22         2.5 on page one of Exhibit 3.  2.5 talks about

23         what slate voting is and it is entirely

24         consistent with Ms. Jensen's affidavit.

25               Quote, a voting method -- I'm sorry.

```
 1            This is the definition:  Quote, a voting method

 2       for electing multiple-position offices in which

 3       delegates vote for a group of candidates

 4       appearing on one slate -- the parenthetical says

 5       list -- out of several or the order of the

 6       candidates on the slates is predetermined.

 7            If you then go up to definition 2.1,

 8       what is a multiple-position office which is

 9       expressly referenced in the definition of slate

10       voting that I just mentioned, it says, quote, an

11       office for which more than one person is to be

12       elected.  Examples are county or district

13       executive committee members, delegates or

14       alternates to the state central committee,

15       delegates or alternates to the Democratic

16       National Convention and democratic national

17       committee members, end quote.

18            Those are all internal positions.  What

19       Counsel failed to explain is that at the

20       convention and leading up to the convention, the

21       MDP never recognizes slate and none of these

22       individuals were presented -- the three

23       candidates were not presented as a slate.

24            They all filed their petition paperwork

25       with the Secretary of State as individual
```

1          candidates.  They were all nominated at the

2          convention on an individual basis.  There was no

3          nomination at the convention of a slate.  This

4          idea of a unity slate that's referenced in the

5          complaint is not one from the MDP nor recognized

6          from the MDP.  That came from the ACLU-CIO --

7          I'm sorry.

8               The union put out the endorsement of

9          that unity slate.  The AFL-CIO.  Sorry,

10         Your Honor.  The AFL-CIO's decision to use that

11         label publicly to endorse certain preferred

12         candidates of theirs that didn't include the

13         plaintiff, it was not a mechanism through the

14         MDP process and MDP was not obligated to then

15         treat it as a slate.  It never would have.

16              And so this idea that she would have

17         preferred a slate vote occur is not one that

18         would have been required at all by the bylaws or

19         the rules of election from the MDP internal

20         papers.

21              As our affidavit from Christine Jensen

22         also confirms, she's not aware of slate voting

23         having ever been used for U of M regent

24         candidates.  We are not aware of any such

25         circumstance.

```
 1              Finally, Your Honor -- and I'll invite
 2       questions to the extent you have any -- there is
 3       a suggestion that somehow the plaintiff is
 4       entitled to certain records from the MDP under
 5       the Nonprofit Corporation Act.  The MDP is not
 6       an entity that's formed under the Michigan
 7       Nonprofit Corporation Act.  It's a political
 8       party.  That is a 527, recognized by the U.S.
 9       Internal Revenue Service, and not incorporated
10       at all under the Nonprofit Corporation Act.
11              With that, Your Honor, I will invite
12       any questions that the Court may have.
13              THE COURT:  All right.  Mr. Eldridge, I
14       guess one of the questions I have, just so I can
15       clarify in my mind the idea of there being a
16       nonjusticiable issue here, your argument with
17       regard to the internal workings of the Michigan
18       Democratic Party, apart from this issue of
19       requesting emergency relief, injunctive relief
20       or restraining relief, is a dispute like this
21       ultimately something that can be the subject of
22       a lawsuit?
23              In other words, let's say we were not
24       here on an emergency basis; there wasn't a
25       request for a restraining order because of the
```

1    timing of the finalization of the ballot by the

2    Secretary of State.  Would this lawsuit be able

3    to be a standalone claim -- in other words, to

4    come into court and ask that a Court grant the

5    type of relief requested here of addressing the

6    internal rules and whether they were followed

7    for any particular candidate?

8         The reason I ask -- and I'll let you

9    answer, but the reason I ask is because one of

10   the things Mr. Akeel has said is that, assuming

11   that their argument is correct that there was

12   some failure to follow the procedures, he argues

13   that this is something that could be repeated so

14   there is a reason for the Court to address it.

15        I want to take out of that question the

16   emergency nature of this or the restraining

17   order nature of the request, the one part of the

18   request for relief.

19        So is this or is this not the type of

20   claim that can be heard by this Court?

21        MR. ELDRIDGE:  It is not, Your Honor.

22   It is purely a political question.  When the

23   complaint rests solely on whether internal rules

24   are followed, that is -- under the case law that

25   we cited in our briefing and I recited to you

```
 1              earlier is a nonjusticiable political question

 2              that courts universally leave to the party to

 3              sort out.  Otherwise it becomes a First

 4              Amendment intrusion into their right of

 5              association.

 6                   THE COURT:  Unless there is

 7              infringement of a constitutional right.

 8                   MR. ELDRIDGE:  Exactly right.  I mean,

 9              if there is a hook for you to opine on whether

10              the MDP is violating the election code, for

11              example, you can probably opine on that.  I

12              don't know of any allegation here that they have

13              been accused of violating the election --

14                   THE COURT:  Or a constitutional --

15                   MR. ELDRIDGE:  That was my next point,

16              Your Honor.  Or the Constitution -- state or

17              federal constitution.  There is no allegation

18              anywhere in the complaint that any of those

19              things were violated.

20                   The only allegations are she didn't

21              like the way the voting was administered and she

22              didn't like the outcome.  Those are internal,

23              intraparty matters that courts stay out of.

24                   So we don't believe -- if this had been

25              filed not on an emergency basis, not in the
```

1          context of requesting a preliminarily

2          injunction, we would still be having the same

3          discussion, from our point of view, that it is

4          not something for the courts to sort out.

5                    Quite frankly, the Kalamazoo County

6          Circuit Court, just in June of this year,

7          agreed in a similar case.  Judge Curtis J. Bell

8          issued an opinion and order in that case.  It's

9          Case Number 2024-0026-CZ.

10                   This was an internal fight among the

11         Kalamazoo County Republican Committee and other

12         members over the voting of delegates out of that

13         Republican Committee.  Judge Bell reached the

14         exact same conclusion that I'm discussing now,

15         which is despite their claims that this is a

16         matter of contract, this is really, at its

17         essence, an intraparty political dispute that

18         needs to be sorted out within the party.

19                   He declined to inject himself into that

20         process, so he dismissed the lawsuit in that

21         case.  That just happened in June of this year.

22                   THE COURT:  It hasn't been raised by

23         Mr. Akeel, I don't think.  Can you address

24         then for me the dissent opinion in the

25         *American Independent Party* case that you cite,

```
 1        397 Mich. 689, 1976?

 2               As I understand it from reading this

 3        case, the majority opinion says what you say the

 4        case says in your brief.  I think you have

 5        accurately cited it and you just recited to me

 6        the reasons that you believe that this, even on

 7        a nonemergency or nonrestraining order basis,

 8        would not be a case that could be sustained here

 9        in the circuit court in any event.

10               The majority opinion does support your

11        position on that.  The dissenting opinion, in

12        essence -- this is a terrible oversimplification

13        of what Justice Levin said because he presents a

14        much more scholarly recitation of his position

15        on this, but essentially, to oversimplify, he

16        basically says that access to the ballot for

17        candidates is a fundamental right and therefore

18        does, in fact, touch upon a constitutional

19        issue.  Then he goes on in more detail to

20        address that.

21               Do you have any comments with regard to

22        that?

23               MR. ELDRIDGE:  Well, it is a dissent --

24               THE COURT:  Not that I'm going to adopt

25        the dissension opinion.
```

```
 1              MR. ELDRIDGE:  One, it a dissent.
 2     Here, the plaintiff had every opportunity to
 3     become a candidate.  She was there at the
 4     convention.  She was nominated.  She was able to
 5     object to the process if she wanted to.  She
 6     didn't.
 7              She did not invoke any sort of
 8     opportunity to halt whatever she thought was
 9     going on that she didn't like at the convention.
10     And so her constitutional -- first of all, she
11     doesn't have a right to have won the candidacy.
12     She doesn't have that right in the Constitution.
13     She has a right to have the opportunity to be a
14     candidate and she was granted that opportunity.
15              I don't think she's alleging that she
16     wasn't.  She just doesn't like how the process
17     was administered and she doesn't like how the
18     outcome resulted.  She doesn't like the end
19     result.  That is not a constitutional question.
20     The fact that she doesn't like the way the MDP
21     administered its own rules is not a
22     constitutional question.  That's not a
23     constitutional violation.
24              I'm not sure what constitutional right
25     that's at issue that she believes was infringed.
```

1       She was provided the same opportunity as anybody

2       else to have votes cast for her and it didn't

3       work out.

4           That would be my initial response to

5       that, Your Honor, is simply it is not the case

6       that a constitutional right has been infringed

7       in this particular matter.

8           At the end of the day let's not forget

9       what they are asking for.  They are asking only

10      for an investigation.  They are asking for a

11      recount or they are asking for an expedited

12      appeal of the internal appellate process.  She's

13      not asking you to order the MDP to change the

14      results, which, of course, it can't do.

15          THE COURT:  Thank you, Mr. Eldridge.

16          MR. ELDRIDGE:  Thank you.

17          THE COURT:  Ms. Meingast, do you wish

18      to be heard?

19          MS. MEINGAST:  Yes, Your Honor.

20          THE COURT:  Go right ahead when you're

21      ready.

22          MS. MEINGAST:  Good morning,

23      Your Honor.

24          First, I just want to sort of express

25      some objections or frustrations to our presence

1          here today.  We learned of this lawsuit -- I

2          don't know -- early in the morning sometime or

3          before noon yesterday while we were in the

4          middle of doing our own emergency briefing.

5                    The first time I saw a piece of paper

6          in this lawsuit was after 4:00 yesterday.  I

7          didn't receive any pleadings from the

8          plaintiffs.  We had no notice, no reach-out at

9          all from Plaintiffs' Counsel about this hearing,

10         this case.

11                   I only received a copy of the complaint

12         as a courtesy from Mr. Eldridge last night after

13         hours.  I believe that the Court attempted to

14         email us some pleadings; however, the emails

15         didn't come through.

16                   So I'm just sort of pointing out that

17         we had very little notice of this hearing even.

18         I think we learned of the hearing after 4:00

19         yesterday as well.

20                   THE COURT:  That would be true because

21         that's when I set it.

22                   MS. MEINGAST:  That's when you set it,

23         okay.  We didn't know that either.

24                   I just wanted to place objections to

25         sort of the process -- and not to Your Honor's

1        process, but to how this sort of played out.

2              As the Court already has sort of

3        indicated and what I spoke to earlier before

4        Mr. Akeel's argument, this Court does not have

5        jurisdiction over the Secretary under the Court

6        of Claims Act.  It is MCL 600.6419, subsection

7        1A.

8              You know, all claims for declaratory

9        and equitable relief belong in the court of

10       claims against a state agency or a state

11       officer, which she is.  Injunctions are, of

12       course, equitable relief.  The court of claims'

13       jurisdiction is exclusive.  There are a million

14       cases that say that.  So this Court simply does

15       not have any jurisdiction to enter an order

16       granting the type of relief the plaintiffs are

17       seeking in this case.

18             This Court does not need a motion from

19       me.  This Court has a continuing obligation to

20       assess its jurisdiction.  I think you can

21       dismiss the Secretary sua sponte.  If the Court

22       disagrees, we can certainly follow up with a

23       motion, but I don't believe that you need one.

24             A suggestion that we have an obligation

25       to transfer this case to the court of claims

1       isn't correct.  I don't need to transfer.  The

2       court rule doesn't require a transfer.  I could

3       transfer it, but we can also move to dismiss it.

4       That's typically our practice and that's what

5       I'm asking this Court to do today would be to

6       dismiss the Secretary of State under the Court

7       of Claims Act.

8              Even if this Court had jurisdiction, it

9       is certainly our position -- the Secretary's

10      position that the doctrine of laches prefers

11      any relief that would hold up the Secretary's

12      statutory duty to certify the names of all the

13      candidates for the November election for the

14      83 counties today.  MCL 168.648 is the statute

15      that gives us this duty today.  It is 60 days

16      before the election.

17             What that starts is -- this

18      certification to the 83 counties immediately

19      sort of begins the ballot-printing process for

20      the counties.  They will immediately begin

21      preparations to do ballot proofs and make way

22      for printing.  That needs to be done of all

23      ballots, especially for absent-voter ballots,

24      which have to be available by, I believe,

25      September 19.

1          So there is very little time.

2     Ballot-printing takes at least two weeks.  And

3     the plaintiff -- the UM Regents candidate is a

4     state-wide office.  So what they are asking for

5     is halting ballot-printing in all 83 counties.

6          The test for laches is unreasonable

7     delay and a prejudice to the Secretary.  I

8     think, as this Court has already noted, the

9     convention took place on August 24th, but,

10    inexplicably, the lawsuit wasn't filed until

11    yesterday on the eve of this deadline.

12          I didn't hear anything that was sort of

13    a reasonable explanation for this delay from the

14    plaintiffs' counsel and we have undoubtedly --

15    the Secretary has been undoubtedly prejudiced by

16    the late filing, by this urging that somehow

17    ballot-printing be delayed in all 83 counties

18    for some unknown amount of time.

19          Also, given Mr. Eldridge's

20    presentation, I'm also confused why we are here

21    and why there is injunction if the relief sought

22    is not to actually swap out or switch names of

23    the candidates in place.  So I am confounded as

24    to why there is any injunction necessary to

25    delay ballot-printing if the end result is not

1           to somehow change the Michigan Democratic

2           Party's nominations that were properly submitted

3           to the Secretary on August 26th.

4                So those are my comments, Your Honor.

5           I'm happy to answer questions if the Court has

6           any.  I think it is all pretty straightforward

7                THE COURT:  Thank you, Ms. Meingast.

8                MS. MEINGAST:  Thank you.

9                THE COURT:  Mr. Akeel, you may respond.

10                MR. AKEEL:  Thank you.

11                Your Honor, just briefly regarding

12           the jurisdiction, the court of claims doesn't --

13           cannot have jurisdiction over the MDP, so we are

14           here with respect to the MDP.  That's an issue.

15                When the appeal was filed by Plaintiff

16           Arraf, it's still not been decided and it's

17           September 6th.  The matter was contested on

18           August 24.  The MDP was on notice of that issue.

19           An appeal was filed.  Still there has been no

20           resolution.

21                Yes, we are at September 6th.  That's

22           because part of the delay of MDP not attending

23           to this matter immediately saying, okay, we'll

24           get to it.  It's been maybe within 30 days.

25                What I meant by capable of repetition

1          yet evading review, I didn't mean it in the

2          doctrine within respective -- in the courts.

3          What I meant is with the intraparty -- inside

4          the MDP, if a person is trying to exhaust her

5          appeal rights, but they are not -- but it is

6          going to be mooted out --

7                    THE COURT:  There is not enough time.

8                    MR. AKEEL:  Right.  That's what I mean.

9          It will happen every two years.  For a candidate

10         to try to contest this, they are never going to

11         be heard.

12                    Now, we are not going into justiciable

13         arguments here or constitutional claims here.

14         We are here because the courts have recognized

15         that the bylaws are enforceable contracts.  We

16         are not going into -- we are going and the

17         courts have recognized that bylaws are

18         enforceable contracts, and we are here to

19         enforce the bylaws.  We filed the declaratory

20         relief, declaratory judgment and one of the

21         things that we are stating is that MDP is not

22         following its own bylaws for the reasons I

23         already stated.

24                    Your Honor, one other thing that's

25         noticeably absent from everything that's been

1    addressed here and that's really critical here

2    and that is the credential argument, there is no

3    question that that's an issue.  It was announced

4    on the floor and it is undisputed that there was

5    1,248 eligible to vote, but when the votes came

6    out, 1,422.  There was a difference of 174 in

7    there.

8              If you look at the difference between

9    the votes that Diggs got, which is 2424, and

10   Huwaida, which is 2313, it's 111.  That's more

11   than enough that definitely -- if we can look at

12   the actual credentialed folks that voted and

13   what is the outcome, it could sway that, in

14   fact, Plaintiff Huwaida would be the other

15   nominee based on the numbers alone.

16             Right after the voting announcements

17   were made, the whole crowd was yelling "show us

18   the math."  The entire auditorium -- we have

19   pictures here -- was filled with people wearing

20   yellow shirts with "Huwaida."

21             It was very confusing.  When they say

22   no one lodged objections, the whole place went

23   in an uproar saying "show the math, show the

24   math."

25             It stunned everybody regarding the

1     outcome, and an immediate objection was made by

2     Plaintiff Huwaida.  Emails were sent that night.

3     Her attempts to keep this in the party, try to

4     resolve it, let's look at the math, it was going

5     unheard.  That led to the matter being

6     escalated.

7               So, Your Honor, without any more

8     questions, I would like to present my first

9     witness.

10              THE COURT:  Do you agree, Mr. Akeel,

11    with Mr. Eldridge that the MDP is not

12    incorporated under the nonprofit incorporation

13    statutes?

14              I know that was originally part of your

15    argument as to the contract and the obligations

16    that the MDP has, but Mr. Eldridge is

17    representing that's not the case.  There is

18    simply a designation for purposes of IRS

19    purposes -- a 527, I think he said -- a 527

20    corporation.

21              MR. AKEEL:  Your Honor, he's making

22    that representation.  I would need to look at

23    that specifically.  When it's in the context of

24    IRS, I don't know.

25              THE COURT:  Forget about the IRS.  I

```
 1            guess let's stick to the first part.  That is

 2            you represented and used as one of your bases to

 3            meet the elements of getting preliminary

 4            injunctive relief that they are bound to the

 5            members of the entity, they are bound by the

 6            statutes that apply to a nonprofit corporation.

 7            That was your allegation initially.

 8                 MR. AKEEL:  Right.

 9                 THE COURT:  Is that because you are

10            alleging they are a nonprofit corporation?

11                 MR. AKEEL:  I would be surprised if

12            it's a for-profit, if it's there to make money.

13                 THE COURT:  There is a difference in

14            terms of incorporating under those rules; right?

15                 MR. AKEEL:  Right.  Right.

16                 THE COURT:  Okay.  With regard to --

17            again, I'll ask you the same question I asked

18            Mr. Eldridge.  If you take out of this the fact

19            that we are here today talking about something

20            that is supposed to happen by the Secretary of

21            State, I guess by the end of the day today, and

22            a request for preliminarily injunction and this

23            lawsuit had been filed a while ago with plenty

24            of time for everybody to make their arguments,

25            take discovery, do whatever they wanted to do,
```

```
 1              is this a cause of action that can be sustained
 2              in the courts given what was said by the court
 3              in the American Independent Party case that was
 4              cited by Defendant MDP.  The American
 5              Independent Party of Michigan versus the
 6              Secretary of State, that's the case cite of
 7              397 Mich. 689, a 1976 case.
 8                      I know you saw that it was in their
 9              brief and they cite the comments by the
10              U.S. Supreme Court with regard to these internal
11              workings of the party not being subject to court
12              intervention.
13                      MR. AKEEL:  Your Honor, I'm aware of
14              that doctrine.  Courts stay away from intraparty
15              matters, especially when it rises to
16              constitutional allegations.  We are not talking
17              about constitutional allegations here.  We are
18              talking about a breach of contract, breach of
19              bylaws.
20                      THE COURT:  I think it said unless it
21              touches upon constitutional issues and election
22              law -- like, for example, a direct violation of
23              the state election law.
24                      MR. AKEEL:  Right.  We are not alleging
25              that.  We are alleging breach of contract,
```

1       breach of the bylaws.  And the parties -- there

2       is a public interest to ensure that they can

3       freely contract and to ensure that the parties

4       comply with the contract.

5               What we are saying -- I have cited the

6       law.  It's a matter of contract here and the

7       bylaws were violated and Plaintiff Arraf has the

8       right to ensure that those provisions are

9       complied with.

10              After today, the irreparable harm will

11      be there.  I'm just stating, Your Honor, I'm

12      focusing on the breach of contract with respect

13      to the bylaws.  The bylaws were very clear how

14      the voting is to take place.  I indicated how

15      there were irregularities and that's why I'm

16      going to have our witness to demonstrate how the

17      voting was irregular and if it was done

18      consistent with the bylaws that one of the new

19      seats for nomination would be for Plaintiff

20      Arraf.

21              THE COURT:  All right.  Mr. Akeel, is

22      there anything further you want me to know

23      before you present your witness?

24              MR. AKEEL:  No, Your Honor.

25              THE COURT:  Okay.  Mr. Eldridge.

```
 1              MR. ELDRIDGE:  Thank you, Your Honor.
 2              At this point after hearing the
 3      exchanges this morning, we now object to
 4      presentation of any kind of witnesses that are
 5      going to be here to testify about what happened
 6      or what they believe should have happened at the
 7      convention.
 8              If this Court is going to rule that the
 9      Secretary of State should not be here and there
10      is no jurisdiction to order the Secretary of
11      State here and that there is no justiciable
12      controversy here because this is an intraparty
13      dispute, then listening to witnesses talk about
14      what happened at the convention seems like a
15      waste of time and seems like an exercise in
16      futility.
17              This idea that we are here about a
18      contract -- and what I heard Mr. Akeel say is
19      that there is no constitutional allegation.
20      There is no allegation that a constitutional
21      right has been violated.  There is no allegation
22      that statutory rights have been violated.
23              Instead, they are simply saying this is
24      a matter of contract.  The cases they rely upon
25      in their briefing, Your Honor, for that
```

1          proposition, those are cases involving

2          homeowners association disputes, not an

3          intrapolitical party dispute, which clearly

4          under our Supreme Court binding case law is a

5          nonjusticiable controversy.

6                    Unless the Court is going to somehow

7          conclude that this is a justiciable controversy

8          in which it can weigh -- into which it can weigh

9          or that somehow it is going to be able to order

10         the Secretary of State to do something, it seems

11         to us that listening to witnesses testify is an

12         exercise in futility.

13                   THE COURT:  Mr. Akeel.

14                   MR. AKEEL:  Yes.  If that position is

15         adopted, Your Honor, an entire body of case law

16         regarding bylaws and enforcement of bylaws will

17         be eradicated.

18                   We are here because bylaws were

19         violated, and the testimony will establish that

20         if the bylaws were followed that Plaintiff Arraf

21         would have one of the seats for the nomination

22         at Board of Regents for the University of

23         Michigan.

24                   I mean, the members are paying members.

25         There are bylaws that are there for a reason.

1          The only way to enforce the bylaws is to come to

2     court, and this is the proper court of

3     jurisdiction.  This is where the events took

4     place.

5               There is no remedy right now or any

6     relief for Plaintiff Arraf to seek other than

7     just wait for 30 more days, and it will be a

8     foregone conclusion.

9               We are here to establish that there is

10    a likelihood to succeed to have an injunction

11    issued that, in fact, the bylaws were violated,

12    the wrong voting method was used, improper

13    people of credentials were applied.

14              If those simple issues are addressed,

15    which could be done within an hour, two hours

16    by the party, it can demonstrate that

17    Plaintiff Arraf would be one of the members to

18    be nominated and would be on the ballot.

19              It's not that -- it's not -- I have

20    cited the law.  It's not something, you know, to

21    try to ignore, to completely escape

22    accountability, to entice and induce members to

23    join and to publish these bylaws.  They are

24    there for a reason -- to be followed, and, if

25    not, to be enforced.  And the Court here serves

1     as a check and balance to ensure that the bylaws

2     are enforced.

3              THE COURT:  Is one of the cases you

4     cited specifically addressing the issue of a

5     party that rules within a political party?

6              MR. AKEEL:  Yeah.  *Hillsdale County*

7     *Republican Executive Committee versus Daren*

8     *Wiseley*.  It's an opinion ordered for the

9     1st Circuit of the County of Hillsdale.  It was

10    issued October 5, 2023.

11             Also cited is *Colin Upton*, 313 Mich.

12    App. 243.  Bylaws constitute a binding

13    contractual agreement between an entity and

14    members.

15             Also *Kauffman versus Chicago*, 187 Mich.

16    App. 284, stating that the constitution, rules

17    and bylaws of the issue -- of an entity at issue

18    constitutes a contract by all members of the

19    entity with each other and with the entity

20    itself.

21             THE COURT:  I'm aware that those are

22    cited in your brief.  They are actually on page

23    two of your brief.

24             My question is which of those addresses

25    political party intraparty rules.  Are there any

1          Michigan cases that directly address that?

2                    MR. AKEEL:  Yeah.  I'll get the

3          opinion, the *Hillsdale County Executive*

4          *Committee versus Daren Wiseley*.

5                    MR. ELDRIDGE:  Your Honor -- that's

6          cited in your briefing, but I don't believe it

7          is attached.  I have not seen the actual order.

8          I'm not sure what it says.

9                    MR. AKEEL:  Your Honor, *Pego versus*

10         *Karamo*, a recently decided case, 24-00658 --

11                   THE COURT:  Out of what jurisdiction?

12                   MR. AKEEL:  17th Circuit Court, County

13         of Kent, Judge Joseph Rossi.  It's *Malinda Pego*

14         *versus Kristina Karamo*.

15                   THE COURT:  Are you reference -- I'm

16         sorry, Mr. Akeel.  I didn't mean to cut you off.

17                   MR. AKEEL:  I'm sorry.

18                   THE COURT:  Are you referencing a

19         circuit court opinion?

20                   MR. AKEEL:  Yes.

21                   THE COURT:  Okay.  Are there any Court

22         of Appeals or Supreme Court opinions in Michigan

23         that address that issue with regard to a

24         party -- a political party?

25                   MR. AKEEL:  I think it was -- that case

1           is up on appeal, the case that I cited.

2                   THE COURT:  All right.  The Kent County

3           case?

4                   MR. AKEEL:  Yes.

5                   THE LAW CLERK:  Can I have the name of

6           the case again?

7                   MR. AKEEL:  Sure.  Malinda Pego, et al.

8           versus Kristina Karamo, state of Michigan, Kent

9           County.

10                  THE LAW CLERK:  Thank you.

11                  THE COURT:  All right.  Anything else

12          you want to add to that, Ms. Meingast or

13          Mr. Eldridge?

14                  MS. MEINGAST:  No, Your Honor.

15                  MR. ELDRIDGE:  Just, Your Honor, we are

16          not aware of any appellate court, published or

17          unpublished, that would support Plaintiffs'

18          position on that.

19                  THE COURT:  With regard to the argument

20          with regard to contracts?

21                  MR. ELDRIDGE:  Correct.

22                  THE COURT:  What I am going to -- first

23          of all, we'll take a short break.  Without any

24          indication as to how I'm going to rule as to the

25          request for preliminarily injunction, I will at

```
 1        this point allow some brief testimony that you

 2        want to present, if for no other reason than I

 3        anticipate there may be some appeal, perhaps, of

 4        this case.

 5             I can tell you where the Court of

 6        Appeals is if you want to know how to get there.

 7             MR. AKEEL:  Why are you looking at me,

 8        Judge?

 9             THE COURT:  Both sides.  But I want to

10        make sure we have a full record certainly and

11        that I'm fully informed before I make a decision

12        on this.

13             We'll take just a few minutes.  I don't

14        want to take long, just a few minutes.  Then you

15        can present your witness, Mr. Akeel, for what

16        you consider to be the most pertinent parts of

17        the testimony, understanding that there has been

18        a declaration that was attached already to your

19        complaint.  All right?

20             MR. AKEEL:  All right, Your Honor.

21             Also, my client would like to testify

22        to a few matters that were raised here that

23        might aid the Court.

24             THE COURT:  Why don't we do this -- on

25        the break, Mr. Akeel, if you'll confer with the
```

1            defense attorneys as to what that scope is, what

2            would be the purpose of that testimony, and

3            maybe we can -- the two sides can reach an

4            agreement preserving what Mr. Eldridge already

5            objected to and his reason for saying that we

6            should not hear any testimony today, but perhaps

7            as to the scope so that we are not going beyond

8            the most pertinent issues in terms of any

9            testimony you might present.  Okay?

10                 MR. ELDRIDGE:  May I ask, do we have a

11            list of who is going to be testifying?

12                 MR. AKEEL:  Just two.

13                 THE COURT:  Go ahead, Mr. Akeel.  I

14            think you indicated one person and now you are

15            indicating your client.

16                 MR. AKEEL:  Yes.  Mr. Sharon and my

17            client.

18                 THE COURT:  All right.

19                 MR. ELDRIDGE:  We have the same

20            objection.

21                 THE COURT:  I understand.  We'll take a

22            short break.

23  ( Off the record from 10:37 a.m. to 11:02 a.m. )

24                 THE COURT:  Before we start with the

25            testimony, I do want to put something on the

1          record because it occurred to me that you all

2          may not be aware of this process that involves

3          an obligation on the part of the Court with

4          regard to election-related litigation.

5                    Ms. Meingast referred earlier to a part

6          of this process where either her office or

7          someone related to or affiliated with either the

8          Attorney General's office or the Secretary of

9          State office had some contact from the Court --

10         or received an attempt, I guess was what you

11         referred to -- an attempt to send the complaint.

12                   Just so everyone is aware and to, I

13         guess, dispel any possible thoughts that there

14         was some contact between my office and either a

15         party in this case or the Attorney General's

16         office with regard to providing documents or

17         something else in terms of unilateral contact

18         between the Court and a party or a party's

19         counsel, I want to make it clear that that did

20         not happen.

21                   What happened was that, again -- and

22         this may be the part that parties are not aware

23         of, but under the Michigan Supreme Court rules

24         and the State Court Administrative Office's

25         rules, all courts in the state are obligated to

```
1        do certain things when they receive -- if the
2        Court receives an election-related lawsuit.
3        Every year we get the same memo from the State
4        Court Administrative Office.  This year is no
5        exception.
6             On July 30th, 2024, the State Court
7        Administrator, Thomas Boyd, sent through the
8        election-related reminder with the
9        administrative rule and the Supreme Court's
10       requirements regarding what we must do upon
11       receipt of any election-related litigation, and
12       that includes sending both summaries and/or
13       pleadings themselves, but certainly summaries of
14       the case, the issues in the case, the case
15       number, copies of any orders entered in the
16       case, et cetera.
17            There's a whole list of things or
18       actually two sets of notifications that are
19       required to different entities, multiple
20       entities.  And so what the court did was comply
21       with that mandate by the Michigan Supreme Court
22       and the state court administrator, and I believe
23       that's how Ms. Meingast's office received an
24       attempt to send them some information.
25            So it wasn't anything that I did in
```

```
 1              terms of trying to reach out to parties or do

 2              anything directly in terms of engaging parties

 3              that would be involved in this case.  It was

 4              simply following the listed entities or

 5              individuals that need to be notified in

 6              providing the respective information required to

 7              be provided.

 8                      And that actually, in this case,

 9              happened on two levels.  The court clerk, the

10              county clerk's office sent some notices, and

11              the 30th Circuit Court's administrator's

12              office -- our administrator sent some

13              notifications as well.  And, yes, my office was

14              involved in providing some of the information

15              and summaries, but that's really it.

16                      Anyway, if there are any questions

17              about that, I'm happy to entertain those if

18              anybody wants to make a further record about

19              that.

20                      Anything, Mr. Akeel, that you have

21              questions about or want to comment with regard

22              to that?

23                      MR. AKEEL:  No, Your Honor.

24                      THE COURT:  Mr. Eldridge?

25                      MR. ELDRIDGE:  No, Your Honor.
```

```
 1                    THE COURT:  Ms. Meingast or Mr. Grill?

 2                    MS. MEINGAST:  No, Your Honor.

 3                    THE COURT:  Okay.  With that, you can

 4          go ahead, Mr. Akeel, with calling your witness,

 5          sir.

 6                    MR. AKEEL:  Your Honor, I would like to

 7          call the first witness, Mr. Liano Sharon.

 8                    THE COURT:  Please raise your right

 9          hand for me.

10                    Do you swear or affirm to tell the

11          truth, the whole truth, and nothing but the

12          truth?

13                    MR. SHARON:  I do.

14                    THE COURT:  Please be seated.  You can

15          adjust that microphone wherever it's comfortable

16          for you.  It moves around on the desk.  It will

17          also bend in different directions.  As long as

18          we can hear you, that's what counts.

19                    THE WITNESS:  Very good.

20                    THE COURT:  If you would, state your

21          full name and spell both the first and last

22          name, please.

23                    THE WITNESS:  My name is Liano Sharon.

24          The first name is L-i-a-n-o, last name

25          S-h-a-r-o-n.
```

```
1                            LIANO SHARON,

2    ( At 11:08 a.m., having been called by the Plaintiffs

3    and sworn in by the Court, testified as follows: )

4                          DIRECT EXAMINATION

5    BY MR. AKEEL:

6    Q.      Good morning, Mr. Sharon.

7    A.      Good morning.

8    Q.      Mr. Sharon, what's your highest level of degree?

9    A.      I have a bachelor's degree in mathematics and

10           I've completed the coursework for a master's in

11           curriculum and instruction.

12   Q.      What's your current profession?

13   A.      Currently I am an international business

14           consultant and cross-cultural communications

15           specialist.

16   Q.      Okay.  Are you in any way affiliated with the

17           Michigan Democratic Party?

18   A.      I have been a member of the party since

19           December 2016 and very active.  I can list in

20           detail, if you would like, the different

21           positions that I hold.

22                   MR. AKEEL:  Your Honor, may I approach

23           the witness?

24                   THE COURT:  You may.  You can do it

25           right through here, Mr. Akeel, or walk around,
```

```
 1              whatever you wish.

 2                        MR. AKEEL:  Sounds good.  Thank you.

 3    BY MR. AKEEL:

 4    Q.      If you could, please go to the third page.

 5    A.      Third page.  Yes, sir.

 6    Q.      Is that your notarized signature?

 7    A.      It is.

 8    Q.      Okay.  If you can, go back to page one.

 9    A.      Yep.

10    Q.      Okay.  Just briefly, in paragraph four can you

11            summarize briefly your experience with the

12            Michigan Democratic Party?

13    A.      I have been a member of the state central

14            committee since 2017, and I have continued to

15            serve on that committee.  I have been there now

16            eight years.  Four years on the MDP State

17            Central Committee Executive Committee, four

18            years on the State Central Committee Rules and

19            Bylaws Committee, four years on the Washtenaw

20            County Democratic Party Rules and Bylaws

21            Committee, two as cochair, six years as chair of

22            the Michigan Progressive Caucus Rules Committee,

23            and four years on the Democratic National

24            Committee.

25    Q.      Okay.  In paragraph five, you state that you
```

```
 1              served in a subcommittee charge with a
 2              line-by-line review of the DPV.  What does that
 3              mean?
 4    A.        So the DPV stands for directive on proportional
 5              voting, and that was the document under which
 6              the MDP conducted elections prior to 2018 when
 7              we completely replaced it.
 8                     As the chair of the committee wrote at
 9              the time, quote, this is a complete rewrite of
10              those rules of the DPV and we replaced them with
11              a new document called the rules for voting and
12              elections.
13    Q.        If I could take you to paragraph eight --
14    A.        Mm-hmm.
15    Q.        -- you state -- can you explain to the Court
16              what is going on here?  If you can, read it and
17              explain what's going on.
18    A.        Sure.  Paragraph eight, we made the rules for
19              voting and elections clear by defining each of
20              the key terms and explaining the elements of
21              each voting system we allowed.  We made it
22              simple by eliminating all but two options for
23              running elections in the MDP, majority voting
24              and slate voting.
25                     All changes recommended by the rules
```

```
 1                 committee, including replacing the DPV with the

 2                 RVE, were adopted by the party in 2018.  Since

 3                 2018, there has been no other option for running

 4                 elections in the Michigan Democratic Party.

 5      Q.    Okay.  Does that apply to elections as well for

 6                 the board of governor -- regents?

 7      A.    Absolutely.  Any elections carried out by the

 8                 MDP, these are the rules that the MDP has

 9                 authorized for all party functions.

10      Q.    Okay.  I want to provide you an exhibit -- by

11                 the way, this was Exhibit 8.  It's already

12                 admitted, so I'm just kind of going -- I'm going

13                 to present Exhibit 3, which is part of the

14                 verified complaint.

15                      MR. AKEEL:  May I approach the witness,

16                 Your Honor?

17                      THE COURT:  You may.

18                      THE WITNESS:  Thank you.

19      BY MR. AKEEL:

20      Q.    Can you please identify Exhibit 3?

21      A.    Yeah.  Exhibit 3 are the rules for voting and

22                 elections in the Michigan Democratic Party.

23      Q.    Did you participate in authoring these rules?

24      A.    Absolutely.

25      Q.    What's the purpose of these rules?
```

```
 1   A.      The purpose of these rules is to determine
 2           specifically what voting systems are allowed in
 3           the MDP and when they are applicable.
 4   Q.      Okay.  Are these rules posted on the website?
 5   A.      Yes.
 6   Q.      Is there some significance to that?
 7   A.      Yeah.  One of the other rules that we adopted in
 8           2018 was Rule 2.5 of the bylaws, which says that
 9           only the rules that are posted publicly on the
10           MDP website are valid rules.  No other rules are
11           valid in the MDP.
12   Q.      So the only rules that could be allowed during
13           the convention for the board of governors seat
14           was either majority or slate?
15   A.      That's correct.
16   Q.      Okay.  I want to take you to provisions 2.4 and
17           2.5.
18   A.      Mm-hmm.
19   Q.      Those two provisions you helped author?
20   A.      Yes.
21   Q.      Okay.  What's its intention in how it would be
22           applied, those two provisions?
23   A.      Right.  So the importance of distinguishing
24           single-position offices from multiple-position
25           offices is that in a single-position office we
```

1          do not have the opportunity to give minorities

2          the ability to elect some portion of that power.

3          All power goes to one person in a

4          single-position office.

5                    In a multiple-position office, we have

6          the opportunity to allow coalitions in the

7          minority within the party to elect some number

8          of members to boards, committees, et cetera, and

9          the intent of -- the intent of, I would say,

10         2.2, 2.1, 2.4, and 2.5 -- and, in fact, the

11         entire document -- is to ensure that we comply

12         with rules coming down from the national

13         committee actually that require us to give

14         minorities the ability to gain their own power.

15                   And so, for example, you know, 2.2 is a

16         perfect explanation.  It says what we are trying

17         to do with slate voting is to have proportional

18         representation, which is using an approved

19         election method for multiple-position offices

20         such that a substantial minority within the

21         assembly has an opportunity to elect a

22         proportionate share of the delegates or members.

23                   For example, 20 percent of an assembly

24         would have the opportunity to elect one out of

25         the five delegates.  Okay?

```
 1                    So that's the purpose of proportional

 2             voting is to ensure minorities have the

 3             opportunity to win their own representation.

 4             And that is a key concept throughout the

 5             national and Michigan Democratic Party rules.

 6             There are several different other rules that

 7             indicate exactly that.

 8    Q.       And how does the slate voting method help --

 9             first of all, when you say minorities, what do

10             you mean?

11    A.       I mean coalitions in the minority.

12    Q.       Okay.

13    A.       Which is why I use the phrase.  I don't mean

14             necessarily racial, ethnic, religious

15             minorities.  Coalitions that come together, but

16             the coalition is a minority within the party.

17    Q.       Okay.  How does the slate voting help the

18             minorities to have representation?

19    A.       Sure.  It helps by recognizing that when we

20             have -- when we are electing people to a

21             multiple-position office like a board of

22             regents, because there are multiple people there

23             we can actually divide up the representation

24             between different factions in the party.  And so

25             we want to represent different factions in the
```

| | | |
|---|---|---|
| 1 | | party according to their -- according to their |
| 2 | | numbers in the electorate. |
| 3 | Q. | Okay.  All right.  I want to take you to |
| 4 | | provision 6.4 of the same document -- |
| 5 | A. | Mm-hmm. |
| 6 | Q. | -- Exhibit 3.  Just generally, 6.4 titled slate |
| 7 | | voting, what's being discussed here?  Just a |
| 8 | | summary. |
| 9 | A. | So the 6.4 is giving the details of how to run a |
| 10 | | slate voting election.  Specifically 6.4.2 gives |
| 11 | | the actual mathematical process that's required. |
| 12 | Q. | Okay.  Now, were you present at the convention |
| 13 | | on October -- on August 24, 2024? |
| 14 | A. | Yes, I was. |
| 15 | Q. | Now, from your understanding and your experience |
| 16 | | serving on the committees, did the convention |
| 17 | | have multiple position openings? |
| 18 | A. | Yes, they had several.  All of the boards of |
| 19 | | regents for universities were multiple-position |
| 20 | | offices, but only the U of M Board of Regents |
| 21 | | was contested.  That was the only office for |
| 22 | | which there were more than the number of |
| 23 | | positions available -- more candidates than the |
| 24 | | number of positions available running. |
| 25 | Q. | Okay.  And that applied for different |

```
 1           universities?

 2  A.       That applied for different universities,

 3           absolutely.  Like I said, those weren't

 4           contested.

 5  Q.       Did you come to learn of the candidates who were

 6           up for nomination for the Board of Regents

 7           offices for the University of Michigan?

 8  A.       Yes.  I was shown an advertisement, a placard

 9           that said that the -- that listed all the

10           different candidates for those positions as the

11           unity slate.

12                    MR. AKEEL:  Okay.  Your Honor, may I

13           approach the witness?

14                    THE COURT:  Yes.

15  BY MR. AKEEL:

16  Q.       This is Exhibit 6 in the verified complaint.  Is

17           this the document that you saw?

18  A.       Yes, it is.

19  Q.       Okay.  Just on the bottom left where it says

20           "support the unity slate," from election lingo,

21           what does that mean?

22  A.       Well, in election lingo that means that you have

23           a slate, like we talk about slate voting in 6.4.

24           These are, in fact, all of the position -- all

25           of the offices that are listed here are
```

```
 1            multiple-position offices and so it would have

 2            to be by slate voting.

 3   Q.       Okay.  So here we have for the University of

 4            Michigan two people who were presented together

 5            and that's Denise Ilitch and Shauna Ryder-Diggs?

 6   A.       Correct.

 7   Q.       Okay.  When you see that -- you said there were

 8            two methods to be applied, either majority or

 9            slate voting.  And from your experience and the

10            intent of how the rules are to be applied based

11            on your authorship in it, which method should

12            have been used here?

13   A.       Well, certainly the slate voting method.  You

14            know, this is number one because it is a

15            multiple-position office.  That's the

16            fundamental reason that you need slate voting is

17            because multiple-position offices are the only

18            opportunity that minorities have to win some

19            power without having a majority.

20                  If you are trying to elect a

21            single-position office, you need a majority to

22            elect that office.  If you have a

23            multiple-position office, you can have -- you

24            can have, for example, 60 percent of the

25            electorate and they get three positions out of
```

| | | |
|---|---|---|
| 1 | | five, and 40 percent get two positions out of |
| 2 | | five.  You can't have that kind of division when |
| 3 | | there is only one position in the office. |
| 4 | Q. | Okay.  Now, did you personally vote? |
| 5 | A. | Yes. |
| 6 | Q. | Okay.  Based on your knowledge of how the rules |
| 7 | | were applied, did the Michigan Democratic Party |
| 8 | | tally the votes properly? |
| 9 | A. | No, they did not tally the votes properly. |
| 10 | Q. | Why not? |
| 11 | A. | They tallied the votes as if they had run a |
| 12 | | majority voting election, which is exclusively |
| 13 | | in our rules for a single-position office when |
| 14 | | they should have tallied the votes as if it was |
| 15 | | a multiple-position office, which would have |
| 16 | | used slate voting according to our rules. |
| 17 | Q. | Okay.  Had they tallied the votes properly under |
| 18 | | 2.5 of the rules for voting and election in |
| 19 | | Michigan Democratic Party Exhibit 3, from your |
| 20 | | understanding who would have won a nomination? |
| 21 | | MR. ELDRIDGE:  Object, Your Honor.  I'm |
| 22 | | going to object to the lack of foundation. |
| 23 | | THE COURT:  Mr. Akeel. |
| 24 | | MR. AKEEL:  Your Honor, I'll rephrase. |
| 25 | | THE COURT:  Okay. |

```
 1    BY MR. AKEEL:
 2    Q.    Had the tally of the vote -- had MDP tallied the
 3          votes under the slate voting method, did you --
 4          strike that.
 5                Did you make any analysis in
 6          determining had the MDP applied the slate voting
 7          method who would have won a nomination?
 8    A.    Yeah.  In fact, I wrote about it in an article
 9          that I published.  I went through all the math
10          and, yeah, in that circumstance my analysis
11          shows that if the votes -- if the voting totals
12          reported were accurate -- and we don't know that
13          because of the question with the credentialing,
14          but if the voting totals reported were accurate
15          then Huwaida would have won one seat and the
16          unity slate would have won one seat.
17    Q.    Okay.  The first document I gave you and I gave
18          to the Court --
19    A.    Yes.
20    Q.    -- has Exhibit 7.
21    A.    Mm-hmm.
22    Q.    Can you please go to page four?
23    A.    Mm-hmm.  Just a moment.  Page four?
24    Q.    Yes.
25    A.    I might not have the same page numbering as you.
```

```
 1              Which number are you looking for?
 2    Q.    Here.  Yes, page four.  You're on page six.  I'm
 3          sorry about my number -- one more.
 4    A.    No, the --
 5    Q.    Page four.
 6    A.    Yeah.  Page four shows this.
 7    Q.    There you go.
 8    A.    Page four shows this.
 9    Q.    Is page four the article you discussed?
10    A.    Oh, yes.  I'm sorry.
11    Q.    Yeah.  Yeah.  Okay.  I just want to make sure.
12          This is the article that is titled MDP Botches
13          U of M Regent Nomination?
14    A.    Yes, that's correct.
15    Q.    Okay.  You wrote that on August 28, 2024?
16    A.    Yes.
17    Q.    Let's go -- as part of your article, go to page
18          seven.
19    A.    Okay.
20    Q.    Right away where you hear and say in the middle,
21          "Here is the math."
22    A.    Mm-hmm.
23    Q.    Okay.  Is this the calculations that you made --
24    A.    Yes.
25    Q.    -- which led to your conclusion that Huwaida
```

```
 1              Arraf would have won one of the nominations?
 2    A.   That's correct.
 3    Q.   Okay.  So if you go to page nine under -- after
 4         you did your calculation with your mathematician
 5         experience, what was the final result you
 6         published?
 7    A.   The final result, unity slate one position,
 8         Huwaida slate one position, total positions two.
 9    Q.   Okay.  I don't know if the -- I think -- if we
10         go to -- back to seven.
11    A.   Yep.
12    Q.   And I don't want to bore the Court on this, but
13         it's important to go to the method of
14         calculation of the slate voting and how you
15         determined how Huwaida Arraf actually won one of
16         the seats.  It starts on page seven.
17    A.   Mm-hmm.
18    Q.   It says under the slate voting tabulation the
19         process is a little bit more complicated, but
20         clearly explained.  Can you try to explain this
21         to aid all of us?
22    A.   Sure.  I mean, the requirement -- the slate
23         voting calculation requires that you first
24         divide the total number of votes for all slates
25         and divide each slate -- each slate's total
```

1          votes by the total of number of votes for all
2          slates coming up with a decimal proportion, and
3          then you multiply that by two.  It's a long
4          explanation why, but you multiply that by two.
5    Q.    Are you on page eight now?
6    A.    I'm page eight now.
7    Q.    If you can, direct us to the numbers you are
8          looking at.
9    A.    Okay.  So I'm now on page eight where it says
10         unity slate 0.6936 times two, et cetera.  That's
11         where we multiply by two.  And then the whole
12         number portion of those resulting numbers -- the
13         whole number portion is the number of people
14         elected from each slate at this stage.
15              So the whole number portion of the
16         unity slate is one and the whole number portion
17         of the Huwaida slate is zero, but there is still
18         an unfilled position because only one position
19         has been filled so far.  And then the rules
20         continue that if there are any unfilled
21         positions, which there are, the slate having the
22         largest fractional portion of the above results
23         shall receive the unfilled position.
24              The fractional portion of the unity
25         slate number was 0.3872.  The fractional portion

1           of the Huwaida slate is 0.6128.  0.6128 is

2           larger than 0.3872; therefore, Huwaida would

3           have won the other position.

4    Q.     Okay.  That's had the slate voting method been

5           applied?

6    A.     Correct.

7    Q.     Okay.  When you were at the -- when you use

8           these mathematical calculations, were you

9           relying on Exhibit 3, the rules for voting and

10          election in Michigan Democratic Party?

11   A.     Yes.  That's exactly right.  Those are where I'm

12          pulling the quotes from the rules.  Where I

13          reference 6.4.2, I'm just taking that directly

14          out of the rules for voting and elections.

15   Q.     And those were the only ones that were posted on

16          the website --

17   A.     Absolutely.

18   Q.     -- before the convention?

19   A.     Absolutely.

20   Q.     And those were the only ones that could have

21          been used?

22   A.     Absolutely.

23   Q.     Okay.  All right.  When you were there, did you

24          observe any other irregularities -- you

25          personally?

```
 1    A.       Yeah.  I observed a couple --
 2                     MR. ELDRIDGE:  Objection, Your Honor.
 3                     THE COURT:  Hold on a second.
 4                     Go ahead, Mr. Eldridge.
 5                     MR. ELDRIDGE:  Object as to the form of
 6            the question.
 7                     MR. AKEEL:  My form -- I'm going into
 8            getting his personal knowledge.  I'm not -- it's
 9            not leading.  I don't know why --
10                     MR. ELDRIDGE:  I don't know what kind
11            of irregularities we are talking about.
12                     MR. AKEEL:  I'll rephrase.
13                     THE COURT:  Go ahead.
14    BY MR. AKEEL:
15    Q.       Did you observe any what you believe were
16            violations of the rules for the voting and
17            elections for Michigan Democratic Party?
18    A.       Yeah.  I first noted that the electronic ballot
19            was not set up to be a slate voting ballot.  So
20            I originally thought "what's going on here," but
21            then I realized that the way that we were
22            voting, it meant that you could extract the
23            information necessary to calculate the correct
24            slate voting result from the information that
25            they were gathering.  So I figured it was
```

```
 1              probably a cost-cutting measure or something
 2              like that -- like the vendor had a higher price
 3              for the slate voting, so they said that we'll
 4              just calculate it.  Okay.
 5                   But then also there was the issue of at
 6              the State Central Committee meeting that was
 7              called immediately after the convention, there
 8              wasn't a quorum.  You know, there were
 9              literally, like, 20 people in a circle.  There
10              is no way that can be a quorum because there are
11              over 200 people on the Michigan State Central
12              Committee, and a quorum is 50 percent.  So there
13              is no way I could confuse about 20 people with a
14              hundred people.
15   Q.   And why was the quorum necessary?
16   A.   Because under the rules for the convention
17              passed by the Convention Rules Committee, we are
18              required to canvas and ratify -- the committee
19              is required to canvas and ratify the results.
20              There was no canvassing done.  The chair read
21              out the results as they had been announced and
22              just asked for a vote.
23                   MR. AKEEL:  Your Honor, may I approach
24              the witness?
25                   THE COURT:  Yes.
```

```
 1    BY MR. AKEEL:

 2    Q.      This is Exhibit 9 of the verified complaint.  If

 3            I can direct your attention to C2 where it says,

 4            here the order of business shall be as follows:

 5            Canvas and ratification of convention results.

 6    A.      Mm-hmm.

 7    Q.      Do you see that?

 8    A.      Yep.

 9    Q.      Is this what you were referring to?

10    A.      Yes, exactly.

11    Q.      Okay.  One other matter I want to bring to your

12            attention.  On B2A, it says the order of

13            business shall include the following, hearing a

14            report on a number of delegates.  Do you see

15            that?

16    A.      Yes.

17    Q.      What does that mean?

18    A.      That means that the convention -- that the

19            convention's credentials committee is required

20            to announce the number of people that have been

21            properly credentialed to vote in the election

22            prior to the vote.

23    Q.      Okay.  Were you present when that occurred?

24    A.      Yes, I was present.

25    Q.      Okay.  Did you see any violations in that
```

```
 1            process?

 2   A.       The only thing that I saw at the time was that

 3            they announced 1,248 credentialed people.  I did

 4            not become aware until later that when they

 5            released the data, which I understand is not the

 6            raw data, but they released some data to the

 7            campaign and that it contained the number 1,422.

 8            So 174 more voters than had been announced in

 9            the credentialing report.

10   Q.       Okay.  Is that something unusual?

11   A.       That's very unusual.  That effectively says that

12            they are stuffing the ballot boxes if that's

13            correct.  If it is not an error and isn't

14            corrected, you know, they are bringing people to

15            vote who aren't credentialed to vote.

16   Q.       Okay.  You referenced something -- you mentioned

17            raw data versus other data.

18   A.       Yeah.

19   Q.       What's the difference, if you can explain?

20   A.       Well, we have a rule in the Michigan Democratic

21            Party -- I believe it's 2.17 -- that says that

22            there are no secret ballots allowed in any of

23            the Michigan Democratic Party elections;

24            therefore, all the ballots, the actual raw

25            ballots are, in fact, required to be released to
```

```
 1              the membership at least.
 2    Q.    Do you know as far as today if the raw data has
 3          been released?
 4    A.    No.  My understanding it has not been.  We have
 5          received data that they have claimed is the raw
 6          data, but my understanding is that it bears
 7          clear indications of being manipulated.
 8              MR. AKEEL:  Okay.  Thank you,
 9          Mr. Sharon.  I have no further questions.
10              THE COURT:  Thank you, Mr. Akeel.
11              Mr. Eldridge, go right ahead, sir.
12              MR. ELDRIDGE:  Thank you, Your Honor.
13                     CROSS-EXAMINATION
14    BY MR. ELDRIDGE:
15    Q.    Good morning, sir.
16    A.    Good morning.
17    Q.    If I understand your testimony correctly, it
18          sounds like you would have preferred that the
19          convention utilize the slate voting method as
20          opposed to the majority voting method.
21    A.    It's not a question of my preference.  It's a
22          question of what the rules say.
23    Q.    My question is:  Do you have a preference they
24          would have used?
25    A.    I have a preference for them following the
```

```
 1              rules.
 2   Q.         Okay.  Where in the voting rules of the MDP does
 3              it say that candidates, to be delegates for --
 4              I'm sorry -- candidates, to be regents of the
 5              board at the University of Michigan, are to be
 6              voted on by a slate vote?
 7   A.         Candidates for the University of regents (sic)
 8              are multiple-position offices; therefore, under
 9              2.5 they are required to be elected by slate
10              voting.
11   Q.         Sir, where does it say in the rules that the
12              position for regent for University of Michigan
13              is a multi-position office?
14   A.         It defines multiple-position offices as an
15              office for which more than one person is to be
16              elected.  That was the case at this election.
17   Q.         It does not identify though -- am I correct --
18   A.         It says example --
19   Q.         Hold on and let me finish the question.
20                   It does not identify the position of
21              University of Michigan Board of Regents;
22              correct?
23   A.         It doesn't specifically identify that; however,
24              it lists the examples given as examples.  And we
25              understood at the time when we were writing this
```

```
 1              that these were just examples, that any

 2              multiple-position office as defined in the first

 3              paragraph that this applies to.

 4    Q.        So you see the examples in that first paragraph

 5              of section 2.1 of the rules; correct?

 6    A.        Mm-hmm.  Yes.  They are listed as examples, not

 7              conclusively.

 8    Q.        Okay.  All of the examples -- do you agree with

 9              me? -- are internal party positions; correct?

10    A.        Yes.

11    Q.        Sir, do you know who Christine Jensen is?

12    A.        I do.

13    Q.        Who is Christine Jensen?

14    A.        She is the executive director of the Michigan

15              Democratic Party.

16    Q.        Sir, are you aware that Ms. Jensen signed a

17              declaration in this matter in support of the

18              defendants' briefing?

19    A.        Yes.

20    Q.        Have you had a chance to review it?

21    A.        I have reviewed it briefly.  I did not get to

22              read it through all the way.  I read portions of

23              it.

24                   MR. ELDRIDGE:  Your Honor, may I

25              approach?
```

```
 1                    THE COURT:  You may.

 2    BY MR. ELDRIDGE:

 3    Q.      Sir, I have handed you what is a copy of

 4            Ms. Jensen's affidavit -- or declaration, more

 5            precisely in this matter.

 6    A.      Yes.  Mm-hmm.

 7    Q.      I'm going to ask that you turn to paragraph five

 8            of her declaration.

 9    A.      Sure.  Mm-hmm.

10    Q.      The first sentence there says, quote, the slate

11            voting procedures in the voting rules do not

12            apply to and have not, to the best of my

13            knowledge, ever been used by the MDP to

14            determine which candidates for partisan offices

15            will appear on a general election ballot, end

16            quote.  Did I read that correctly?

17    A.      Yes.

18    Q.      Do you have any reason to disagree with her?

19    A.      Yes.

20    Q.      Tell me why.

21    A.      First of all, because the slate voting

22            procedures are what's listed in the rules and

23            there are no other rules for electing

24            multiple-position offices in the Michigan

25            Democratic Party.  The rules clearly explain
```

```
1              that a multiple-position office has to be
2              elected by slate voting.
3                     So the fact that they have not done so
4              in the past is an indication of past
5              malfeasance, not -- not an exculpation of what's
6              going on here.
7    Q.        Are you aware, sir, of any circumstance where if
8              MDP has used slate voting for candidates for
9              partisan offices that will appear on the general
10             election ballot?
11   A.        I am aware of no other rule in the Michigan
12             Democratic Party that allows them any other
13             option.  So, no, I am not aware of that
14             happening at all; however, my point is that I
15             have pointed this out to Chris Jensen on
16             multiple occasions that we are not following our
17             rules, and she has several times told me, well,
18             nobody cares about the rules except you --
19   Q.        Well, but --
20   A.        -- so --
21   Q.        -- you are not aware of a single instance when
22             slate voting has been used for partisan
23             positions that end up on the general election
24             ballot; correct?
25   A.        No, but I have objected to them not doing so in
```

| | | |
|---|---|---|
| 1 | | the past. |
| 2 | Q. | And the party leadership overruled you; correct? |
| 3 | A. | The party leadership has not followed the rules. |
| 4 | Q. | In your opinion? |
| 5 | A. | In the opinion of the rules. |
| 6 | Q. | So back to the rules.  I want to ask you a |
| 7 | | question about your affidavit.  Back to the |
| 8 | | rules -- |
| 9 | A. | Mm-hmm. |
| 10 | Q. | -- you agree that in the rules for voting, |
| 11 | | section 2.5, and the definition of slate voting, |
| 12 | | it applies to multiple-position offices; right? |
| 13 | A. | Correct. |
| 14 | Q. | We agree on that? |
| 15 | A. | Yes. |
| 16 | Q. | And we also agree that section 2.1, the |
| 17 | | definition of multiple-position offices, does |
| 18 | | not identify any type of -- as an example, any |
| 19 | | type of partisan position that will end up on |
| 20 | | the general election ballot.  Do you agree with |
| 21 | | me on that? |
| 22 | A. | I agree with you on that, yes. |
| 23 | Q. | Now, you said that you understood and went into |
| 24 | | the convention understanding that slate voting |
| 25 | | would be utilized.  Am I understanding that |

```
 1            correctly?
 2   A.       I thought that slate voting would be utilized
 3            when I got there and I saw this.  My
 4            understanding is that slate voting needs to be
 5            utilized in any multiple-position office, but it
 6            has been the practice of the party not to do so.
 7                      So when I saw that they were
 8            advertising like this, I said, okay, maybe
 9            they'll do it --
10                      MR. AKEEL:  Let the record reflect the
11            witness was pointing to the exhibit of the
12            advertisement, and he raised it.
13                      THE WITNESS:  Yeah.  See?
14                      MR. ELDRIDGE:  Thank you.
15                      MR. AKEEL:  Sorry.
16   BY MR. ELDRIDGE:
17   Q.       So you had made up in your mind that slate
18            voting was going to occur on August 24th;
19            correct?
20   A.       Once I saw this.  Not until then.
21   Q.       And you are talking about this advertisement?
22   A.       Yeah.
23   Q.       You agree this advertisement is issued by the
24            AFL-CIO; right?
25   A.       Yes.  But they must have agreed to it.
```

1    Q.      Who is "they"?

2    A.      Denise Ilitch and Shauna Ryder-Diggs.

3    Q.      You're not suggesting this advertisement was the

4            product of anything that came from the MDP;

5            right?

6    A.      I'm suggesting that this advertisement was a

7            product of what came out of their campaigns.

8    Q.      Okay.  But you agree --

9    A.      And their campaigns are the ones who determine

10           who is on the slate.

11   Q.      You agree with me that this advertisement that

12           we're talking about from the AFL-CIO --

13   A.      Mm-hmm.

14   Q.      Right?  You see the AFL-CIO logo on it?

15   A.      Sure.

16   Q.      It did not come from the Michigan Democratic

17           Party; right?

18   A.      I don't know.  It has the Michigan Dems logo on

19           it, and we have a rule that says that you are

20           not allowed to use it without permission.

21   Q.      Sir, you agree that the Michigan Democratic

22           Party did not issue, promulgate, develop, or

23           create this advertisement --

24   A.      I have no idea.  They have their logo on it and

25           they are required to get permission.  So they

```
 1                 must have been involved.

 2    Q.    But you don't know that?

 3    A.    I don't know that, no.

 4    Q.    Okay.  You are speculating?

 5    A.    I'm speculating.  Sure.

 6    Q.    So you are not aware of any document that

 7          suggests the MDP announced prior to the

 8          convention that slate voting was going to be

 9          used for these positions; right?

10    A.    Yes, I am.  Absolutely.  They are required to

11          announce how voting is going to be conducted in

12          time for prospective members to be fully

13          informed.

14                 Prospective members are not current

15          members and, therefore, need 30 days before

16          they are allowed to vote.  Therefore, at least

17          30 days before the convention the MDP was

18          required to put out all the details of how

19          voting would be conducted at the election.  The

20          only details they put out were what's published

21          on the website currently, which is the rules for

22          voting and elections and the bylaws.

23    Q.    Which did not say that we are using slate voting

24          for the U of M Regent position; right?

25    A.    It said they were going to use slate voting for
```

| | | |
|---|---|---|
| 1 | | multiple-position elections. |
| 2 | Q. | What document are you talking about?  You're |
| 3 | | just referring to the rules? |
| 4 | A. | I'm referring to the rules for voting and |
| 5 | | elections. |
| 6 | Q. | Okay.  Aside from the rules, the MDP did not |
| 7 | | publish any kind of announcement, any kind of |
| 8 | | documentation or instruction that at the |
| 9 | | convention on August 24th, they were going to |
| 10 | | use slate voting for these positions; right? |
| 11 | A. | But if they didn't, they were required to. |
| 12 | Q. | But they didn't say that; right? |
| 13 | A. | No.  They did.  They published on their website |
| 14 | | the rules. |
| 15 | Q. | I'm not asking about the rules. |
| 16 | A. | So -- |
| 17 | Q. | I'm asking about anything other than the rules. |
| 18 | | Did they announce to the participants |
| 19 | | at the convention in advance or at the |
| 20 | | convention that they were going to be using |
| 21 | | slate voting for these U of M Regent positions? |
| 22 | A. | They did not, but -- |
| 23 | Q. | Okay.  Thank you. |
| 24 | A. | -- by default, they had to -- |
| 25 | Q. | Thank you.  You answered my question.  Thank |

1      you.

2             No one told you from the MDP, verbally

3      or orally, that they were going to use slate

4      voting for these positions; correct?

5   A.   I mean, the candidates told me they were on the

6      unity slate.

7   Q.   Anyone from the MDP for the actual party tell

8      you that at the convention this is how voting

9      was going to be used or conducted?

10  A.   No.

11  Q.   And it was going to be conducted via slate?

12  A.   No.

13  Q.   It didn't happen; right?

14  A.   No.

15  Q.   So you concluded on your own based on this

16     advertisement from the AFL-CIO that slate voting

17     was going to occur?

18  A.   Not solely from that.  Other people were talking

19     about the unity slate and all of that.  I

20     believe -- I'm pretty sure I actually talked to

21     Shauna Ryder-Diggs and she talked about the

22     unity slate.

23  Q.   The unity slate is a label the AFL-CIO uses to

24     promote particular candidates; right?

25  A.   It can be.

```
 1   Q.     That's what happened here; right?
 2   A.     I don't know.
 3   Q.     Slate voting requires slates to be nominated at
 4          the convention as a slate; correct?
 5   A.     Yeah.  I mean, yes.
 6   Q.     Not a single candidate for U of M Regent during
 7          the August 24th convention was nominated as a
 8          slate; right?
 9   A.     I remember that -- I remember that they called
10          out the candidates that were in nomination.  I
11          don't recall exactly how they stated it.
12   Q.     They were each individually nominated
13          separately; correct?
14   A.     I don't recall exactly, but it could be.
15   Q.     You understand that they each -- each of the
16          three candidates for U of M Regent filed their
17          petition paperwork with the Secretary of State
18          as individual candidates, not as a slate; right?
19   A.     They wouldn't need to file with the Secretary of
20          State because the Secretary of State doesn't
21          recognize multiple-position offices or slate
22          voting.
23   Q.     My question is:  They submitted their petition
24          paperwork to the Secretary of State on an
25          individual basis; right?
```

```
 1   A.    To the Secretary of State, but to the Michigan
 2         Democratic Party they are required to do it on a
 3         slate.  But they didn't do it is their problem.
 4   Q.    You're saying the candidates didn't submit their
 5         own nomination as a slate; right?
 6   A.    I don't know.
 7   Q.    So even the candidates, as far as you
 8         understood, knew going in that they were going
 9         to be --
10   A.    I have no way to know that.
11   Q.    -- voting on a majority basis and not a slate?
12   A.    The only thing I had to go on is what's right
13         here.
14   Q.    You are talking about the advertisement from the
15         AFL-CIO?
16   A.    And the discussion -- this is a common practice
17         in the MDP.  When we having a slate voting
18         election, it's very common that you would form a
19         slate even on the day of the election.  Then you
20         just talk about that slate and then you give a
21         list of the people that are going to be on it to
22         the MDP.  So this was common practice.
23   Q.    But none of this was generated by the MDP
24         itself?
25   A.    I have no way to know one way or the other.
```

```
 1   Q.     Exactly.  In your affidavit in paragraph

 2          eight --

 3   A.     Mm-hmm.

 4   Q.     -- do you have it in front of you, sir?

 5   A.     I'm getting it.  Paragraph eight, yes.

 6   Q.     This is where you recite portions of the rules?

 7   A.     Yep.

 8   Q.     You agree with me that your recitation of rule

 9          2.1 is not a complete recitation; correct?

10   A.     2.1.  No, it is not a complete recitation.  It

11          gives the definition.  It does not give the

12          examples provided for the definition.

13   Q.     Right.  You purposefully left out the examples

14          that talk about internal positions that are to

15          be considered multiple --

16   A.     Because I --

17   Q.     Hold on.

18   A.     Sorry.

19   Q.     That are to be considered multiple-position

20          offices; right?

21   A.     I didn't intentionally leave it off to deceive

22          anybody.  I left it off because it was not

23          relevant because it is examples, not an

24          exhaustive list.

25   Q.     I see.
```

```
1    A.      And what actually controls is the definition,

2            which I did provide.

3    Q.      I see.  Sir, you were asked about the

4            mathematical calculation that you performed --

5    A.      Mm-hmm.

6    Q.      -- on page seven, where it starts on page seven

7            of the article that you wrote that you attached

8            to an affidavit; correct?

9    A.      Yep.  Yep.  I've got it.

10   Q.      What is the source of the numbers that you used

11           for those votes?

12   A.      These were the numbers as they were announced at

13           the convention.

14   Q.      Based on a majority voting process that was

15           employed at the convention; correct?

16   A.      Well, that's correct.  But, again, you can

17           extract the proper calculation from the majority

18           vote as I have done -- as I have shown here.

19   Q.      But in doing that calculation, you're assuming

20           who the slates would have been paired with;

21           right?  You relied upon this advertisement from

22           the AFL-CIO to define for yourself what a slate

23           was for purposes of your mathematical

24           calculation?

25   A.      Yes.
```

```
 1    Q.      Okay.  Thank you.

 2                    You were also asked about a quorum and

 3            whether a quorum was present.

 4    A.      Yes.

 5    Q.      You believe a quorum was not present?

 6    A.      Correct.

 7    Q.      Am I understanding you correctly?

 8    A.      Correct.

 9    Q.      If you turn back to your affidavit, I believe

10            you mentioned this in paragraph 12.

11    A.      Mm-hmm.

12    Q.      If a quorum is not present, there is an

13            opportunity for someone to lodge an objection at

14            the convention in real time.  Right?

15    A.      Yeah, that's true.

16    Q.      And you did not lodge an objection; correct?

17    A.      I did not.  As I say here, I was ridiculously

18            tired after -- I was just not thinking straight,

19            but I did not lodge an objection.

20    Q.      You are not aware of anybody else that lodged an

21            objection; correct?

22    A.      No, I'm not.

23    Q.      Someone could have?

24    A.      Someone could have lodged an objection.

25                    MR. ELDRIDGE:  Thank you, Your Honor.
```

```
 1              No further questions.
 2                   THE COURT:  Thank you, Mr. Eldridge.
 3                   Ms. Meingast, any questions?  Or
 4         Mr. Grill.
 5                   MS. MEINGAST:  No, Your Honor.  Just
 6         for the record, the Secretary has no position on
 7         any of the issues with respect to the interparty
 8         dispute.
 9                   THE COURT:  All right.  Mr. Akeel,
10         redirect?
11                   MR. AKEEL:  Yes, Your Honor.  Just
12         quick.
13                   THE COURT:  Take your time.
14                   MR. AKEEL:  Thank you.
15                    REDIRECT EXAMINATION
16    BY MR. AKEEL:
17    Q.    Mr. Sharon, you were asked several questions
18          regarding the slate method of voting and what
19          type of positions.  Do you recall that line of
20          questioning?
21    A.    Yes.
22    Q.    What is the relevance of the rules being posted
23          on the website for all the democratic members
24          regarding the method of voting?
25    A.    Well, the first significance is that we have a
```

```
 1              rule that says that's required -- that you have
 2              to publish and publicize the full details of how
 3              you are going to run an election and the full
 4              qualifications for being a candidate within time
 5              for, quote/unquote, prospective members to
 6              participate fully.  A prospective member is not
 7              a member and members do not have voting rights
 8              for 30 days; therefore, for 30 days beforehand
 9              the party must publish --
10   Q.         Before what -- convention?
11   A.         Before the vote -- the date of the vote --
12   Q.         Okay.
13   A.         -- they must publish the full details of how
14              they are going to run the election.
15   Q.         Okay.
16   A.         In previous situations like this I have written
17              many appeals in the Democratic Party and they
18              have said that, well, we publish our rules.
19              Okay?  So our rules are, you know -- and
20              actually at the time they had not published
21              fully the rules.
22                   In the 2018 rewrite of the rules, we
23              made it explicitly required that they publish
24              their rules online and that those are the only
25              rules that are allowed in the party.
```

```
 1                    So that -- and the significance of that
 2            is that you cannot have a democracy if the
 3            people don't know what the rules are.
 4   Q.       Okay.
 5   A.       Yeah.
 6   Q.       Now, since the rules changed in 2018 and we are
 7            talking about a staggered election -- so every
 8            two years -- the next one -- 2020, 2022?
 9   A.       Right.
10   Q.       Really it's still in its infancy; correct?
11   A.       Correct.
12   Q.       You were asked questions if this ever has been
13            applied and it hasn't because the rules just
14            recently changed?
15   A.       Correct.
16   Q.       So going back to what you're saying, a
17            prospective citizen who wants to be a
18            prospective member before they want to join the
19            Michigan Democratic Party, they will now have
20            the opportunity to look at the rules and see,
21            okay, how is voting going to happen.  One way is
22            majority.  One way is slate.  Okay.  That's when
23            they sign.  It is supposed to be 30 days before
24            the convention?
25   A.       Correct.
```

```
 1    Q.    Which involves the election for the Board of

 2          Regents -- University of Michigan, Wayne State,

 3          Michigan State?

 4    A.    Correct.  That's rule 2.14, by the way.

 5    Q.    All right.  You were asked some questions about

 6          this document.

 7    A.    Mm-hmm.

 8    Q.    This is Exhibit 6.

 9    A.    Right.

10    Q.    The picture with the slate.  In the top there it

11          looks like it wasn't just for University of

12          Michigan.

13    A.    Right.

14    Q.    It looks like it's for all the other

15          universities.  That's just common practice?

16    A.    Right.  Yeah.  Those are all the

17          multiple-position offices, so they are the ones

18          that need slate voting.

19    Q.    And what is the significance when you saw here

20          the Michigan Dems logo?

21    A.    Well, there is a rule in the MDP that you can't

22          use the logo without permission.  So I'm

23          assuming the AFL-CIO got permission.

24                 The other thing is is that it's

25          typically the unions that make up the slates
```

```
 1              anyway.  I mean, it's typically the union people
 2              that get people together and make up the slate.
 3              So it was no surprise to me that the unions made
 4              up the slates and made up the advertising for
 5              them.
 6     Q.       So either the union violated the rules or the
 7              State of Michigan gave permission; correct?
 8     A.       Yeah.
 9     Q.       But at the end of the day the public saw the
10              Michigan logo and saw the -- saw the words unity
11              slate; correct?
12     A.       Correct.
13     Q.       That's what was represented to the citizens?
14     A.       Correct.
15                   MR. ELDRIDGE:  Your Honor, lots of
16              leading questions.  I'm wondering who's
17              testifying here.
18                   THE COURT:  I think Mr. Akeel is trying
19              to expedite the questioning.
20                   MR. AKEEL:  I'm trying to expedite it.
21                   THE COURT:  Do your best, Mr. Akeel, to
22              not lead.
23                   MR. AKEEL:  I'm almost done,
24              Your Honor.
25     BY MR. AKEEL:
```

```
 1    Q.     So during the whole process, did you hear any

 2           objector from the State of Michigan or anybody

 3           telling the union, hey, don't use our logo?

 4    A.     No.

 5    Q.     Okay.  This was widely publicized everywhere?

 6    A.     Yeah.  That was the big flyer put out

 7           everywhere.

 8    Q.     Okay.  I want to take you back -- again,

 9           regarding the slate voting --

10    A.     Mm-hmm.

11    Q.     -- issue, to the initial document that I

12           presented to you.

13    A.     Mm-hmm.

14    Q.     That's titled rules for voting and election in

15           the Michigan Democratic Party.

16    A.     Got it.  I've got it here.

17                  MR. AKEEL:  Your Honor, it's this

18           document here.

19    BY MR. AKEEL:

20    Q.     In 1.1, the last sentence, it states, no other

21           voting procedures are approved for use within

22           the MDP.  Do you see that?

23    A.     Yes.

24    Q.     What is the significance of this?

25    A.     It says these are the only rules for voting and
```

```
 1              elections that you have in the MDP at all.  If
 2              you are not following these rules, you are not
 3              following any rules.
 4     Q.       So to summarize, in the end at the convention at
 5              every member's disposal they had the website.
 6              The website instructed that there's two methods,
 7              either majority or slate.  The prospective
 8              members were also -- it was represented to them
 9              that there was a unity slate for different
10              universities; correct?
11     A.       Correct.
12     Q.       Okay.  And in the end, according to all of the
13              published publications, the Michigan Democratic
14              Party had, in fact, endorsed the unity slate?
15     A.       Yes.
16                   MR. AKEEL:  Thank you, Your Honor.  I
17              have no further questions.
18                   THE COURT:  All right.  Very good.  You
19              may step down, sir.
20                   THE WITNESS:  Thank you.
21     ( The witness was excused at 11:55 a.m. )
22                   THE COURT:  Mr. Akeel, do you intend to
23              call another witness?
24                   MR. AKEEL:  Yes, one more, Plaintiff
25              Huwaida Arraf.
```

```
 1                    THE COURT:  Mr. Eldridge, I know there
 2         was discussion before we took the break with
 3         regard to this witness's testimony.  Have you
 4         and Mr. Akeel essentially sorted out the scope
 5         of the testimony or are there some objections or
 6         where do things stand with regard to that?
 7                    MR. AKEEL:  I consulted, Your Honor.
 8                    MR. ELDRIDGE:  We did speak,
 9         Your Honor.  The way they were described to me,
10         there were three topics to be discussed.  In a
11         vacuum, I don't have any objection until I guess
12         I hear some of the questions.
13                    THE COURT:  Okay.  Without prejudice to
14         any objections you may raise during her
15         testimony, Mr. Akeel, you may call that witness.
16                    MR. AKEEL:  Okay.
17                    THE COURT:  Ma'am, please raise your
18         right hand.
19                    Do you swear or affirm to tell the
20         truth, the whole truth, and nothing but the
21         truth?
22                    MS. ARRAF:  I do.
23                    THE COURT:  Please be seated.  As you
24         heard me tell Mr. Sharon, if you would -- you
25         can adjust that so we can hear you.  Feel free
```

```
 1              to move it up and down or move it around on the
 2              desk.
 3                       Please state your full name.  I know it
 4              is listed in the pleadings.  If you would, state
 5              your full name and spell it.
 6                       THE WITNESS:  My name is Huwaida Arraf.
 7              H-u-w-a-i-d-a.  Last name is A-r-r-a-f.
 8                       THE COURT:  Mr. Akeel, go ahead, sir.
 9                       MR. AKEEL:  Thank you.
10                       HUWAIDA ARRAF,
11  ( At 11:56 a.m., having been called by the Plaintiffs
12  and sworn in by the Court, testified as follows: )
13                       DIRECT EXAMINATION
14  BY MR. AKEEL:
15  Q.      Good morning, Ms. Arraf.
16  A.      Good morning.
17  Q.      What is your profession?
18  A.      I am a civil rights attorney.
19  Q.      What college did you graduate from?
20  A.      My undergrad was at the University of Michigan
21          and my law degree was from American University.
22  Q.      Okay.  We are here because of what happened at
23          the convention, so I'm going to fast-track it.
24                   When the results were announced and
25          everything, did you try to resolve the issue
```

```
 1            that night?

 2     A.     Oh, yes.

 3     Q.     What did you try to do?

 4     A.     I heard it said there was no objection.  There

 5            was a lot of objection, absolutely.  We have

 6            video of the whole -- everyone that was in the

 7            convention hall objecting and asking to see the

 8            math.

 9                    I personally went up to Ms. Christine

10            Jensen and said that we do not accept these

11            results, I contest the results.  And she said

12            the way to contest it is in the call to

13            convention.

14                    I pulled up the call to convention in

15            front of her.  I said that there is nothing in

16            here about the call to convention.  She said

17            then it's in the rules.  I pulled up the rules.

18            There was nothing in the rules for the

19            convention.  I said it's not here either.  She

20            said there is nothing I can do, and she left.

21                    When I got in the car to go home, I

22            sent an email to the chair, Lavora Barnes,

23            copying Christine Jensen.  I said I want to

24            reiterate we do not accept these results.  We

25            want accountability.  We want -- you know, we
```

```
 1              want to contest them.

 2                      And one of the first things I asked for

 3              is for her to send the raw data.

 4    Q.        Okay.  And --

 5    A.        Sorry.  Let me add to that.

 6                      Again, the whole convention hall

 7              objected.  We were pushed out by police.  The

 8              Michigan Democratic Party called the police

 9              before they announced the results and then as

10              the objections were happening and I was talking

11              to Ms. Christy Jensen, we were pushed out by

12              police.

13    Q.        Were you allowed to look at the vote

14              tabulations?

15    A.        No.  That was when we named -- there was a lot

16              of irregularities.  I mean, I'm a civil rights

17              attorney.  I believe in people's right to vote,

18              the constitutional right to vote which includes

19              the right to participate in a political process

20              that's fair and just.

21                      One of the things that was just

22              outrageous to me is when they closed the votes,

23              two and a half, three hours went by.  Nobody

24              told me what was going on.

25                      And each time I had someone from my
```

1          campaign go to where -- supposedly where they

2          were tabulating the votes and ask to oversee --

3          so monitor -- and each time they were rejected.

4          I had a data analyst go in.  I had another data

5          analyst try to go.  I had my husband go.  I went

6          personally and said I'm the candidate; I want to

7          oversee the tabulation, and they didn't let any

8          of us in.

9                    Meanwhile, other people were seeing

10         people from other campaigns and the unions who

11         promoted the unity slate back there in the vote

12         tabulation room.

13                    This was another thing that I asked the

14         chair, Lavora Barnes, to explain.  Like how is

15         this even fair?  And that is part of the

16         irregularities that had me call into question

17         how they did this whole thing.

18    Q.   Okay.  What did you do after that?

19    A.   I spent days communicating --

20    Q.   Strike that.  Let me preface that.

21                    You heard the judge indicate why wait

22         and why this.  Explain what happened and what

23         was your mindset and how you wanted to approach

24         this.

25    A.   Look, I'm a member of the Democratic Party.  I

```
 1            want to see -- and inform my campaign.  We had

 2            hundreds of new members sign up.  I wanted to

 3            see -- I want it to be a vibrant party.  I want

 4            youth to take part.  I want people who don't

 5            traditionally like to vote or get involved to

 6            get involved.

 7                      That's what happened with my campaign.

 8            Hundreds of new people came out and tried to

 9            participate.  They were really upset at how

10            things went down when the results were announced

11            after hours and then no explanation.

12                      They did not -- when people were asking

13            to see the math, how this was done, how they

14            came up with results, and nothing.  We were

15            pushed out by police.

16                      So, again, people -- especially the

17            youth -- were disillusioned, disenfranchised,

18            and I didn't want to exacerbate that.  So when I

19            emailed Lavora, the chair, I said let us resolve

20            this amicably.  There is a lot of distress that

21            was raised.  Please show -- hand us the raw

22            data.

23   Q.       What does that mean to you?

24   A.       The data that was turned over -- so we voted via

25            a votes machine that tabulates or receives all
```

```
 1         of the votes.  We wanted the data from that
 2         because they -- the Michigan Democratic Party
 3         apparently took that data and then for two and a
 4         half, three hours were back where no one from my
 5         campaign would be and were doing something with
 6         that data.
 7                   Otherwise, they would have just
 8         announced it right there.  It is an electronic
 9         vote machine and it tabulates, but for three
10         hours, two and a half, they were doing
11         something.
12                   And so on Sunday night -- sorry --
13         Saturday night, right after the convention, I
14         emailed Lavora and copied Christy and the
15         parliamentarian of the party as well as the
16         attorney of the party saying that we contest
17         these elections and we request the raw data.
18                   The next day I received an email from
19         the chair, Lavora Barnes.
20    Q.   August twenty --
21    A.   I'm sorry.  August 25th was the next day.
22    Q.   Okay.
23    A.   I received an email saying that there was no
24         way -- there is nothing in the call to
25         convention or the rules about contesting it.  So
```

1          she confirms that basically I can't contest it.

2          I can't ask for a recount.  She said what you

3          can do is file a petition with the MDP appeals

4          committee if you feel aggrieved as a member.

5                    So essentially she was saying that, you

6          know, their elections aren't reviewable except

7          through a process that won't really deliver any

8          effective remedy.

9                    So I -- and then they sent -- she sent

10         data that she said was the raw data.  I had my

11         people, my data analyst look at it and they said

12         that this was not actually the raw data; ask

13         again for the raw data from the votes machine.

14         But then they said with what they gave us there

15         are so many discrepancies, there is missing

16         information, there are votes for me that weren't

17         calculated because they did not include the

18         district and so they weren't assigned a number

19         of points according to the MDP's weighting

20         formula.

21                   And then, most shockingly, there were

22         1,420-some unique -- they say unique voter IDs.

23         They said so 1,422 people voted when they

24         announced only 1,248 were credentialed.

25                   So early Monday morning I knew that

1     according to the rules or the Michigan state

2     laws -- election law, that they would submit to

3     the Secretary of State who their nominees were

4     within 24 hours or within one business day of

5     the convention.

6          So early Monday morning I emailed

7     Lavora again and I said from what you provided

8     to us we found a lot of inconsistencies that are

9     deeply troubling including these extra voters

10    and so this calls into question the validity

11    actually of the results that you have.  So I ask

12    to halt the reporting because now, you know, you

13    are on notice that there is something wrong

14    actually with how you tabulated it.  You should

15    want to come to the bottom of this.  I said to

16    increase everybody's faith in how these

17    elections went down, stop until we can figure it

18    out.

19          I invited her to have a meeting.  I

20    said I'll meet with you and we can go over how

21    this was done.  And I did not get a response.

22    And later that day we saw that the names were

23    given to the Secretary of State that were

24    published on the Secretary of State website.

25          And so I emailed again saying that I'm

```
 1              disappointed this has happened, but I really
 2              don't want to go to the media or get the courts
 3              involved.  I think it would be beneficial for
 4              all of us -- again, it's my party.  I don't want
 5              to out the party, especially going into a
 6              November election to be like, hey, the Michigan
 7              Democratic Party is doing something wrong.  But
 8              all of my attempts were basically ignored.
 9                   I did submit an appeal, as she asked me
10              to, and I said but because the reporting is --
11              you know, they are going to finalize the ballot
12              soon, I ask for expedited review of this appeal.
13              And I got a response saying it will be reviewed
14              according to the rules, which, you know, the
15              rules say it takes 30 to 45 days.  I wrote back
16              to confirm, okay, so you are rejecting or
17              denying my request for expedited appeal.  I
18              didn't get a response.
19                   So it was really frustrating and very
20              disappointing honestly.
21    Q.        If the --
22    A.        I will add, you know, I saw it raised that
23              Mr. Eldridge raised the fact that -- you know,
24              in a press release that I said I'm not claiming
25              to have won.
```

```
 1                    Again, to the public, to the party, to
 2            voters, to the new members, I just wanted to
 3            call for accountability within Michigan
 4            Democratic Party.  I did not want to say, hey,
 5            you cheated, Michigan Democratic Party; I should
 6            have won.
 7                    So in all of my public statements I was
 8            trying -- and that's after days of trying to
 9            communicate with the party alone and say let's
10            resolve this amicably internally.
11                    Then we did make a public statement and
12            we said we want accountability, transparency.
13            It is the bedrock of any election process to
14            have any kind of voting or electoral integrity
15            and say that I'm not saying I won; we want to
16            see the data; we want to see how you calculated
17            this.
18                    MR. AKEEL:  Your Honor, may I approach
19            the witness?
20                    THE COURT:  You may.
21   BY MR. AKEEL:
22   Q.     I would like to provide you a picture, not a
23            great picture, but you'll see there that there
24            are people wearing yellow shirts.  Can you
25            explain what's going on here?
```

```
 1                    MR. ELDRIDGE:  Your Honor, if I may,

 2            for the record, I have not seen this before.

 3            I'm not sure what exactly this is.

 4                    THE COURT:  I think Mr. Akeel will lay

 5            some foundational information.  Then,

 6            Mr. Eldridge, I can hear from you if you wish.

 7                    MR. ELDRIDGE:  Thank you, Your Honor.

 8   BY MR. AKEEL:

 9   Q.     Have you seen this kind of picture before?

10   A.     I have seen a lot of pictures and videos from

11            the day of the convention, yes.  This looks like

12            one of them.  I don't know if it's a still of a

13            video or actually a picture, but it does show a

14            lot of people at the convention -- I believe all

15            of them wearing yellow because that was the

16            T-shirts of my campaign.  Everyone there holding

17            signs or wearing yellow is most likely from my

18            campaign or my supporters.

19   Q.     Okay.

20   A.     We were a -- probably an overwhelming majority

21            of the convention.

22                    MR. AKEEL:  Your Honor, we have with us

23            a disk that we got of the convention showing the

24            whole convention and how everybody was about to

25            vote and it gives the Court an idea of the
```

1           number of people.  The whole purpose is to

2           demonstrate the number of support and people

3           that were at the convention and how they were

4           essentially shocked when they heard the results

5           and started, you know, saying "show the math."

6           This is a document that, again, I will make

7           copies and give it to Counsel and present it to

8           the Court as well.

9                THE COURT:  Before I hear from

10          Mr. Eldridge, a couple of things that come to

11          mind.

12                So far the documents that you have used

13          with the witnesses have been documents that were

14          attached as discretely identified exhibits as

15          attachments to the verified complaint.

16                Now, we have a photograph and now you

17          are referencing an electronic device.  And I

18          want to make sure -- regardless of what happens

19          after Mr. Eldridge comments, I want to make sure

20          that we have some way to identify all of this

21          for any preservation of the record.

22                MR. AKEEL:  I would identify it as

23          Hearing Exhibit 1.

24                THE COURT:  For which one?

25                MR. AKEEL:  For the picture, Hearing

```
 1          Exhibit 1.
 2                    THE COURT:  Can you mark that then?
 3          There should be stickers in the box as well.
 4          So Plaintiffs' Hearing Exhibit 1.
 5                    MR. AKEEL:  Plaintiff Hearing
 6          Exhibit 1.
 7                    THE COURT:  Okay.  And then presumably
 8          the flash drive or whatever you want to refer to
 9          it as with the video on it would be 2.
10                    MR. AKEEL:  Correct.
11                    THE COURT:  Now, Mr. Eldridge.
12                    MR. ELDRIDGE:  A number of things to
13          discuss, Your Honor.
14                    We object to the introduction and
15          admissibility, even for purposes of preliminary
16          injunction hearing, to both of these.
17                    This Hearing Exhibit 1, this photo, I
18          don't believe this has been authenticated.  The
19          witness testified she's not quite sure what this
20          is.  I don't know that there is any sense of
21          authentication or reliability that's attached to
22          this particular photograph.  I'm not sure for
23          what purpose it is actually being proposed to be
24          admitted into the record.  So we object to it
25          being admitted into the record for those
```

```
 1          reasons.
 2                  I should have mentioned preliminarily
 3          that I think this is starting to go beyond the
 4          scope of the three items that Mr. Akeel and I
 5          discussed before the testimony.
 6                  MR. AKEEL:  I have one more question
 7          and we are done.
 8                  MR. ELDRIDGE:  Well, we didn't talk
 9          about new photos, new videos that are coming
10          from unknown sources to be presented into the
11          record.
12                  So beyond the scope of what we had
13          talked about it -- the video, no idea what we
14          were about to watch.  No idea where it is coming
15          from.  It is coming from some person in the
16          gallery of the courtroom today.
17                  I'm presuming the witness is not going
18          to testify that she took the video, she knows
19          where the video has come from, that this can be
20          authenticated in any way.  We object for those
21          reasons, Your Honor.
22                  THE COURT:  Mr. Akeel.
23                  MR. AKEEL:  Your Honor, the purpose of
24          the exhibit was to address some of the issues
25          that came up today -- was there an objection
```

1      lodged, and why wait.  Testimony came that the

2      people were in an uproar when they heard about

3      the results.  This was a picture taken of the

4      folks that were there.  It could be also

5      considered as demonstrative evidence just to

6      kind of demonstrate.

7              This disk can also be considered -- if

8      it's not substantive evidence, also

9      demonstrative evidence of the amount of people

10     that were there expressing support for the

11     plaintiff.  We'll give a copy.

12             MR. ELDRIDGE:  Your Honor, I don't

13     doubt there were people there supporting the

14     plaintiff.

15             MR. AKEEL:  Majority of the people in

16     the convention were in support.

17             MR. ELDRIDGE:  I don't know how the

18     video will show that without a tally.  She lost

19     the vote, but we don't doubt she had support

20     there.  We don't doubt that her supporters were

21     going to express their upset at the results.

22             I don't know that we are here to talk

23     about that.  We are here to talk about

24     whether -- she's here to testify that she has

25     concerns about the process, not whether her fans

```
1              or her supporters were upset --

2                   THE WITNESS:  Members objected is what

3              we were saying.

4                   THE COURT:  Hold on, please.

5                   MR. ELDRIDGE:  Back to the photo, we

6              have no idea when this photo was taken.  We have

7              no idea by whom.  We have no idea what it is

8              representing.  They are claiming it represents

9              some apparent outrage by her supporters, but I

10             don't know that I see that here.  We have nobody

11             that can testify to the authenticity of this

12             thing or what it means.

13                  The video, again, if it is all about

14             her supporters being upset about the outcome,

15             we'll stipulate that her supporters were upset

16             about the outcome.  She's upset about the

17             outcome.  That's why she's here.

18                  To the extent it shows that they were

19             somehow lodging some kind of formal objection,

20             which is what I was told the scope of the

21             testimony was going to be -- lodging

22             objections -- why did she wait?  And what

23             happens if injunction is issued?

24                  Those were the three items Mr. Akeel

25             asked me to talk about, not were your fans upset
```

```
1        at the end of the -- when the results were

2        announced.

3               THE COURT:  All right.

4               MR. AKEEL:  If I may, Your Honor.

5               THE COURT:  Sure.

6               MR. AKEEL:  Why we waited -- going to

7        your number two, why we waited, testimony has

8        been elicited from the plaintiff that she was

9        internally trying to keep it in house, trying to

10       communicate to give us the raw data.

11              THE COURT:  Let me put your mind at

12       ease, Mr. Akeel.

13              MR. AKEEL:  Sure.

14              THE COURT:  I don't think you need to

15       argue the issue of what she testified to.  I

16       think she has clearly testified as to those

17       reasons why what efforts she made to resolve it

18       other than first taking other actions that she

19       talked about like going to the media,

20       litigation, or whatever it is.  She clearly

21       testified that there were members in the

22       audience or on the floor, or however you want to

23       describe it, who were upset and voiced being

24       upset about the reported result, the announced

25       results.
```

```
 1                    So I don't think there is any -- she's

 2          been very clear and articulate about that, so I

 3          think those issues are covered.

 4                    If you want to have these items marked

 5          and preserved for purposes of this record,

 6          that's fine.  For my purposes, I think her

 7          testimony has addressed those -- two of the

 8          three issues.  I guess you can get to the third

 9          issue next.

10                    MR. AKEEL:  Yes.

11                    THE COURT:  Two of the three issues

12          that you indicated you intend to present with

13          Ms. Arraf's testimony.

14                    MR. AKEEL:  Thank you.

15                    THE COURT:  So I don't have any problem

16          with them being marked, being preserved for the

17          record.  I don't intend to any further review of

18          Exhibit 2, for example.  I take the witness's

19          testimony at her word and you can ask further

20          questions about that if you want, but what I

21          have heard so far is she indicated there was

22          some sort of an outburst or expression in

23          response to the announcement of the tally.

24                    MR. AKEEL:  Okay.  Thank you, Your

25          Honor.  I'll just offer it into evidence then,
```

```
 1              Exhibit 2.

 2                   THE COURT:  Like I said, I'm not going

 3              to accept it as an exhibit for purposes of me

 4              reviewing and relying upon it, but if you want

 5              to preserve it as part of the overall record

 6              that you are making here with the testimony,

 7              that's fine.  I think she has very clearly

 8              testified on the matters that you indicate are

 9              in both this photograph and Exhibit 2.  At this

10              point it would be, in my view, if nothing else,

11              cumulative and not needed for my purposes.

12                   MR. AKEEL:  Okay.

13  BY MR. AKEEL:

14  Q.     The final question, if the Court issues a

15         preliminary injunction compelling MDP to just

16         follow the bylaws and, you know, give you the

17         data, how will this help even today?

18  A.     Well, you know, we still have half a day left.

19         And if they actually follow their bylaws then we

20         would have an accurate accounting of -- a review

21         of how the vote was done and how it should have

22         been done, and we will have results that can be

23         reported to the Secretary of State today

24         actually without the need for an injunction to

25         stop the Secretary of State process at all.
```

```
1                    There is the issue of the slate voting.
2         That is number one.  We argue that they should
3         have followed slate voting.  So if they do, they
4         can do their own calculations.
5                    Again, as Mr. Sharon pointed out, he
6         did his calculations by the numbers that the
7         Michigan Democratic Party gave us, which we are
8         not sure are the right numbers because there are
9         174 extra voters, it seems, from the document
10        that they gave us.  But even using those numbers
11        and using the slate method, I should have had
12        the second seat.
13                   Secondly, if you want to then just give
14        us the raw data from the votes machine and give
15        us the list of credentialed voters as of
16        2:00 p.m. on Saturday, August 24th, which is
17        when the MDP announced that credentialing would
18        close -- 2:00 p.m., Saturday, August 24th.
19                   Give us the list of all the
20        credentialed people.  We will run them against
21        all of the votes we have.  Should take less than
22        an hour.  We will then also know who voted extra
23        and shouldn't have and can recalculate.
24                   Give us the raw data from the votes
25        machines, not the ones the MDP played with, and
```

```
 1              a final list of credentialed voters.  It should

 2              take less than an hour to run then that data

 3              and, again, come up with a result that can be

 4              reported accurately to the Secretary of State.

 5   Q.         Okay.  Presumably the preliminarily injunction

 6              is issued that could be reported to the

 7              Secretary of State?

 8   A.         Yeah.  If the Court issues a preliminarily -- I

 9              would think if the Court issues an injunction

10              now compelling the Michigan Democratic Party to

11              comply with its own laws, if they will do that

12              right away then we can settle this today.

13                   MR. AKEEL:  Okay.  Thank you, Judge.  I

14              have no further questions.

15                   THE COURT:  Thank you, Mr. Akeel.

16                   Mr. Eldridge.

17                   MR. ELDRIDGE:  Thank you, Your Honor.

18                   THE COURT:  Mr. Akeel, you might want

19              to take -- I'll tell you what.  You can put

20              those two right here and we'll decide what we do

21              with the exhibits.

22                   MR. AKEEL:  Okay.

23                   THE COURT:  Mr. Eldridge.

24                   MR. ELDRIDGE:  Thank you, Your Honor.

25
```

```
 1                       CROSS-EXAMINATION

 2    BY MR. ELDRIDGE:

 3    Q.       Good afternoon, ma'am.

 4    A.       Good afternoon.

 5    Q.       You testified that you and others tried to

 6             object at the convention; right?

 7    A.       Yes.

 8    Q.       If I understood your testimony right, you were

 9             referring to trying to object to the results

10             that were announced of who prevailed for the

11             race that you were running for; right?

12    A.       Yes.

13    Q.       Was there ever a time prior to the convention

14             that you were told slate voting was going to be

15             used?

16    A.       Was I directly told anything?  No.  But we -- in

17             preparing for the convention we looked over the

18             bylaws, the call to convention, and the rules

19             that were posted on the website.  There are

20             actually rules and resolutions for the

21             convention that were supposed to be posted on

22             the website, but they never were, even up to the

23             day of the convention.

24                   So what we had on the website was the

25             call to convention, the bylaws, and the rules
```

```
 1              for slate voting.  Reviewed those very well.

 2              According to those, we thought we had an

 3              accurate idea of how the voting would proceed.

 4    Q.   The call to convention does not say that slate

 5         voting was going to be utilized; right?

 6    A.   It doesn't say that slate voting is not going to

 7         be utilized.  Right.

 8    Q.   It doesn't say it was going to be utilized?

 9    A.   Not that I recall.  Correct.

10    Q.   You didn't receive written notification from the

11         MDP that slate voting would be utilized; right?

12    A.   If it's written in the rules, do you have to

13         give another notification?

14    Q.   Let's set the rules aside.

15    A.   I didn't receive communication from the Michigan

16         Democratic Party saying that this is

17         reiterating, let's say, that slate voting was

18         going to be used.

19    Q.   You have a different interpretation than MDP

20         leadership about whether slate voting should

21         have been used at the convention; correct?

22    A.   Do I -- my interpretation is what I read from

23         the rules that they have on the website.

24    Q.   And they didn't employ slate voting; correct?

25    A.   They did not employ slate voting.
```

```
 1   Q.     So safe to assume they interpret that rule
 2          differently than you for the race that you were
 3          running for; correct?
 4   A.     I don't know how they interpret it.  I know that
 5          they didn't employ it.
 6   Q.     Okay.  And you're not aware of an instance where
 7          a partisan public elected position has ever been
 8          voted on at the MDP convention using slate
 9          voting; correct?
10   A.     My recollection since I have been involved is
11          that these seats are usually not contested and,
12          therefore -- and there were -- on the day of my
13          vote, there was a vote for the Board of
14          Education, two seats for the Michigan State
15          University and for Wayne State University, and
16          then my seat, University of Michigan.
17                 None of those were contested until I
18          entered the race, which was two and a half,
19          three weeks before.  Mine was the only contested
20          election on that date.
21                 And then the other convention that I
22          went to, I was there in person.  Again, it was
23          not -- none of the races were contested, so it
24          didn't come up.  It really wasn't a question.
25   Q.     So the answer to my question which is you are
```

```
 1            not aware of a circumstance where an elected

 2            spot or position like the one you were running

 3            for was ever voted by slate voting; correct?

 4   A.       That's correct, because the issue has never come

 5            up, from my experience.  It certainly can, but

 6            not in my direct experience.

 7   Q.       Now, the voting rules call for or permit -- and

 8            if I understand Mr. Sharon's testimony and his

 9            affidavit -- majority voting or slate voting;

10            right?

11   A.       Mm-hmm.

12   Q.       Correct?

13   A.       Correct.

14   Q.       And slate voting is reserved for multi-purpose

15            offices?  Yes?

16   A.       Multi-position.

17   Q.       Multi-position offices.  Thank you.

18   A.       Correct.

19   Q.       Correct?

20   A.       Yes.

21   Q.       Thank you.

22   A.       Correct.

23   Q.       And you agree with me that the rules list

24            examples of multi-position offices for that

25            purpose; right?
```

```
1   A.      They list examples, yes.

2   Q.      And those examples do not include the position

3           of regent for U of M; correct?

4   A.      That is correct, but they are also not

5           exhaustive.

6   Q.      They are also only -- the examples only include

7           internal MDP positions; correct?

8   A.      The examples, yes, but the rules for voting and

9           elections clearly says that no other rules apply

10          to voting within the Michigan Democratic Party,

11          and this was a vote that took place within the

12          Michigan Democratic Party.

13  Q.      Well, you just told me that majority voting

14          takes place in the Michigan Democratic Party.

15  A.      For single-position races, yes.

16  Q.      Okay.  You disagree with the interpretation on

17          single position -- what a single-position versus

18          a multiple-position spot is; right?

19  A.      I mean, two spots seems like multiple to me.  Do

20          you disagree?

21  Q.      I'm asking you.  Do you know how the MDP

22          interprets it?

23  A.      I do not know.

24  Q.      Okay.

25  A.      I don't know.
```

```
 1   Q.     You just disagree with their interpretation of

 2          the rule; correct?

 3   A.     I disagree that a position for two seats might

 4          mean a single seat, yes.

 5   Q.     Now, as the convention was moving along and you

 6          were watching votes being cast, I imagine you

 7          cast a vote.  Correct?

 8   A.     I did, correct.

 9   Q.     When you casted a vote, you knew you were not

10          voting by slate; right?

11   A.     I did not know actually because -- I mean, they

12          listed the names.  And so how they were going to

13          tabulate that or how -- no, I didn't know.

14   Q.     You had no idea how it was being done as you

15          were voting at the time?

16   A.     As I was voting, no, I didn't know how it was

17          being done.

18                 And then afterwards, as I explained,

19          they closed the vote, disappeared.  Nobody told

20          us anything and our multiple attempts to talk to

21          them to get to where they are tabulating the

22          votes to see how they were tabulating the votes,

23          we were rejected.

24                 I was not able to talk to them for

25          almost three hours after when Christy Jensen,
```

1           the executive director, was there and I clearly

2           said that we object to this.

3    Q.     Ultimately they directed you to the formal

4           process in the rules that allows you to file an

5           appeal; correct?

6    A.     I asked to contest the vote.

7    Q.     They explained you could file an appeal under

8           the rules; correct?

9    A.     They said -- no.  If I remember Lavora's email

10          correctly -- and it is in the exhibits that we

11          included -- it said something to the effect of

12          there is nothing in the call to convention by

13          which you can contest the vote, but if you feel

14          aggrieved as a member, you can file something

15          with the appeals committee -- the MDP appeals

16          committee.

17   Q.     So the answer to my question is, yes, they told

18          you that you can file an appeal and that was

19          your avenue toward lodging some kind of

20          objection as to the results of the vote;

21          correct?

22   A.     But how is that an effective remedy?

23   Q.     But that is the remedy that's available in the

24          rules?

25   A.     That's not a remedy for reviewing -- that's not

| | | |
|---|---|---|
| 1 | | a remedy for reviewing the elections and |
| 2 | | election results for the purpose of actually |
| 3 | | having accurate elections and fair elections. |
| 4 | | If your only remedy is to have |
| 5 | | something that is going to be decided well after |
| 6 | | you can do anything about it then it is not a |
| 7 | | remedy at all; is it? |
| 8 | Q. | Do the MDP bylaws say anything about recounts? |
| 9 | A. | No, they do not say anything. |
| 10 | Q. | That's not an option under the MDP bylaws; |
| 11 | | right? |
| 12 | A. | It doesn't seem to be so, but that would be -- I |
| 13 | | think -- no.  That's right. |
| 14 | Q. | And you are asking this Court to order the MDP |
| 15 | | to conduct a recount; correct? |
| 16 | A. | I'm asking the Court to order the MDP to follow |
| 17 | | its bylaws.  I think we clearly laid out what |
| 18 | | the violations of the bylaws are.  The first is |
| 19 | | how they conducted the vote.  The second is how |
| 20 | | many people they let vote, and that is |
| 21 | | clearly -- that is -- even people who are not my |
| 22 | | supporters are outraged by that, and people want |
| 23 | | accountability. |
| 24 | Q. | Ma'am -- |
| 25 | A. | Then there's actually ratifying the vote when |

```
 1              you don't have a quorum, which are three clear

 2              violations.  And then not being forthright, not

 3              being transparent when we are asking for -- when

 4              we are asking for data.  Just let us see the

 5              data.

 6    Q.        Ma'am, you have seen the motion that your

 7              attorneys filed asking for the preliminary

 8              injunction, I assume.

 9    A.        Yes.

10    Q.        In the prayer for relief you ask the Court to

11              order the MDP to conduct a full and transparent

12              investigation or audit of the University of

13              Michigan Regent vote-counting process; correct?

14    A.        Which number is that?

15    Q.        This is subpart A under your prayer for relief

16              on page six.

17                   You say you are asking the Court to

18              enjoin defendants as follows:  A, quote,

19              ordering defendant MDP, by and through its

20              officials including Defendant Barnes, to conduct

21              a full and transparent investigation or audit of

22              the University of Michigan Regents vote-counting

23              process.

24    A.        Mm-hmm.

25    Q.        End quote.  Is that right?
```

```
1    A.      I don't have it in front of me, but it seems to

2            be right.

3                    MR. ELDRIDGE:  Okay.  Counsel, did I

4            misstate that?

5                    MR. AKEEL:  The record speaks for

6            itself.

7                    MR. ELDRIDGE:  Thank you.

8    BY MR. ELDRIDGE:

9    Q.      Did the MDP bylaws, ma'am, say anything about

10           conducting an investigation or audit after a

11           convention?

12   A.      Look, the MDP bylaws are very sparse, but for

13           what they do say, for what they do provide, we

14           pointed out three to four very clear violations.

15   Q.      My point --

16   A.      You are trying to point out a fifth one.

17   Q.      Okay.  My question is do the MDP bylaws say

18           anything about conducting investigations or

19           audits after the convention?

20   A.      Not that I recall.  No, it does not.

21   Q.      You want the MDP, of course, to follow the

22           bylaws; right?

23   A.      If they violated the bylaws, then there should

24           be a process by which they review those

25           violations.
```

1    Q.    I see.  But there is not in the MDP bylaws.  We

2          agree on that, it sounds like.

3    A.    Look, because there is nothing in the bylaws

4          that say they have to actually follow their own

5          bylaws -- actually, I think it does say that.

6    Q.    Okay.

7    A.    They are bound by them.  Right.

8    Q.    I just want to make sure we are clear.

9    A.    Mm-hmm.

10   Q.    We agree it sounds like that there is nothing

11         the bylaws that says anything about

12         investigations or audits after a convention and

13         after -- or after the party certifies the

14         results to the Secretary of State; right?

15   A.    Correct.  There is nothing in the bylaws that

16         says that.

17   Q.    Thank you.  You also ask for in the same

18         paragraph, quote, a recount of the votes in

19         conformity with the MDP bylaws, rules for voting

20         and elections and other governing rules, end

21         quote.

22   A.    Yes.

23   Q.    Do you recall that?

24   A.    Yes.

25   Q.    You and I agree -- right? -- that the MDP bylaws

```
 1              say nothing about recounts; right?
 2   A.   Doesn't that say a recount according to their
 3        bylaws?  So essentially that is asking them to
 4        follow their bylaws.
 5   Q.   But the bylaws don't say anything about
 6        recounts; correct?
 7   A.   But when they violated their bylaws to get the
 8        count that they did, ordering them to follow
 9        their bylaws would necessarily mean do a recount
10        according to your bylaws.
11   Q.   Not my question.  My question is --
12   A.   I can't answer your question because you are
13        trying to manipulate it.
14   Q.   I'm just --
15   A.   We want the Court to order the MDP to follow
16        their bylaws, period.
17   Q.   I know that's what you want.  I'm asking -- my
18        question --
19   A.   Mm-hmm.
20   Q.   -- is quite simple, I think.  Did the bylaws say
21        anything about recounts?
22   A.   The bylaws doesn't say anything about recounts.
23   Q.   Thank you.
24   A.   But the bylaws say how a vote is to be counted
25        and if you violate that, then that means recount
```

```
 1              if you're going to review it.
 2    Q.        I understand your position.
 3    A.        Okay.
 4    Q.        You also ask the Court to order the MDP to
 5              expedite your appeal that's pending internally
 6              within the MDP; right?
 7    A.        I mean, that is another method.  It is not the
 8              quickest one, but yeah.
 9    Q.        That's what you are asking the Court to do;
10              right?
11    A.        Look, if we get -- if we --
12    Q.        Ma'am, simple question.  You are asking the
13              Court to do that; right?
14    A.        In conjunction with if you can stop the
15              finalization of the ballots.  If you can't, then
16              that's not going to be an effective remedy.
17    Q.        Okay.  So if the Court -- it sounds like if the
18              Court -- from your perspective, if the Court
19              can't order the Secretary of State to halt the
20              ballots or change the ballots, then it more or
21              less moots all of your requests --
22    A.        Not all of them.
23    Q.        -- directed at the MDP if I understand
24              correctly.
25    A.        No, not all of them.  I stated earlier if the
```

```
 1              Court orders the MDP to follow their bylaws as

 2              to how the vote should have been conducted, this

 3              can be resolved today because that would require

 4              applying slate voting.  Or if the Court decides

 5              that for some reason they don't need to apply

 6              slate voting then at least reveal the raw data,

 7              give it to us so we can see how all these extra

 8              members voted, and if they hadn't voted, what

 9              the actual tally would be.  That could be done

10              within an hour.

11    Q.        If the Court declines to issue an injunction

12              against the Secretary of State, what would

13              anyone benefit from a recount within the MDP?

14    A.        If the recount is as we are asking according to

15              slate voting, again, that can be done in less

16              than an hour and you don't need an injunction

17              against the Secretary of State.  That could be

18              resolved today.

19    Q.        If the Court were to issue an injunction against

20              the Secretary of State for some reason -- strike

21              that.

22                   If the Court were to decline to issue

23              an injunction against the Secretary of State and

24              it goes forward -- and the Secretary of State

25              goes forward with finalizing the ballot with the
```

```
 1              names on it, what purpose at the end of the day
 2              would an internal investigation or audit within
 3              the MDP of the convention results achieve?
 4    A.        An internal audit according to what?  Like their
 5              own appeals process or --
 6    Q.        No.  I'm asking -- I guess I'm asking based on
 7              your prayer for relief where you ask for an
 8              investigation or audit of the University of
 9              Michigan Regents vote-counting process, if the
10              Court declines to enjoin the Secretary of State
11              and the Secretary of State finalizes the ballot
12              language, what are we all achieving if there
13              is -- in your view if there is an investigation
14              or audit?
15    A.        Well, look, there are two things in my view.
16              There is something that can be done immediately
17              and that is follow slate voting and/or release
18              the raw data so we can actually see what the
19              numbers are.
20                   The numbers they announce on the night
21              of the convention are different than the numbers
22              that Lavora emailed me the following day.  So
23              even according to their own numbers they have
24              different numbers.
25                   So either follow your own bylaws and
```

1          apply the slate voting, calculate it, and let's

2          report the final to the Secretary of State, or

3          release the raw data and let us see and let us

4          calculate.  That's for the immediate.

5               But then conducting an audit into how

6          they have done this whole thing, I think that's

7          for the benefit of everybody and all of the

8          members to have accountability as members to be

9          able to know that our party that we pledge an

10         allegiance to and are active in is actually

11         accountable to its members.

12    Q.   Okay.  But if there is no injunction entered

13         after today --

14    A.   Well, again --

15    Q.   -- if this all happens next week, it all happens

16         for no purpose --

17    A.   Well, again --

18    Q.   -- that's going to change the outcome of what's

19         on the ballot; correct?

20    A.   Well, again, the first two things I said can

21         happen now.  In terms of the rest, an internal

22         audit for transparency and to be accountable to

23         your membership, that can also happen later.

24         But releasing the numbers and recalculating can

25         happen today.  So there is an effective remedy

```
 1              today.
 2   Q.    Ma'am, you're not, as part of your request for
 3         preliminary injunctive relief, asking this Court
 4         to order the MDP to declare you a winner;
 5         correct?
 6   A.    I believe that if they followed their bylaws,
 7         they will end up declaring me a winner, yes.
 8   Q.    But you are not asking the Court to order the
 9         MDP to declare you a winner such that somehow
10         you get miraculously placed on the ballot today?
11   A.    Look, that comes after doing what we are asking
12         the MDP to do.
13   Q.    So the answer to my question is, no, you are not
14         asking the judge to do that?
15   A.    Do I want the judge to ask the MDP to just
16         declare me a winner without doing these other
17         things?  I mean, I want it to be an accountable,
18         clear, transparent process.  So I would like
19         them to follow their rules first, and then I
20         believe that will lead to me being declared a
21         winner, yes.
22   Q.    You believe, but you have admitted that you
23         don't think that necessarily will be the
24         outcome; right?  Because in your own press
25         release from September 3rd, it says, quote,
```

1           Arraf is not claiming to have won, end quote.

2           Right?

3   A.     I think I explained why we were talking in that

4           language.  We were asking for accountability.  I

5           didn't want to say, hey, we think the MDP cooked

6           the books or cheated.  We want to say, hey,

7           release the data so everyone can see and maybe

8           even say there was a mistake or maybe saying

9           it's just trying to not -- you know, basically

10          cast aspersions as much as we could on the MDP.

11               As I told you, I would rather -- I

12          would have rather resolved this amicably and not

13          had to get to this point.  I was trying to be

14          careful about the language we were using.

15   Q.    Let's face it.  Even if the judge were to order

16          MDP to do any of these things in your prayer for

17          relief, we don't know what the outcome would be

18          of those processes; right?

19   A.    Well, we believe we know, but.

20   Q.    But we don't know, do we?

21   A.    I think -- sure, we don't know 100 percent.

22          MR. ELDRIDGE:  Thank you.  No further

23          questions, Your Honor.

24          THE COURT:  All right.  Ms. Meingast

25          or -- Mr. Grill left, I guess.  Ms. Meingast,

```
 1          anything?
 2                    MS. MEINGAST:  No, Your Honor.
 3                    THE COURT:  Mr. Akeel, redirect
 4          examination if you wish.
 5                    MR. AKEEL:  Thank you, Your Honor.
 6                    REDIRECT EXAMINATION
 7   BY MR. AKEEL:
 8   Q.     There was discussion about asking MDP to follow
 9          its bylaws.  Do you recall a lot of questions
10          back and forth?
11   A.     Mm-hmm.
12   Q.     And requiring MDP to produce the raw data like
13          right now.  Would that address the rules of
14          voting and election in the Michigan Democratic
15          Party regarding secrecy?
16   A.     Yeah.  At least --
17   Q.     Can you explain?
18   A.     At least two places in the rules and in the
19          bylaws it said there will be no secret ballot
20          within the Michigan Democratic Party.
21                    Yes, effectively they are not producing
22          information that would make it so that it is not
23          a secret ballot or opaque in some way.  It is
24          definitely not clear for sure.
25   Q.     So there is a very simple task of just producing
```

```
 1              the raw data, that would, in essence, ensure

 2              that MDP is following its own bylaws and its own

 3              rules ensuring that there is no secrecy in the

 4              ballot voting?

 5   A.         Yes.  There is that which I think is important,

 6              but I think more important is allowing people to

 7              vote who weren't properly credentialed to vote.

 8                        MR. AKEEL:  Thank you, Your Honor.  No

 9              further questions.

10                        THE COURT:  Very good.  You may step

11              down, ma'am.

12   ( The witness was excused at 12:39 p.m. )

13                        THE COURT:  Mr. Akeel, anything further

14              you wish to present?

15   ( Bench conference held from 12:40 p.m. to 12:47 p.m. )

16                        THE COURT:  Mr. Akeel, it's my

17              understanding from the discussion we had at the

18              bench with yourself and Mr. Eldridge that you

19              wish to call one additional witness with some

20              very limited scope of questioning.  So go right

21              ahead.

22                        MR. AKEEL:  Yes, Your Honor.  I'm going

23              to present Ms. Jennifer Kirby.

24                        THE COURT:  What's the name again?

25                        MR. AKEEL:  Jennifer Kirby.  She's one
```

```
 1            of the plaintiffs.

 2                    THE COURT:  Please raise your right

 3            hand.

 4                    Do you swear or affirm to tell the

 5            truth, the whole truth, and nothing but the

 6            truth?

 7                    MS. KIRBY:  Yes, sir.

 8                    THE COURT:  Please be seated.  You can

 9            adjust the microphone wherever it is comfortable

10            for you.

11                    State your full name for us and spell

12            the first and the last name.

13                    THE WITNESS:  Hello.  My name is

14            Jennifer Renee Kirby.  J-e-n-n-i-f-e-r,

15            K-i-r-b-y.

16                    THE COURT:  Mr. Akeel, go ahead, sir.

17                        JENNIFER KIRBY,

18   ( At 12:47 p.m., having been called by the Plaintiffs

19   and sworn in by the Court, testified as follows: )

20                     DIRECT EXAMINATION

21   BY MR. AKEEL:

22   Q.     Good afternoon, Ms. Kirby.

23   A.     Good afternoon.

24   Q.     Are you a member of the Michigan Democratic

25            Party?
```

```
1    A.     Yes.  I'm a very new member.

2    Q.     Were you in attendance for the convention for

3           the voting for the Board of Regents, University

4           of Michigan?

5    A.     Yes, I was.

6    Q.     Okay.  I know you heard a lot of testimony here,

7           but we are going to focus really on one issue.

8                     That night, did you talk to anybody

9           from the -- from anybody there from the party to

10          try explaining to you a process and how to

11          engage to do something?

12   A.     Yes.

13   Q.     Can you explain?

14   A.     There was a lot of commotion going on, but there

15          was a woman in a purple shirt who said there are

16          a few ways that you can fight this.  And so,

17          like, Huwaida was over by the stage and Selma,

18          who is another organizer, was over on the other

19          side.

20                    I was like, okay, I will get the

21          information to who needs to know.  Like, explain

22          to me what the process is.  So she was saying,

23          like, you can issue what's called a lodge and it

24          is like a document that you issue to the Court

25          to plead your case.
```

```
 1                    I couldn't quite understand everything
 2            that she was saying because in her process of
 3            telling me what a lodge was, the police started
 4            to shove us out the door.  And they kept saying,
 5            like, you need to leave now, you need to leave
 6            now.  The whole place was just surrounded with
 7            police and it was very chaotic.
 8    Q.      Okay.  And as a result you had to leave?
 9    A.      As a result I had to leave, yes.
10    Q.      Okay.  If the police wasn't there, would you
11            have pursued it further to see how you can
12            issue -- how you can lodge?
13    A.      Absolutely.
14                    MR. AKEEL:  Okay.  Thank you.  I have
15            no further questions.
16                    THE COURT:  Mr. Eldridge, questions?
17                    MR. ELDRIDGE:  No questions,
18            Your Honor.
19                    THE COURT:  All right.  Very good.
20                    You may step down, ma'am.  Thank you
21            very much.
22                    THE WITNESS:  Thank you, Your Honor.
23    ( The witness was excused at 12:49 p.m. )
24                    THE COURT:  Anything further,
25            Mr. Akeel?
```

```
 1                    MR. AKEEL:  Nothing further, Your

 2          Honor.

 3                    THE COURT:  Mr. Eldridge or

 4          Ms. Meingast, anything you want to present other

 5          than perhaps final comments?

 6                    MR. ELDRIDGE:  No, Your Honor.  Thank

 7          you.

 8                    THE COURT:  Ms. Meingast?

 9                    MS. MEINGAST:  I'm set, Your Honor.

10          Thank you.

11                    THE COURT:  I'm going to take a short

12          break.

13                    We'll come back and hear your closing

14          remarks, Mr. Akeel, and then anything in terms

15          of closing remarks that the defense attorneys

16          may want to present as well.

17   ( Off the record from 12:50 p.m. to 1:07 p.m. )

18                    THE COURT:  Mr. Akeel, any closing

19          remarks, sir?

20                    MR. AKEEL:  Yes, Your Honor.  I'll be

21          brief.  I know you have heard the record and I

22          just wanted to address a few points.

23                    You know, Your Honor, thank you for

24          allowing us the opportunity to be heard.

25                    You know, the best form of democracy is
```

1          transparency.  This is what is being asked

2          here -- for MDP to produce the data for the sake

3          of transparency and for MDP to follow their

4          bylaws to ensure the integrity of the process,

5          and what may prove that, in fact, Plaintiff won

6          a seat -- a nomination for the November ballot.

7                Your Honor, there are a lot of issues

8          regarding jurisdiction.  I just want to address

9          a few points.  The Michigan Democratic Party,

10         that's the proper party.  There is no dispute

11         here for it to be here.  Michigan Democratic

12         Party cannot be in a court of claims and the

13         Michigan Democratic Party, they are the ones

14         that committed the wrong.

15               Secretary of State did not commit a

16         wrong yet.  There is no wrong.  They are on

17         notice of irregularities, but there is nothing

18         there yet.

19               Also, it is a waste of judicial

20         resources to have one party at Ingham County and

21         another party at the court of claims regarding

22         the same issues.  This is why it was imperative

23         to come before you to address the party that

24         committed the wrong to try to seek legal

25         redress.

1           Your Honor, the Court indicated earlier

2       the burden of proof is on Plaintiff, and I think

3       we established a burden of proof.  It's beyond a

4       doubt.  Exhibit 6 states "unity slate."  You

5       can't have it more clear and unambiguous.  And

6       sponsored by the MDP party.  The logo is there.

7       All the public sees it.  That's what they saw.

8       There is no question on that.

9           Whatever they want to say -- oh, this

10      was by mistake, it was what was disseminated,

11      mass, public.  It is shown to the whole public

12      that the Michigan Democratic Party endorses

13      these two people to the exclusion of other

14      people, other minority coalition groups that

15      want to have an opportunity.

16          And if their rules provide for slate

17      voting, which they do, and it is not published

18      in a published website and it is for prospective

19      members who want to join and they see, oh, slate

20      voting is available, good, then the point of the

21      slate voting, again, is to give proper measured

22      weight so not to exclude the minority coalition.

23          That was kind of like a revolution in

24      2018, amendments to demonstrate that -- to at

25      least provide a camp, a tent for all those

1          people with different perspectives, whether in a

2          majority or in the minority and the slate voting

3          covers that.

4                  Your Honor, we heard also from rules

5          author and a long-time Michigan Democratic Party

6          member, Liano Sharon, that he witnessed there

7          was only -- that he did the math and he's a

8          mathematician by trade, and it is unrefuted that

9          if the slate voting is adopted, Plaintiff

10         Huwaida Arraf wins a nomination on the seat.

11         It's unrefuted.  No evidence to counter that.

12                 You also heard he witnessed personally

13         that there was about 20 people for the quorum

14         and you need 50 percent to certify this thing.

15         So it's not even -- there's just more

16         irregularities that complicated the matter.

17                 You heard unrefuted testimony regarding

18         the discrepancy in credentials.  There's no

19         other evidence other than what we presented and

20         it's documented that what was initially

21         announced as the credentialed voters is

22         different than what came out as the final tally.

23         And that begs the question and raises questions.

24         Again, why the reluctance in producing the raw

25         data?  It's not -- it's unacceptable.

1          Your Honor, there's been discussion

2     about why waiting and why -- you know, why there

3     was a delay in a verified complaint.  You'll see

4     several correspondences and emails and attempts

5     to keep it internal to try to address it, to try

6     to obtain the raw data to no avail.

7          And that includes -- those emails

8     include Co-Plaintiffs as well.  Their emails are

9     in there trying to address this wrong that

10    occurred.  There is no question here that harm

11    is irreparable that if we don't -- if a

12    preliminary injunction isn't issued for the MDP

13    to produce the raw data immediately or at least

14    to comply with their own bylaws and apply the

15    voting properly that it's going to be a

16    disservice not only to the party but to the

17    citizens at large and to all the people that

18    voted who are essentially being disenfranchised

19    because they voted for a member who has been

20    wrongfully omitted from the ballot.

21         Your Honor, public interest demands

22    transparency.  This is going to occur again and

23    again.  There is a flaw here and there is an

24    exercise in futility.

25         They mislead Plaintiff indicating,

1     okay, you can appeal and here's the appeal

2     process.  Oh, by the way, it's going to be

3     30 days and this is going to happen for every

4     candidate coming in the future from a minority

5     coalition.  They are never going to have that

6     opportunity and every staggered election it will

7     be a union-backed slate with their members and

8     it's going to be a majority vote and they are

9     always going to be taken -- it's a forced

10    process here at the expense of the citizens.

11    This is really something that's being exposed

12    here and needs to be addressed.

13        Your Honor, there's been a lot of

14    questions regarding, oh, the bylaws don't demand

15    recount.  That's really -- you know, it's an

16    unfortunate line of questioning because the

17    whole point of transparency and to produce the

18    raw data is you have to count it and, yes, it

19    does include recounting.

20        It doesn't say explicitly in the bylaws

21    to recount, but the whole point of not having a

22    secret ballot and to be able to have integrity

23    in the process is to be able to provide the

24    candidates the raw data so they can count

25    themselves.  It doesn't have to be the MDP.  It

1      could be also the candidates, but that was

2      thwarted unfortunately.

3              Your Honor, there's been a lot of,

4      obviously, concern regarding the integrity of

5      the election process and the faith and integrity

6      and the faith and integrity in the election

7      process is critical, especially during this

8      time.

9              Many students -- you heard new members

10     as they became new members of the party -- are

11     becoming disillusioned.  They voted.  They see

12     the numbers and they are seeing a process play

13     out where there is secrecy being cloaked here in

14     this process.

15             Again, we are asking simply for the

16     production of the raw data at a minimum -- at a

17     minimum.  It could be decided within an hour and

18     resolve this.  Or apply the matter, if the Court

19     deems fit, through a slate-voting method and the

20     solution can be immediately rectified or

21     addressed and all parties concerned would be

22     able to go home.

23             Your Honor, finally, I just want to

24     say, again, thank you for providing us this

25     opportunity.  If there are any other questions,

1          I'll be available.  Thank you.

2                  THE COURT:  Thank you, Mr. Akeel.

3                  Mr. Eldridge.

4                  MR. ELDRIDGE:  Thank you, Your Honor.

5                  First, Counsel in his closing remarks

6          represented that there's unrefuted testimony

7          today.  You'll recall we submitted a sworn

8          declaration signed by the executive director of

9          the Michigan Democratic Party refuting virtually

10         every single factual assertion that formed the

11         basis of their challenge.  I just want to remind

12         the Court of that declaration.

13                 You know, sitting here today for a

14         little over four hours now, I think the

15         testimony that we heard from the witnesses

16         confirms what we said at the beginning.  This is

17         a nonjusticiable intraparty conflict.  It's a

18         disagreement with how the MDP interprets its own

19         rules and administers its own rules during fall

20         conventions.

21                 I heard disagreement specifically about

22         the MDP's interpretation of what slate voting is

23         reserved for.  I heard disagreement about what

24         the definition of multiple-position office

25         means.

1          Those are quintessentially political

2     disputes confirmed by appellate published

3     decisions by the Michigan Supreme Court and

4     federal decisions.  There's not been a single

5     appellate decision, published or unpublished,

6     cited by the other side that would suggest this

7     is an appropriate situation for this Court to

8     intrude into those intraparty disputes.

9          What they are asking would be a

10    remarkable intrusion into those disputes.  And

11    to highlight that intrusion I would like to just

12    remind the Court that Plaintiff is asking this

13    Court to agree with their interpretation of the

14    party rules for voting that this particular

15    position, U of M Regent, deserves a slate vote.

16         At the convention there was a vote for

17    a similar position for the MSU Board of

18    Trustees, for the Wayne State University Board

19    of Governors, and for the State Board of

20    Education, all evidenced by Plaintiffs' exhibit,

21    this advertisement from the AFL-CIO.  They were

22    all handled the same way that this particular

23    position was handled.  They were all done by

24    majority vote.

25         There's been zero objection lodged that

1      any of those were done incorrectly.  I have not

2      heard Plaintiffs or Plaintiffs' Counsel in this

3      case suggest that those were handled

4      incorrectly, and that's because they were all

5      properly done by majority vote.

6           Why that would be an exceptional

7      intrusion or remarkable intrusion by this Court,

8      because they are asking you to simply carve out

9      this particular election for this particular

10     position and treat it differently than the MDP

11     treated all of the others at that convention.

12          Also, what I heard today is the

13     Plaintiff admit that her press release from

14     earlier this week says that she is not claiming

15     to have won and she confirmed during her

16     testimony in response to my question that even

17     if you were to order the MDP to do all of the

18     things they are asking in their prayer for

19     relief, the outcome would be uncertain at best.

20          So at almost 1:20 in the afternoon, I

21     think it still remains unclear ultimately what

22     it is that we are here to do, even if the Court

23     concludes that the plaintiffs have carried their

24     heavy burden of proof to justify the

25     extraordinary relief that's being requested.

```
 1                    For those reasons, Your Honor, and
 2          those we stated earlier this morning, we ask
 3          that you deny the motion in its entirety.  Thank
 4          you for your time.
 5                    THE COURT:  Thank you, Mr. Eldridge.
 6                    Ms. Meingast, any closing remarks?
 7                    MS. MEINGAST:  Just briefly,
 8          Your Honor.
 9                    I think the only thing I have heard as
10          to the Secretary of State was from Mr. Akeel in
11          his closing there on the extent that
12          jurisdiction -- you know, the question of
13          jurisdiction that simply being inconvenient to
14          have two lawsuits.  That doesn't overrule the
15          Court of Claims Act and the fact that there is
16          exclusive jurisdiction against the Secretary in
17          this case in the court of claims.
18                    For that reason, Your Honor, we would
19          ask that you dismiss the Secretary from this
20          lawsuit and certainly deny any injunctive relief
21          as to her as there is no jurisdiction.
22                    THE COURT:  Thank you, ma'am.
23                    Mr. Akeel, anything further?
24                    MR. AKEEL:  Yes, Your Honor, just
25          quickly.
```

1            Regarding the justiciable argument,

2       again, our claim that the bylaws need to be

3       followed recited *Pego versus Karamo*.  Count 1 is

4       declaratory judgment, a contractual-type claim.

5       Count 3 is a breach of contract claim.  So we

6       are -- this is the gravamen of our complaint

7       here and courts are well equipped to interpret

8       and enforce contracts between entities.

9            Your Honor, finally, there was

10      discussion about that Wayne State and Michigan

11      State are also -- you know, there was no issue

12      there.  They were actually presented as a slate.

13      There was a voice vote.  There wasn't a

14      tabulation and there was no contest.  Yes.

15      That's the way it is supposed to happen.  This

16      is why we are here because of the uniqueness of

17      the situation.  Thank you.

18            THE COURT:  All right.  Thank you,

19      Mr. Akeel.

20            I want to first make it clear what I

21      think is clear to everybody, but after hearing

22      all of the testimony and arguments, I think I

23      want to bring this back to the reason we are

24      here today.  That is that there is a motion

25      before the Court to grant a preliminarily

1      injunction.  I'll comment in a moment about why

2      I want to make sure that's clear with respect to

3      the ruling that I am about to make with regard

4      to the complaint that has been filed and the

5      relief requested.

6           In order to grant a preliminarily

7      injunction, I am to consider certain factors.

8      Both parties have pointed out that the factors

9      are pretty clear.  Longstanding elements in case

10     law that has outlined the issues and the

11     elements that the Court is to consider including

12     whether the moving party has made the required

13     demonstration of irreparable harm, whether the

14     harm to the party seeking the injunction absent

15     an injunction would outweigh the harm it would

16     cause the adverse party if an injunction were

17     issued, whether the moving party showed it is

18     likely to prevail on the merits, and whether

19     there would be harm to the public interest or

20     weighing the public interest if an injunction is

21     issued in this case.

22          We earlier addressed right off the top

23     of this hearing that it is the plaintiffs'

24     burden to show the elements have been met to

25     warrant the granting of this unique relief of

1       preliminary injunction.

2              I am going to deny the emergency

3       relief, the injunction that has been requested

4       for a couple of very specific reasons.

5              One is -- and I think this is

6       ultimately fatal to the request to the

7       Plaintiffs' motion, and that is that there can

8       be no irreparable injury here for, again, a very

9       specific reason.  I know the presentation has

10      been that if I don't grant this relief that

11      there would be a lost opportunity for Ms. Arraf

12      to get on the election ballot because the

13      Secretary of State will comply with the statute

14      and provide the notice to each of the counties.

15      The statute is MCL 168.648.

16             That is, I think, a misdirection of the

17      focus of irreparable injury.  I don't think

18      there is any question that there would be -- and

19      I think, Mr. Akeel, you argued that there really

20      should be no issue as to irreparable injury.  I

21      think that's correct if you are looking at the

22      opportunity for your client to get on the

23      ballot.  I think that where the incorrect focus

24      is -- the focus is whether I can do anything

25      about it or not.

```
 1                    So the fact that if I grant the relief

 2          you request, I could not stop the Secretary of

 3          State from doing what she is obligated by

 4          statute to do, I think leads to the inescapable

 5          conclusion that for purposes of this

 6          preliminarily injunction motion, regardless of

 7          whatever the testimony is, there is no way to

 8          show an irreparable injury by me not granting

 9          the request to have the Michigan Democratic

10          Party do all these things that you are

11          requesting the Michigan Democratic Party to do.

12                    In other words, the irreparable injury

13          is connected to whether the Secretary of State

14          provides the counties the notice required by

15          Michigan Compiled Law 168.648.  Again, I have no

16          authority to stop that regardless of the weight

17          of the testimony and the document evidence that

18          you have provided and the arguments on behalf of

19          the plaintiffs regardless of what my conclusions

20          are about -- and what conclusions I may draw

21          from that testimony I heard today and the

22          presentation that has been made.

23                    I think that point, in fact, was on

24          some level conceded in the argument made today

25          by saying, well, it may have influence on the
```

1          Secretary of State as to what she may do with

2          regard to completing her obligation under the

3          statute today or being on notice of some

4          irregularity in the nominating process within

5          the Democratic Party.

6                    It may be that she takes notice of

7          that.  She'll, of course, have to make her own

8          decision with regard to that.

9                    But I do think, as I said a moment ago,

10         that if we look at the issue of what I can do

11         and whether or not there is irreparable injury

12         by not granting the injunctive relief apart from

13         stopping the Secretary of State of certifying or

14         providing the notice, I guess is technically the

15         language in the statute.

16                   If we focus on granting the

17         preliminarily injunction as to what you are

18         asking me to order the Michigan Democratic Party

19         to do, that's not where the irreparable injury

20         focus needs to be.  It has to be on whether or

21         not the Secretary of State could be stopped by

22         anything I do, and clearly the answer to that is

23         no.  I don't think that was even largely

24         contested here today.

25                   Also, I am not sufficiently

1    convinced -- at least to the level I believe I

2    need to be for purposes of granting injunctive

3    relief, I'm not sufficiently convinced that the

4    plaintiff can prevail on the merits.

5         When I put it in the context of the

6    only published authority -- appellate authority

7    that comes close to addressing this issue of the

8    court becoming involved in the intraparty

9    political party actions, and that is the case of

10   *American Independent Party of Michigan versus*

11   *the Secretary of State*, a case in the Michigan

12   Supreme Court, 397 Mich. 689, a 1976 case, which

13   cites from the U.S. Supreme Court among other

14   cases that are addressed by Michigan Supreme

15   Court in that particular case.

16        The requested relief in this motion

17   under parts A and B are that I order Defendant

18   MDP, by and through its officials including

19   Defendant Barnes, to conduct a full and

20   transparent investigation or audit of the

21   University of Michigan Regents vote-counting

22   process and/or a recount of the votes.  And

23   that's subpart A of the prayer for relief.  B is

24   ordering Defendant Michigan Democratic Party, by

25   and through its officials including Defendant

```
 1              Barnes, to expedite Plaintiff Arraf's appeal.
 2                   As pointed out by Mr. Eldridge, it
 3         appears that in the actual rules there is no
 4         bylaw that creates a process for a transparent
 5         investigation or an audit or a recount or to
 6         expedite an appeal for that purpose -- for the
 7         purposes requested by the plaintiff.
 8                   Now, I'm not saying those things
 9         shouldn't happen.  I'm not even saying that
10         Ms. Arraf is incorrect in saying, well, even
11         though it doesn't say recount, if you're going
12         to follow the bylaws as to how the vote is
13         tallied, there is implicit in that the ability
14         to review that or to have the information that
15         would allow someone to independently tally the
16         votes and look at whether something was done
17         correctly.
18                   However, again, referring back to the
19         Supreme Court opinion -- Michigan Supreme Court
20         opinion in American Independent Party, that
21         request -- those two components of the prayer
22         for relief and the motion for preliminarily
23         injunction come very close to asking me to
24         intervene and impose on the party internal rules
25         that, according to the case that I just
```

1      mentioned, I would not be permitted to do, or at

2      least it's not clear from that case that a court

3      is permitted to do that.

4            That's not to exclude the possibility

5      of what Mr. Akeel has argued here as to whether

6      or not a court of jurisdiction could address, by

7      way of litigation, the issues of breach of

8      contract or some other violation or that a party

9      could seek declaratory relief in some form.

10           All I'm saying here with regard to my

11     ruling as to whether I'm convinced sufficiently

12     that the plaintiff could prevail on the merits

13     is that according to the *American Independent*

14     *Party of Michigan* case, absent either an

15     allegation of a statutory provision governing

16     nominations for elections or elections

17     themselves or a constitutional issue, that

18     political parties are left to make and follow

19     their own rules.

20           I understand the tremendous frustration

21     of Ms. Arraf, and I even understand the

22     sentiment and the argument by Mr. Akeel that

23     essentially there has to be some kind of remedy.

24     I get that that's the argument, but, again,

25     under the case law and with the concession that

1           there is not a claim here of a violation of a

2           statute apart from the one I'll mention again in

3           a moment, and that is the Nonprofit Corporation

4           Act, but no violation claimed of an election

5           statute or constitutional right.

6                        I'm not sufficiently convinced at this

7           point, at least to the extent of granting

8           preliminarily injunction relief and given that

9           the bylaws do not specifically say with regard

10          to those areas of specific relief requested in

11          the motion as to what I'm being asked to order

12          the Michigan Democratic Party to do.

13                       Now, getting back to the question of

14          where that leaves the parties, I am aware and

15          I'm not ruling on the merits of Count 1.

16          Mr. Akeel pointed out a couple of the counts in

17          the complaint -- Count 1, the declaratory relief

18          count; Count 3, the breach of contract count;

19          Count 4, the Michigan Nonprofit Corporations Act

20          claimed violation.

21                       Whether or not those are viable claims

22          for a complaint separate from this request for

23          preliminary injunction -- Count 2, by the way,

24          was the request for preliminary injunction, but

25          Counts 1, 3, and 4, I'm not making a ruling on

1       that.  The parties can file motions on that if

2       they wish.  The plaintiff could choose to

3       proceed or not proceed on those cases -- those

4       counts and however that shakes out in the course

5       of litigation is where it will go.

6            And so I'm not taking any action with

7       regard to those particular counts other than as

8       they may have impacted the argument -- the

9       plaintiff's argument as to requests for

10      preliminary injunction.

11           I am, however, going to dismiss the

12      Secretary of State from this case based on lack

13      of jurisdiction by me as to what I understand to

14      be the claim against the Secretary of State and,

15      as I commented earlier, my absence of authority

16      to enjoin or otherwise grant some relief against

17      Defendant Benson as the Secretary of State.

18           I think it would be appropriate for one

19      side or the other to prepare a written order.  I

20      would hope that it would be one the language of

21      which the parties could agree upon so an order

22      can be entered forthwith.  Whether you want that

23      to say for the reasons stated on the record, I

24      have not yet drafted an order.  I can do that

25      here quickly and sign something that satisfies

1        whatever use the parties may make of it for the

2        rest of the day today, it being 1:40 in the

3        afternoon.

4                I'll defer to Counsel as to how you

5        want to do that, whether you want to draft your

6        own order and try to come to an agreement on it

7        or you want me to put together something quickly

8        that you can walk out of the courtroom with here

9        today.

10               Mr. Akeel, I'll hear from you first.

11               MR. AKEEL:  Your Honor, something

12       simple -- for the reasons stated on the record,

13       Plaintiffs' motion is denied and Secretary of

14       State is dismissed -- I think would suffice.

15               THE COURT:  Mr. Eldridge.

16               MR. ELDRIDGE:  I don't have any

17       objection to that, Your Honor.

18               THE COURT:  Ms. Meingast?

19               MS. MEINGAST:  Fine with me,

20       Your Honor.

21               THE COURT:  Give me a minute and I'll

22       prepare an order and hand it to you before you

23       leave yet this afternoon.

24               Mr. Akeel, what I would suggest you do

25       is there are two options with regard to what you

```
 1              marked as Proposed Exhibits 1 and 2.  One is
 2              that we give them to my court reporter if you
 3              want her to keep them as part of the
 4              transcript --
 5                    MR. AKEEL:  Yeah.
 6                    THE COURT:  -- or you keep them for use
 7              with whatever you may do with it beyond this.
 8              How do you wish to do it?
 9                    MR. AKEEL:  Just for completion of the
10              record, be held together.
11                    THE COURT:  Mr. Eldridge, they are not
12              admitted, but it would be no different than any
13              other proffered evidence that we make a record
14              of and is kept for purposes of any appeal or
15              other use.  So that would be my intention with
16              it --
17                    MR. ELDRIDGE:  Fair enough.
18                    THE COURT:  -- if my court reporter
19              will take it.  Otherwise it will be returned to
20              the parties to keep.
21                    MR. ELDRIDGE:  No problem with that,
22              Your Honor.  Just maybe Mr. Akeel could send me
23              a copy of the video.
24                    MR. AKEEL:  Yeah.
25                    MR. ELDRIDGE:  I haven't seen that.  I
```

1        have the photo, just not the other piece.

2            THE COURT:  Fair enough.

3            MR. ELDRIDGE:  Just so I have a

4        complete record as well.

5            THE COURT:  Sure.  We'll do it that way

6        then.

7            Before I go off the record to sign that

8        order, is there anything else for the record,

9        Mr. Akeel?

10           MR. AKEEL:  No, Judge.  Thank you.

11           THE COURT:  Mr. Eldridge?

12           MR. ELDRIDGE:  Nothing, Your Honor.

13        Thank you.

14           THE COURT:  Ms. Meingast?

15           MS. MEINGAST:  No, Your Honor.  Thank

16        you.

17           THE COURT:  Thank you all for your

18        excellent presentation.

19  ( The hearing concluded at 1:41 p.m. )

20

21

22

23

24

25

```
STATE OF MICHIGAN      )
                       ) SS.
 COUNTY OF INGHAM      )
```

<u>CERTIFICATE OF STENOGRAPHER</u>


     I, Kelli L. Werner, Certified Shorthand Reporter, do hereby certify that the foregoing 186 pages comprise an accurate, true, and complete transcript of the proceedings and testimony taken.

     I further certify that this transcript of the stenographic record of the proceedings and testimony truly and correctly reflects the exhibits, if any, offered by the respective parties. WITNESS my hand this date, <u>9th day of September, 2024</u>.


```
Kelli L. Werner, CRR, RPR, CSR-6610
Official Court Stenographer
313 West Kalamazoo
P.O. Box 40771
Lansing, Michigan 48901-7971
```

## 0

**0.3872** [2] - 89:25, 90:2
**0.6128** [1] - 90:1
**0.6936** [1] - 89:10

## 1

**1** [13] - 1:22, 3:14, 41:3, 130:23, 131:1, 131:4, 131:6, 131:17, 174:3, 182:15, 182:17, 182:25, 185:1
**1,248** [4] - 16:20, 58:5, 94:3, 125:24
**1,420-some** [1] - 125:22
**1,422** [4] - 16:23, 58:6, 94:7, 125:23
**1.1** - 116:20
**100** [1] - 157:21
**10:37** [1] - 70:23
**11** [1] - 13:3
**111** [2] - 3:9, 58:10
**119** [1] - 3:4
**11:02** [1] - 70:23
**11:08** [1] - 75:2
**11:55** [1] - 117:21
**11:56** [1] - 119:11
**12** [2] - 17:1, 110:10
**12:39** [1] - 159:12
**12:40** [1] - 159:15
**12:47** [2] - 159:15, 160:18
**12:49** [1] - 162:23
**12:50** [1] - 163:17
**131** [2] - 3:14, 3:14
**14** [2] - 13:9, 17:1
**140** [1] - 3:5
**15** [1] - 13:9
**158** [1] - 3:5
**160** [1] - 3:7
**168.283** [1] - 37:13
**168.648** [3] - 54:14, 176:15, 177:15
**174** [4] - 16:24, 58:6, 94:8, 138:9
**17th** [1] - 67:12
**186** [1] - 187:7
**187** [1] - 66:15
**19** [1] - 54:25
**1972** [1] - 39:18
**1976** [4] - 39:12, 49:1, 61:7, 179:12
**1:07** [1] - 163:17
**1:20** [1] - 172:20
**1:40** [1] - 184:2

**1:41** [1] - 186:19
**1A** [1] - 53:7
**1st** [1] - 66:9

## 2

**2** [8] - 3:14, 42:6, 131:9, 136:18, 137:1, 137:9, 182:23, 185:1
**2,000** [1] - 21:4
**2.1** [7] - 14:22, 43:7, 80:10, 97:5, 100:16, 108:9, 108:10
**2.14** [1] - 114:4
**2.17** [1] - 94:21
**2.2** [2] - 80:10, 80:15
**2.22** [1] - 28:6
**2.2227** [1] - 24:16
**2.2228** [1] - 24:15
**2.223** [1] - 28:6
**2.4** [2] - 79:16, 80:10
**2.5** [8] - 42:22, 79:8, 79:17, 80:10, 85:18, 96:9, 100:11
**20** [5] - 16:13, 80:23, 92:9, 92:13, 166:13
**200** [1] - 92:11
**2016** [1] - 75:19
**2017** [1] - 76:14
**2018** [8] - 15:20, 77:6, 78:2, 78:3, 79:8, 112:22, 113:6, 165:24
**2020** [1] - 113:8
**2022** [1] - 113:8
**2023** [1] - 66:10
**2024** [10] - 1:15, 4:2, 11:18, 13:1, 13:8, 16:22, 72:6, 82:13, 87:15, 187:14
**2024-0026-CZ** [1] - 48:9
**21** [1] - 11:15
**2313** [1] - 58:10
**24** [6] - 11:18, 13:1, 37:22, 56:18, 82:13, 126:4
**24-00658** [1] - 67:10
**24-711-CK** [2] - 1:6, 4:8
**2424** [1] - 58:9
**243** [2] - 14:12, 66:12
**248** [1] - 1:20
**24th** [11] - 29:20, 36:9, 37:14, 38:6, 38:22, 55:9, 101:18, 104:9, 106:7, 138:16, 138:18
**25** [1] - 16:22

**25136** [1] - 11:14
**25th** [1] - 124:21
**269-9595** [1] - 1:20
**26th** [2] - 37:23, 56:3
**28** [2] - 13:8, 87:15
**284** [1] - 66:16
**2:00** [2] - 138:16, 138:18

## 3

**3** [15] - 12:10, 12:15, 15:7, 42:15, 42:17, 42:22, 78:13, 78:20, 78:21, 82:6, 85:19, 90:9, 174:5, 182:18, 182:25
**30** [10] - 13:10, 56:24, 65:7, 103:15, 103:17, 112:8, 113:23, 127:15, 168:3
**30th** [3] - 1:1, 72:6, 73:11
**313** [3] - 14:12, 66:11, 187:21
**335-7659** [1] - 2:4
**350** [1] - 1:19
**397** [4] - 39:12, 49:1, 61:7, 179:12
**3rd** [2] - 41:5, 156:25

## 4

**4** [2] - 182:19, 182:25
**40** [1] - 85:1
**40771** [1] - 187:21
**45** [1] - 127:15
**450.2487(2** [1] - 17:16
**48084-4761** [1] - 1:19
**483-4918** [1] - 1:24
**483-6427** [1] - 2:24
**48901-7971** [1] - 187:22
**48933-1067** [1] - 2:3
**48933-1370** [1] - 1:23
**4:00** [2] - 52:6, 52:18

## 5

**5** [5] - 2:3, 14:9, 15:2, 16:9, 66:10
**50** [2] - 92:12, 166:14
**517** [3] - 1:24, 2:4, 2:24
**525** [1] - 2:2
**527** [3] - 45:8, 59:19

## 6

**6** [9] - 1:15, 4:2, 12:3, 13:5, 18:25, 19:2, 83:16, 114:8, 165:4
**6.4** [5] - 15:11, 82:4, 82:6, 82:9, 83:23
**6.4.2** [2] - 82:10, 90:13
**6.5** [1] - 15:11
**60** [2] - 54:15, 84:24
**600.6419** [1] - 53:6
**6610** [1] - 2:24
**689** [4] - 39:12, 49:1, 61:7, 179:12
**6th** [4] - 13:11, 18:18, 56:17, 56:21

## 7

**7** [1] - 86:20
**75** [1] - 3:8

## 8

**8** [3] - 7:16, 12:23, 78:11
**83** [4] - 54:14, 54:18, 55:5, 55:17
**888** [1] - 1:18

## 9

**9** [1] - 93:2
**900** [1] - 1:23
**95** [1] - 3:9
**9:09** [1] - 4:3
**9th** [1] - 187:14

## A

**A-r-r-a-f** [1] - 119:7
**a.m** [6] - 4:3, 70:23, 75:2, 117:21, 119:11
**ability** [5] - 19:16, 35:14, 80:2, 80:14, 180:13
**able** [16] - 6:11, 13:22, 24:20, 27:9, 29:6, 30:19, 30:23, 32:3, 46:2, 50:4, 64:9, 145:24, 155:9, 168:22, 168:23, 169:22
**absence** [2] - 14:3, 183:15
**absent** [4] - 54:23, 57:25, 175:14, 181:14
**absent-voter** [1] - 54:23

**absolutely** [10] - 34:17, 78:7, 78:24, 83:3, 90:17, 90:19, 90:22, 103:10, 120:5, 162:13
**academic** [1] - 40:25
**accept** [3] - 120:10, 120:24, 137:3
**access** [1] - 49:16
**according** [16] - 13:9, 82:1, 85:16, 117:12, 125:19, 126:1, 127:14, 141:2, 151:2, 151:10, 153:14, 154:4, 154:23, 180:25, 181:13
**accountability** [7] - 65:22, 120:25, 128:3, 128:12, 147:23, 155:8, 157:4
**accountable** [3] - 155:11, 155:22, 156:17
**accounting** [1] - 137:20
**accurate** [6] - 86:12, 86:14, 137:20, 141:3, 147:3, 187:8
**accurately** [2] - 49:5, 139:4
**accused** [1] - 47:13
**achieve** [1] - 154:3
**achieving** [1] - 154:12
**acknowledged** [1] - 41:2
**ACLU** [1] - 44:6
**ACLU-CIO** [1] - 44:6
**act** [1] - 31:22
**Act** [8] - 45:5, 45:7, 45:10, 53:6, 54:7, 173:15, 182:4, 182:19
**acted** [1] - 29:23
**action** [4] - 26:15, 27:25, 61:1, 183:6
**actions** [2] - 135:18, 179:9
**active** [2] - 75:19, 155:10
**actor** [1] - 26:18
**actual** [10] - 17:10, 42:1, 58:12, 67:7, 82:11, 94:24, 105:7, 153:9, 180:3
**add** [3] - 68:12, 121:5, 127:22
**additional** [1] - 159:19
**address** [15] - 21:22, 23:9, 46:14, 48:23,

49:20, 67:1, 67:23, 132:24, 158:13, 163:22, 164:8, 164:23, 167:5, 167:9, 181:6

**addressed** [8] - 33:20, 58:1, 65:14, 136:7, 168:12, 169:21, 175:22, 179:14

**addresses** [1] - 66:24

**addressing** [3] - 46:5, 66:4, 179:7

**adjust** [3] - 74:15, 118:25, 160:9

**administered** [3] - 47:21, 50:17, 50:21

**administers** [1] - 170:19

**Administrative** [2] - 71:24, 72:4

**administrative** [1] - 72:9

**Administrator** [1] - 72:7

**administrator** [2] - 72:22, 73:12

**administrator's** [1] - 73:11

**admissibility** [1] - 131:15

**admit** [1] - 172:13

**admitted** [5] - 78:12, 131:24, 131:25, 156:22, 185:12

**adopt** [1] - 49:24

**adopted** [5] - 15:3, 64:15, 78:2, 79:7, 166:9

**advance** [2] - 33:16, 104:19

**advanced** [1] - 20:3

**adverse** [1] - 175:16

**advertisement** [12] - 83:8, 101:12, 101:21, 101:23, 102:3, 102:6, 102:11, 102:23, 105:16, 107:14, 109:21, 171:21

**advertisements** [1] - 33:9

**advertising** [2] - 101:8, 115:4

**affidavit** [13] - 12:23, 41:25, 42:4, 42:11, 42:15, 42:24, 44:21, 98:4, 100:7, 108:1, 109:8, 110:9, 143:9

**affiliated** [2] - 71:7, 75:16

**affirm** [3] - 74:10, 118:19, 160:4

**AFL** [11] - 44:9, 44:10, 101:24, 102:12, 102:14, 105:16, 105:23, 107:15, 109:22, 114:23, 171:21

**AFL-CIO** [10] - 44:9, 101:24, 102:12, 102:14, 105:16, 105:23, 107:15, 109:22, 114:23, 171:21

**AFL-CIO's** [1] - 44:10

**afternoon** [8] - 29:25, 140:3, 140:4, 160:22, 160:23, 172:20, 184:3, 184:23

**afterwards** [1] - 145:18

**agency** [1] - 53:10

**aggrieved** [2] - 125:4, 146:14

**ago** [5] - 26:7, 30:23, 41:4, 60:23, 178:9

**agree** [21] - 6:2, 22:2, 23:11, 59:10, 97:8, 100:10, 100:14, 100:16, 100:20, 100:22, 101:23, 102:8, 102:11, 102:21, 108:8, 143:23, 150:2, 150:10, 150:25, 171:13, 183:21

**agreed** [3] - 21:23, 48:7, 101:25

**agreement** [4] - 14:10, 66:13, 70:4, 184:6

**ahead** [15] - 4:19, 5:4, 8:25, 9:25, 10:20, 29:4, 51:20, 70:13, 74:4, 91:4, 91:13, 95:11, 119:8, 159:21, 160:16

**aid** [2] - 69:23, 88:21

**AKEEL** [130] - 1:17, 4:20, 4:25, 6:3, 6:8, 6:14, 6:24, 7:4, 7:10, 7:15, 7:21, 8:15, 8:18, 10:21, 10:23, 21:12, 22:13, 22:16, 23:4, 23:21, 25:3, 25:7, 26:17, 27:13, 27:15, 28:18, 29:5, 29:21, 30:2, 30:14, 31:7, 31:9, 32:5, 34:11, 34:15, 34:19,

56:10, 57:8, 59:21, 60:8, 60:11, 60:15, 61:13, 61:24, 62:24, 64:14, 66:6, 67:2, 67:9, 67:12, 67:17, 67:20, 67:25, 68:4, 68:7, 69:7, 69:20, 70:12, 70:16, 73:23, 74:6, 75:5, 75:22, 76:2, 76:3, 78:15, 78:19, 83:12, 83:15, 85:24, 86:1, 91:7, 91:12, 91:14, 92:23, 93:1, 95:8, 101:10, 101:15, 111:11, 111:14, 111:16, 115:20, 115:23, 115:25, 116:17, 116:19, 117:16, 117:24, 118:7, 118:16, 119:9, 119:14, 128:18, 128:21, 129:8, 129:22, 130:22, 130:25, 131:5, 131:10, 132:6, 132:23, 133:15, 135:4, 135:6, 135:13, 136:10, 136:14, 136:24, 137:12, 137:13, 139:13, 139:22, 149:5, 158:5, 158:7, 159:8, 159:22, 159:25, 160:21, 162:14, 163:1, 163:20, 173:24, 184:11, 185:5, 185:9, 185:24, 186:10

**Akeel** [66] - 1:18, 3:4, 3:5, 3:7, 3:8, 3:9, 4:21, 5:25, 7:18, 8:13, 10:20, 21:11, 29:4, 29:14, 33:22, 34:10, 34:14, 46:10, 48:23, 56:9, 59:10, 62:21, 63:18, 64:13, 67:16, 69:15, 69:25, 70:13, 73:20, 74:4, 75:25, 85:23, 95:10, 111:9, 115:18, 115:21, 117:22, 118:4, 118:15, 119:8, 129:4, 132:4, 132:22, 134:24, 135:12, 139:15, 139:18, 158:3, 159:13, 159:16, 160:16, 162:25, 163:14, 163:18,

170:2, 173:10, 173:23, 174:19, 176:19, 181:5, 181:22, 182:16, 184:10, 184:24, 185:22, 186:9

**Akeel's** [1] - 53:4

**al** [2] - 4:5, 68:7

**allegation** [8] - 40:4, 47:12, 42:17, 60:7, 63:19, 63:20, 63:21, 181:15

**allegations** [3] - 47:20, 61:16, 61:17

**alleged** [1] - 39:24

**allegiance** [1] - 155:10

**alleging** [4] - 50:15, 60:10, 61:24, 61:25

**allow** [5] - 33:2, 36:24, 69:1, 80:6, 180:15

**allowed** [8] - 77:21, 79:2, 79:12, 94:22, 102:20, 103:16, 112:25, 121:13

**allowing** [3] - 10:25, 159:6, 163:24

**allows** [2] - 99:12, 146:4

**alluded** [1] - 37:6

**almost** [3] - 115:23, 145:25, 172:20

**alone** [2] - 58:15, 128:9

**alternates** [2] - 43:14, 43:15

**Amendment** [2] - 37:2, 47:4

**amendments** [1] - 165:24

**American** [9] - 39:10, 39:15, 48:25, 61:3, 61:4, 119:21, 179:10, 180:20, 181:13

**amicably** [3] - 123:20, 128:10, 157:12

**amount** [2] - 55:18, 133:9

**ample** [1] - 39:7

**analysis** [2] - 86:5, 86:10

**analyst** [3] - 122:4, 122:5, 125:11

**AND/OR** [1] - 1:14

**announce** [4] - 93:20, 103:11, 104:18, 154:20

**announced** [16] - 58:3, 92:21, 94:3, 94:8, 103:7, 109:12,

119:24, 121:9, 123:10, 124:8, 125:24, 135:2, 135:24, 138:17, 140:10, 166:21

**announcement** [2] - 104:7, 136:23

**announcements** [1] - 58:16

**annual** [1] - 11:19

**answer** [7] - 46:9, 56:5, 142:25, 146:17, 151:12, 156:13, 178:22

**answered** [1] - 104:25

**anticipate** [1] - 69:3

**anyway** [2] - 73:16, 115:1

**apart** [5] - 22:10, 23:14, 45:18, 178:12, 182:2

**App** [4] - 11:15, 14:12, 66:12, 66:16

**apparent** [1] - 134:9

**appeal** [34] - 11:8, 11:17, 13:9, 13:18, 18:7, 18:16, 19:8, 20:7, 20:25, 22:4, 24:10, 24:20, 36:11, 36:19, 38:8, 40:21, 51:12, 56:15, 56:19, 57:5, 68:1, 69:3, 127:9, 127:12, 127:17, 146:5, 146:7, 146:18, 152:5, 168:1, 180:1, 180:6, 185:14

**Appeals** [2] - 67:22, 69:6

**appeals** [5] - 112:17, 125:3, 146:15, 154:5

**appear** [3] - 28:5, 98:15, 99:9

**appearance** [3] - 4:17, 5:19, 5:22

**APPEARANCES** [1] - 1:16

**appearances** [1] - 10:18

**appearing** [2] - 12:8, 43:4

**appellate** [7] - 36:12, 36:20, 51:12, 68:16, 171:2, 171:5, 179:6

**applicable** [1] - 79:3

**applied** [11] - 15:12, 65:13, 79:22, 82:25, 83:2, 84:8, 84:10, 85:7, 86:6, 90:5, 113:13

**applies** [2] - 97:3, 100:12
**apply** [9] - 15:10, 60:6, 78:5, 98:12, 144:9, 153:5, 155:1, 167:14, 169:18
**applying** [1] - 153:4
**appreciate** [1] - 32:4
**approach** [8] - 10:21, 75:22, 78:15, 83:13, 92:23, 97:25, 122:23, 128:18
**appropriate** [2] - 171:7, 183:18
**approved** [3] - 24:5, 80:18, 116:21
**arbitrarily** [1] - 12:14
**area** [1] - 30:17
**areas** [1] - 182:10
**argue** [4] - 7:19, 22:1, 135:15, 138:2
**argued** [2] - 176:19, 181:5
**argues** [1] - 46:12
**argument** [22] - 6:7, 6:9, 6:21, 7:2, 7:5, 7:22, 7:25, 8:14, 8:21, 34:2, 45:16, 46:11, 53:4, 58:2, 59:15, 68:19, 174:1, 177:24, 181:22, 181:24, 183:8, 183:9
**arguments** [7] - 6:18, 21:24, 30:8, 57:13, 60:24, 174:22, 177:18
**ARRAF** [5] - 1:3, 3:4, 28:20, 118:22, 119:10
**Arraf** [29] - 5:1, 11:3, 11:9, 11:25, 16:22, 18:9, 19:4, 19:6, 26:25, 29:12, 32:23, 33:18, 41:5, 56:16, 62:7, 62:20, 64:20, 65:6, 65:17, 88:1, 88:15, 117:25, 119:6, 119:15, 157:1, 166:10, 176:11, 180:10, 181:21
**Arraf's** [3] - 18:7, 136:13, 180:1
**article** [6] - 12:17, 86:8, 87:9, 87:12, 87:17, 109:7
**articulate** [1] - 136:2
**aside** [3] - 21:21, 104:6, 141:14
**aspect** [2] - 29:8,

30:15
**aspersions** [1] - 157:10
**assembly** [2] - 80:21, 80:23
**assertion** [1] - 170:10
**assess** [1] - 53:20
**assigned** [1] - 125:18
**assistant** [2] - 5:12, 5:16
**Association** [1] - 19:20
**association** [3] - 37:2, 47:5, 64:2
**assume** [6] - 6:2, 10:6, 23:14, 26:7, 142:1, 148:8
**assuming** [5] - 26:2, 32:6, 46:10, 109:19, 114:23
**assure** [1] - 29:25
**attached** [8] - 6:16, 12:17, 12:22, 67:7, 69:18, 109:7, 130:14, 131:21
**attachments** [2] - 39:3, 130:15
**attempt** [3] - 71:10, 71:11, 72:24
**attempted** [1] - 52:13
**attempts** [5] - 17:8, 59:3, 127:8, 145:20, 167:4
**attend** [1] - 16:6
**attendance** [1] - 161:2
**attended** [1] - 18:17
**attending** [1] - 56:22
**attention** [2] - 93:3, 93:12
**Attorney** [5] - 2:2, 5:12, 5:16, 71:8, 71:15
**attorney** [5] - 7:14, 29:3, 119:18, 121:17, 124:16
**attorneys** [3] - 70:1, 148:7, 163:15
**audience** [1] - 135:22
**audit** [15] - 20:21, 36:3, 36:5, 40:19, 148:12, 148:21, 149:10, 154:2, 154:4, 154:8, 154:14, 155:5, 155:22, 179:20, 180:5
**auditorium** [1] - 58:18
**audits** [3] - 36:17, 149:19, 150:12
**August** [22] - 11:18,

13:1, 13:8, 16:22, 29:20, 36:9, 37:14, 37:23, 38:6, 38:22, 55:9, 56:3, 56:18, 82:13, 87:15, 101:18, 104:9, 106:7, 124:20, 124:21, 138:16, 138:18
**authenticated** [2] - 131:18, 132:20
**authentication** [1] - 131:21
**authenticity** [1] - 134:11
**author** [3] - 12:19, 79:19, 166:5
**authored** [1] - 12:18
**authoring** [1] - 78:23
**authority** [14] - 21:15, 21:21, 22:9, 22:15, 23:3, 23:13, 25:1, 26:11, 27:25, 28:11, 177:16, 179:6, 183:15
**authorized** [1] - 78:9
**authorship** [1] - 84:11
**automatic** [1] - 33:11
**avail** [1] - 167:6
**available** [8] - 14:25, 31:20, 54:24, 82:23, 82:24, 146:23, 165:20, 170:1
**avenue** [1] - 146:19
**Avenue** [1] - 1:22
**awaiting** [1] - 32:10
**aware** [20] - 22:15, 44:22, 44:24, 61:13, 66:21, 68:16, 71:2, 71:12, 71:22, 94:4, 97:16, 99:7, 99:11, 99:13, 99:21, 103:6, 110:20, 142:6, 143:1, 182:14

## B

**B2A** [1] - 93:12
**bachelor's** [1] - 75:9
**backed** [1] - 168:7
**backing** [1] - 32:15
**balance** [1] - 66:1
**ballot** [46] - 13:6, 13:20, 17:7, 18:12, 22:7, 23:1, 23:20, 24:21, 24:23, 25:2, 25:20, 26:14, 28:12, 30:6, 37:20, 38:21, 42:10, 46:1, 49:16, 54:19, 54:21, 55:2,

55:5, 55:17, 55:25, 65:18, 91:18, 91:19, 94:12, 98:15, 99:10, 99:24, 100:20, 127:11, 153:25, 154:11, 155:19, 156:10, 158:19, 158:23, 159:4, 164:6, 167:20, 168:22, 176:12, 176:23
**ballot-printing** [5] - 54:19, 55:2, 55:5, 55:17, 55:25
**ballots** [10] - 18:5, 38:17, 54:23, 94:22, 94:24, 94:25, 152:15, 152:20
**Barnes** [17] - 1:22, 4:7, 5:8, 16:2, 16:18, 16:22, 17:4, 20:20, 20:25, 35:1, 35:25, 120:22, 122:14, 124:19, 148:20, 179:19, 180:1
**BARNES** [1] - 1:7
**Barnes's** [1] - 16:16
**based** [8] - 12:11, 58:15, 84:10, 85:6, 105:15, 109:14, 154:6, 183:12
**bases** [1] - 60:2
**basis** [7] - 44:2, 45:24, 47:25, 49:7, 106:25, 107:11, 170:11
**bears** [1] - 95:6
**Beaver** [1] - 1:18
**became** [1] - 169:10
**become** [2] - 50:3, 94:4
**becomes** [1] - 47:3
**becoming** [2] - 169:11, 179:8
**bedrock** [1] - 128:13
**BEFORE** [1] - 1:14
**beforehand** [1] - 112:8
**begin** [2] - 8:20, 54:20
**beginning** [2] - 170:16
**begins** [1] - 54:19
**begs** [1] - 166:23
**begun** [2] - 25:23, 26:4
**behalf** [6] - 4:21, 5:7, 5:13, 5:17, 34:25, 177:18
**belief** [1] - 11:16
**believes** [1] - 50:25
**Bell** [2] - 48:7, 48:13
**belong** [1] - 53:9

**below** [2] - 12:13, 13:13
**Bench** [1] - 159:15
**bench** [1] - 159:18
**bend** [1] - 74:17
**beneficial** [1] - 127:3
**benefit** [3] - 27:19, 153:13, 155:7
**Benson** [6] - 2:1, 4:7, 5:17, 5:20, 28:4, 183:17
**BENSON** [1] - 1:10
**best** [4] - 98:12, 115:21, 163:25, 172:19
**between** [11] - 14:11, 19:23, 20:8, 20:9, 20:10, 58:8, 66:13, 71:14, 71:18, 81:24, 174:8
**beyond** [5] - 70:7, 132:3, 132:12, 165:3, 185:7
**Big** [1] - 1:18
**big** [2] - 29:9, 116:6
**binding** [4] - 14:10, 21:18, 64:4, 66:12
**bit** [2] - 9:5, 88:19
**Board** [13] - 11:7, 11:23, 32:12, 64:22, 82:20, 83:6, 96:21, 114:1, 142:13, 161:3, 171:17, 171:18, 171:19
**board** [4] - 78:6, 79:13, 81:21, 96:5
**boards** [2] - 80:8, 82:18
**body** [1] - 64:15
**books** [1] - 157:6
**bore** [1] - 88:12
**botched** [1] - 12:18
**Botches** [1] - 87:12
**bottom** [2] - 83:19, 126:15
**bound** [3] - 60:4, 60:5, 150:7
**Box** [1] - 187:21
**box** [1] - 131:3
**boxes** [1] - 94:12
**Boyd** [1] - 72:7
**breach** [11] - 14:14, 17:6, 40:2, 61:18, 61:25, 62:1, 62:12, 174:5, 181:7, 182:18
**breach-of-contract** [1] - 40:2
**breaches** [1] - 19:20
**break** [5] - 68:23, 69:25, 70:22, 118:2,

163:12
**brief** [11] - 24:12, 24:17, 25:3, 25:4, 36:22, 49:4, 61:9, 66:22, 66:23, 69:1, 163:21
**briefing** [10] - 34:7, 37:5, 39:8, 41:3, 42:6, 46:25, 52:4, 63:25, 67:6, 97:18
**briefly** [6] - 34:16, 56:11, 76:10, 76:11, 97:21, 173:7
**briefs** [1] - 30:8
**bring** [2] - 93:11, 174:23
**bringing** [1] - 94:14
**brings** [1] - 34:16
**brought** [1] - 26:8
**Brown** [1] - 39:19
**built** [1] - 31:21
**burden** [5] - 6:2, 165:2, 165:3, 172:24, 175:24
**business** [6] - 16:8, 17:20, 75:13, 93:4, 93:13, 126:4
**BY** [22] - 2:23, 75:5, 76:3, 78:19, 83:15, 86:1, 91:14, 93:1, 95:14, 98:2, 101:16, 111:16, 115:25, 116:19, 119:14, 128:21, 129:8, 137:13, 140:2, 149:8, 158:7, 160:21
**bylaw** [1] - 180:4
**bylaws** [83] - 13:16, 14:9, 14:10, 14:13, 15:2, 15:3, 18:14, 19:11, 19:19, 19:22, 20:10, 20:23, 36:16, 36:24, 40:10, 44:18, 57:15, 57:17, 57:19, 57:22, 61:19, 62:1, 62:7, 62:13, 62:18, 64:16, 64:18, 64:20, 64:25, 65:1, 65:11, 65:23, 66:1, 66:12, 66:17, 79:8, 103:22, 137:16, 137:19, 140:18, 140:25, 147:8, 147:10, 147:17, 147:18, 149:9, 149:12, 149:17, 149:22, 149:23, 150:1, 150:3, 150:5, 150:11, 150:15, 150:19, 150:25,

151:3, 151:4, 151:5, 151:7, 151:9, 151:10, 151:16, 151:20, 151:22, 151:24, 153:1, 154:25, 156:6, 158:9, 158:19, 159:2, 164:4, 167:14, 168:14, 168:20, 174:2, 180:12, 182:9
**Bylaws** [2] - 76:19, 76:20

# C

**C2** [1] - 93:3
**calculate** [4] - 91:23, 92:4, 155:1, 155:4
**calculated** [2] - 125:17, 128:16
**calculation** [7] - 88:4, 88:14, 88:23, 109:4, 109:17, 109:19, 109:24
**calculations** [4] - 87:23, 90:8, 138:4, 138:6
**camp** [1] - 165:25
**campaign** [8] - 41:4, 94:7, 122:1, 123:1, 123:7, 124:5, 129:16, 129:18
**campaigns** [3] - 102:7, 102:9, 122:10
**candidacy** [1] - 50:11
**candidate** [11] - 19:4, 33:19, 46:7, 50:3, 50:14, 55:3, 57:9, 106:6, 112:4, 122:6, 168:4
**Candidates** [1] - 18:6
**candidates** [34] - 11:25, 12:1, 12:7, 12:15, 13:17, 18:8, 20:3, 23:25, 43:3, 43:6, 43:23, 44:1, 44:12, 44:24, 49:17, 54:13, 55:23, 82:23, 83:5, 83:10, 96:3, 96:4, 96:7, 98:14, 99:8, 105:5, 105:24, 106:10, 106:16, 106:18, 107:4, 107:7, 168:24, 169:1
**Canfield** [1] - 1:22
**cannot** [4] - 18:2, 56:13, 113:2, 164:12
**canvas** [3] - 92:18, 92:19, 93:5

**canvassing** [1] - 92:20
**capable** [2] - 32:9, 56:25
**car** [1] - 120:21
**careful** [1] - 157:14
**cares** [1] - 99:18
**carried** [2] - 78:7, 172:23
**carve** [1] - 172:8
**case** [60] - 26:3, 28:14, 29:19, 30:19, 35:4, 35:22, 37:4, 38:24, 39:7, 39:8, 39:10, 39:13, 39:25, 46:24, 48:7, 48:8, 48:21, 48:25, 49:3, 49:4, 49:8, 51:5, 52:10, 53:17, 53:25, 59:17, 61:3, 61:6, 61:7, 64:4, 64:15, 67:10, 67:25, 68:1, 68:3, 68:6, 69:4, 71:15, 72:14, 72:16, 73:3, 73:8, 96:16, 161:25, 172:3, 173:17, 175:9, 175:21, 179:9, 179:11, 179:12, 179:15, 180:25, 181:2, 181:14, 181:25, 183:12
**Case** [3] - 1:6, 4:7, 48:9
**cases** [7] - 53:14, 63:24, 64:1, 66:3, 67:1, 179:14, 183:3
**cast** [5] - 16:17, 51:2, 145:6, 145:7, 157:10
**casted** [2] - 19:5, 145:9
**Caucus** [1] - 76:22
**Center** [1] - 11:21
**central** [3] - 16:3, 43:14, 76:13
**Central** [4] - 76:17, 76:18, 92:6, 92:11
**certain** [5] - 17:18, 44:11, 45:4, 72:1, 175:7
**certainly** [7] - 53:22, 54:9, 69:10, 72:13, 84:13, 143:5, 173:20
**certainty** [1] - 18:3
**CERTIFICATE** [1] - 187:4
**certification** [1] - 54:18
**certified** [1] - 38:19
**Certified** [1] - 187:6
**certifies** [1] - 150:13

**certify** [5] - 37:15, 54:12, 166:14, 187:7, 187:10
**certifying** [1] - 178:13
**cetera** [3] - 72:16, 80:8, 89:10
**Chair** [1] - 1:7
**chair** [8] - 22:20, 76:21, 77:8, 92:20, 120:22, 122:14, 123:19, 124:19
**chairperson** [2] - 16:1, 25:17
**challenge** [2] - 13:3, 170:11
**chance** [2] - 33:15, 97:20
**change** [9] - 15:20, 28:7, 40:18, 41:1, 41:19, 51:13, 56:1, 152:20, 155:18
**changed** [2] - 113:6, 113:14
**changes** [1] - 77:25
**chaotic** [1] - 162:7
**charge** [1] - 77:1
**cheated** [2] - 128:5, 157:6
**check** [1] - 66:1
**Chicago** [1] - 66:15
**choose** [1] - 183:2
**chose** [1] - 12:15
**chosen** [1] - 32:20
**Chris** [1] - 99:15
**Christine** [6] - 42:5, 44:21, 97:11, 97:13, 120:9, 120:23
**Christy** [3] - 121:11, 124:14, 145:25
**CIO** [11] - 44:6, 44:9, 101:24, 102:12, 102:14, 105:16, 105:23, 107:15, 109:22, 114:23, 171:21
**CIO's** [1] - 44:10
**circle** [1] - 92:9
**circuit** [3] - 26:3, 49:9, 67:19
**Circuit** [5] - 18:18, 48:6, 66:9, 67:12, 73:11
**CIRCUIT** [2] - 1:1, 1:14
**circumstance** [4] - 44:25, 86:10, 99:7, 143:1
**citation** [1] - 24:13
**cite** [3] - 48:25, 61:6, 61:9

**cited** [13] - 37:4, 39:6, 46:25, 49:5, 61:4, 62:5, 65:20, 66:4, 66:11, 66:22, 67:6, 68:1, 171:6
**cites** [1] - 179:13
**citizen** [1] - 113:17
**citizens** [4] - 33:17, 115:13, 167:17, 168:10
**city** [1] - 11:21
**CIVIL** [1] - 1:2
**civil** [2] - 119:18, 121:16
**Claim** [1] - 17:15
**claim** [10] - 22:19, 23:7, 46:3, 46:20, 174:2, 174:4, 174:5, 182:1, 183:14
**claimed** [3] - 95:5, 182:4, 182:20
**claiming** [6] - 41:5, 41:12, 127:24, 134:8, 157:1, 172:14
**claims** [20] - 9:19, 22:12, 25:10, 25:23, 26:4, 27:10, 29:7, 35:10, 35:11, 42:2, 48:15, 53:8, 53:10, 53:25, 56:12, 57:13, 164:12, 164:21, 173:17, 182:21
**Claims** [2] - 53:6, 54:7, 173:15
**claims'** [1] - 53:12
**clarify** [2] - 42:3, 45:15
**clear** [16] - 62:13, 71:19, 77:19, 95:7, 136:2, 148:1, 149:14, 150:8, 156:18, 158:24, 165:5, 174:20, 174:21, 175:2, 175:9, 181:2
**clearly** [1] - 64:3, 88:20, 98:25, 135:16, 135:20, 137:7, 144:9, 146:1, 147:17, 147:21, 178:22
**CLERK** [3] - 5:21, 68:5, 68:10
**clerk** [1] - 73:9
**clerk's** [1] - 73:10
**client** [6] - 25:25, 38:18, 69:21, 70:15, 70:17, 176:22
**clients** [2] - 22:23, 36:2
**cloaked** [1] - 169:13

4

**close** [3] - 138:18, 179:7, 180:23
**closed** [2] - 121:22, 145:19
**closing** [6] - 163:13, 163:15, 163:18, 170:5, 173:6, 173:11
**Co** [1] - 167:8
**Co-Plaintiffs** [1] - 167:8
**coalition** [4] - 81:16, 165:14, 165:22, 168:5
**coalitions** [3] - 80:6, 81:11, 81:15
**cochair** [1] - 76:21
**Code** [1] - 40:5
**code** [1] - 47:10
**Colin** [2] - 14:11, 66:11
**college** [1] - 119:19
**comfortable** [2] - 74:15, 160:9
**coming** [6] - 80:12, 89:2, 132:9, 132:14, 132:15, 168:4
**comment** [3] - 32:3, 73:21, 175:1
**commented** [2] - 32:2, 183:15
**comments** [5] - 49:21, 56:4, 61:9, 130:19, 163:5
**commit** [1] - 164:15
**committed** [2] - 164:14, 164:24
**committee** [16] - 12:21, 15:21, 16:3, 43:13, 43:14, 43:17, 76:14, 76:15, 77:8, 78:1, 80:13, 92:18, 93:19, 125:4, 146:15, 146:16
**Committee** [15] - 14:15, 48:11, 48:13, 66:7, 67:4, 76:17, 76:18, 76:19, 76:21, 76:22, 76:24, 92:6, 92:12, 92:17
**committees** [2] - 80:8, 82:16
**common** [4] - 107:16, 107:18, 107:22, 114:15
**commotion** [1] - 161:14
**communicate** [2] - 128:9, 135:10
**communicating** [1] - 122:19
**communication** [1] - 141:15
**communications** [1] - 75:14
**compel** [1] - 13:15
**compelling** [2] - 137:15, 139:10
**Compiled** [1] - 177:15
**complaint** [25] - 6:16, 9:11, 16:9, 16:11, 17:1, 25:12, 39:2, 39:3, 39:25, 42:17, 44:5, 46:23, 47:18, 52:11, 69:19, 71:11, 78:14, 83:16, 93:2, 130:15, 167:3, 174:6, 175:4, 182:17, 182:22
**complete** [5] - 77:9, 108:9, 108:10, 186:4, 187:8
**completed** [1] - 75:10
**completely** [2] - 65:21, 77:7
**completing** [1] - 178:2
**completion** [1] - 185:9
**complicated** [2] - 88:19, 166:16
**complied** [1] - 62:9
**comply** [8] - 14:13, 20:2, 62:4, 72:20, 80:11, 139:11, 167:14, 176:13
**components** [1] - 180:21
**comprise** [1] - 187:8
**conceded** [1] - 177:24
**conceding** [2] - 24:25, 27:15
**concept** [1] - 81:4
**concern** [2] - 33:16, 169:4
**concerned** [1] - 169:21
**concerns** [1] - 133:25
**concession** [1] - 181:25
**conclude** [1] - 64:7
**concluded** [3] - 13:18, 105:15, 186:19
**concludes** [1] - 172:23
**conclusion** [4] - 48:14, 65:8, 87:25, 177:5
**conclusions** [2] - 177:19, 177:20
**conclusively** [1] - 97:7
**conduct** [8] - 16:8, 16:16, 20:20, 40:19, 147:15, 148:11, 148:20, 179:19
**conducted** [7] - 77:6, 103:11, 103:19, 105:9, 105:11, 147:19, 153:2
**conducting** [3] - 149:10, 149:18, 155:5
**confer** [2] - 29:2, 69:25
**conference** [1] - 159:15
**confident** [1] - 13:19
**confirm** [1] - 127:16
**confirmed** [2] - 171:2, 172:15
**confirms** [3] - 44:22, 125:1, 170:16
**conflict** [1] - 170:17
**conflicted** [1] - 30:18
**conformity** [3] - 20:5, 20:23, 150:19
**confounded** [1] - 55:23
**confuse** [1] - 92:13
**confused** [1] - 55:20
**confusing** [1] - 58:21
**conjunction** [1] - 152:14
**connected** [1] - 177:13
**consider** [4] - 31:19, 69:16, 175:7, 175:11
**considered** [4] - 108:15, 108:19, 133:5, 133:7
**consistent** [2] - 42:24, 62:18
**constitute** [4] - 14:13, 16:7, 18:19, 66:12
**constituted** [1] - 14:24
**constitutes** [2] - 17:6, 66:18
**Constitution** [3] - 37:3, 47:16, 50:12
**constitution** [2] - 47:17, 66:16
**constitutional** [24] - 18:17, 18:19, 20:15, 26:19, 39:23, 40:7, 47:7, 47:14, 49:18, 50:10, 50:19, 50:22, 50:23, 50:24, 51:6, 57:13, 61:16, 61:17, 61:21, 63:19, 63:20, 121:18, 181:17, 182:5
**consult** [1] - 30:25
**consultant** [1] - 75:14
**consulted** [1] - 118:7
**contact** [3] - 71:9, 71:14, 71:17
**contained** [1] - 94:7
**contemplate** [3] - 36:16, 36:18, 36:19
**contemplated** [2] - 17:11, 36:15
**contemplation** [1] - 20:8
**contest** [9] - 57:10, 120:11, 120:12, 121:1, 124:16, 125:1, 146:6, 146:13, 174:14
**contested** [9] - 13:1, 56:17, 82:21, 83:4, 142:11, 142:17, 142:19, 142:23, 178:24
**contesting** [1] - 124:25
**context** [3] - 48:1, 59:23, 179:5
**continue** [1] - 89:20
**continued** [1] - 76:14
**continuing** [1] - 53:19
**contract** [19] - 14:14, 19:23, 20:9, 20:12, 40:2, 48:16, 59:15, 61:18, 61:25, 62:3, 62:4, 62:6, 62:12, 63:18, 63:24, 66:18, 174:5, 181:8, 182:18
**contracts** [6] - 19:17, 19:18, 57:15, 57:18, 68:20, 174:8
**contractual** [5] - 14:10, 20:2, 20:5, 66:13, 174:4
**contractual-type** [1] - 174:4
**controls** [1] - 109:1
**controversy** [4] - 40:14, 63:12, 64:5, 64:7
**Convention** [3] - 3:14, 43:16, 92:17
**convention** [88] - 11:20, 16:4, 16:6, 16:12, 16:18, 24:4, 27:22, 36:8, 36:17, 37:14, 37:16, 38:4, 38:6, 38:9, 38:23, 39:19, 43:20, 44:2, 44:3, 50:4, 50:9, 55:9, 63:7, 63:14, 79:13, 82:12, 82:16, 90:18, 92:7, 92:16, 93:5, 93:18, 95:19,
**convention's** [1] - 93:19
**conventions** [2] - 40:11, 170:20
**converting** [1] - 17:6
**convinced** [4] - 179:1, 179:3, 181:11, 182:6
**cooked** [1] - 157:5
**copied** [1] - 124:14
**copies** [2] - 72:15, 130:7
**copy** [5] - 42:18, 52:11, 98:3, 133:11, 185:23
**copying** [1] - 120:23
**Corporation** [5] - 17:15, 45:5, 45:7, 45:10, 182:3
**corporation** [5] - 17:17, 17:18, 59:20, 60:6, 60:10
**corporation's** [1] - 17:20
**Corporations** [1] - 182:19
**correct** [75] - 6:3, 7:4, 8:8, 10:12, 28:18, 29:20, 46:11, 54:1, 68:21, 79:15, 84:6, 87:14, 88:2, 90:6, 91:23, 94:13, 96:17, 96:22, 97:5, 97:9, 99:24, 100:2, 100:13, 101:19,
**100**:24, 103:8, 103:17, 104:9, 104:19, 104:20, 105:8, 106:4, 106:7, 109:13, 109:15, 110:14, 112:10, 113:24, 117:4, 119:23, 120:7, 120:13, 120:14, 120:16, 120:19, 121:6, 124:13, 124:25, 126:5, 129:11, 129:14, 129:21, 129:23, 129:24, 130:3, 133:16, 140:6, 140:13, 140:17, 140:18, 140:21, 140:23, 140:25, 141:4, 141:21, 142:8, 142:21, 145:5, 146:12, 149:11, 149:19, 150:12, 154:3, 154:21, 161:2, 171:16, 172:11

5

105:4, 106:4, 106:13, 108:9, 109:8, 109:15, 109:16, 110:6, 110:8, 110:16, 110:21, 113:10, 113:11, 113:15, 113:25, 114:4, 115:7, 115:11, 115:12, 115:14, 117:10, 117:11, 131:10, 141:9, 141:21, 141:24, 142:3, 142:9, 143:3, 143:4, 143:12, 143:13, 143:18, 143:19, 143:22, 144:3, 144:4, 144:7, 145:2, 145:7, 145:8, 146:5, 146:8, 146:21, 147:15, 148:13, 150:15, 151:6, 155:19, 156:5, 176:21

**corrected** [1] - 94:14

**correctly** [8] - 95:17, 98:16, 101:1, 110:7, 146:10, 152:24, 180:17, 187:12

**correspondences** [1] - 167:4

**cost** [1] - 92:1

**cost-cutting** [1] - 92:1

**Council** [1] - 11:14

**Counsel** [6] - 43:19, 52:9, 130:7, 170:5, 172:2, 184:4

**counsel** [9] - 4:17, 4:24, 10:3, 28:21, 28:24, 36:22, 55:14, 71:19, 149:3

**count** [8] - 40:2, 40:3, 151:8, 168:18, 168:24, 174:3, 182:18

**Count** [6] - 174:5, 182:15, 182:17, 182:18, 182:19, 182:23

**counted** [2] - 38:11, 151:24

**counter** [1] - 166:11

**counties** [8] - 37:19, 54:14, 54:18, 54:20, 55:5, 55:17, 176:14, 177:14

**counting** [4] - 148:13, 148:22, 154:9, 179:21

**counts** [5] - 40:1,

74:18, 182:16, 183:4, 183:7

**Counts** [1] - 182:25

**county** [2] - 43:12, 73:10

**COUNTY** [1] - 187:2

**County** [11] - 14:14, 48:5, 48:11, 66:6, 66:9, 67:3, 67:12, 68:2, 68:9, 76:20, 164:20

**couple** [8] - 21:10, 23:4, 30:14, 30:22, 91:1, 130:10, 176:4, 182:16

**course** [7] - 35:2, 38:18, 51:14, 53:12, 149:21, 178:7, 183:4

**coursework** [1] - 75:10

**COURT** [172] - 1:1, 4:4, 4:23, 5:3, 5:9, 5:18, 5:24, 6:4, 6:12, 6:22, 6:25, 7:7, 7:12, 7:17, 8:2, 8:6, 8:9, 8:12, 8:17, 8:20, 8:25, 9:4, 9:10, 9:18, 9:22, 9:25, 10:7, 10:9, 10:14, 10:19, 10:22, 21:10, 21:13, 22:14, 22:17, 23:10, 24:24, 25:5, 25:9, 27:12, 27:14, 27:23, 28:19, 28:21, 29:2, 29:13, 29:22, 30:3, 31:6, 31:8, 31:10, 33:21, 34:5, 34:9, 34:12, 34:17, 34:20, 45:13, 47:6, 47:14, 48:22, 49:24, 51:15, 51:17, 51:20, 52:20, 56:7, 56:9, 57:7, 59:10, 59:25, 60:9, 60:13, 60:16, 61:20, 62:21, 62:25, 64:13, 66:3, 66:21, 67:11, 67:15, 67:18, 67:21, 68:2, 68:11, 68:19, 68:22, 69:9, 69:24, 70:13, 70:18, 70:21, 70:24, 73:24, 74:1, 74:3, 74:8, 74:14, 74:20, 75:24, 78:17, 83:14, 85:23, 85:25, 91:3, 91:13, 92:25, 95:10, 98:1, 111:2, 111:9, 111:13, 115:18, 115:21, 117:18, 117:22, 118:1, 118:13,

118:17, 118:23, 119:8, 128:20, 129:4, 130:9, 130:24, 131:2, 131:7, 131:11, 132:22, 134:4, 135:3, 135:5, 135:11, 135:14, 136:11, 136:15, 137:2, 139:15, 139:18, 139:23, 157:24, 158:3, 159:10, 159:13, 159:16, 159:24, 160:2, 160:8, 160:16, 162:16, 162:19, 162:24, 163:3, 163:8, 163:11, 163:18, 170:2, 173:5, 173:22, 174:18, 184:15, 184:18, 184:21, 185:6, 185:11, 185:18, 186:2, 186:5, 186:11, 186:14, 186:17

**court** [41] - 9:18, 13:14, 22:11, 25:10, 25:23, 26:1, 26:3, 26:4, 26:20, 27:10, 28:3, 28:17, 29:7, 35:11, 37:1, 38:15, 41:15, 46:4, 49:9, 53:9, 53:12, 53:25, 54:2, 56:12, 61:2, 61:11, 65:2, 67:19, 68:16, 72:20, 72:22, 73:9, 164:12, 164:21, 173:17, 179:8, 181:2, 181:6, 185:2, 185:18

**Court** [111] - 4:11, 6:18, 9:3, 9:7, 9:15, 10:25, 21:9, 24:15, 27:4, 31:13, 31:19, 35:8, 35:13, 36:23, 38:15, 39:7, 39:8, 39:13, 39:17, 39:18, 40:6, 40:8, 40:13, 40:15, 41:14, 45:12, 46:4, 46:14, 46:20, 48:6, 52:13, 53:2, 53:4, 53:5, 53:14, 53:18, 53:19, 53:21, 54:5, 54:6, 54:8, 55:8, 56:5, 61:10, 63:8, 64:4, 64:6, 65:25, 67:12, 67:21, 67:22, 69:5, 69:23, 71:3, 71:9, 71:18,

71:23, 71:24, 72:2, 72:4, 72:6, 72:21, 75:3, 77:15, 86:18, 88:12, 119:12, 129:25, 130:8, 137:14, 139:8, 139:9, 147:14, 147:16, 148:10, 148:17, 151:15, 152:4, 152:9, 152:13, 152:17, 152:18, 153:1, 153:4, 153:11, 153:19, 153:22, 154:10, 156:3, 156:8, 160:19, 161:24, 165:1, 169:18, 170:12, 171:3, 171:7, 171:12, 171:13, 172:7, 172:22, 173:15, 174:25, 175:11, 179:12, 179:13, 179:15, 180:19, 187:20

**Court's** [5] - 8:5, 35:23, 40:12, 72:9, 73:11

**courtesy** [1] - 52:12

**courtroom** [8] - 6:10, 6:17, 6:20, 7:3, 7:19, 8:7, 132:16, 184:8

**courts** [12] - 39:6, 47:2, 47:23, 48:4, 57:2, 57:14, 57:17, 61:2, 61:14, 71:25, 127:2, 174:7

**covered** [1] - 136:3

**covers** [1] - 166:3

**create** [1] - 102:23

**creates** [1] - 180:4

**credential** [1] - 58:2

**credentialed** [13] - 16:17, 16:20, 16:25, 58:12, 93:21, 94:3, 94:15, 125:24, 138:15, 138:20, 139:1, 159:7, 166:21

**credentialing** [3] - 86:13, 94:9, 138:17

**credentials** [3] - 65:13, 93:19, 166:18

**critical** [2] - 58:1, 169:7

**cross** [2] - 29:1, 75:14

**CROSS** [2] - 95:13, 140:1

**Cross** [2] - 3:5, 3:9

**cross-cultural** [1] - 75:14

**Cross-Examination** [2] - 3:5, 3:9

**cross-examination** [1] - 29:1

**CROSS-EXAMINATION** [2] - 95:13, 140:1

**crowd** [1] - 58:17

**CRR** [2] - 2:24, 187:20

**CSR** [1] - 2:24

**CSR-6610** [1] - 187:20

**cultural** [1] - 75:14

**cumulative** [1] - 137:11

**current** [2] - 75:12, 103:14

**curriculum** [1] - 75:11

**Curtis** [1] - 48:7

**cut** [1] - 67:16

**cutting** [1] - 92:1

## D

**damages** [2] - 18:1, 18:2

**Daren** [3] - 14:15, 66:7, 67:4

**data** [49] - 16:21, 17:5, 17:9, 17:10, 17:11, 94:5, 94:6, 94:17, 95:2, 95:5, 95:6, 121:3, 122:4, 123:22, 123:24, 124:1, 124:3, 124:6, 124:17, 125:10, 125:11, 125:12, 125:13, 128:16, 135:10, 137:17, 138:14, 138:24, 139:2, 148:4, 148:5, 153:6, 154:18, 155:3, 157:7, 158:12, 159:1, 164:2, 166:25, 167:6, 167:13, 168:18, 168:24, 169:16

**date** [4] - 29:19, 112:11, 142:20, 187:14

**days** [16] - 13:10, 30:23, 31:21, 41:4, 54:15, 56:24, 65:7, 103:15, 103:17, 112:8, 113:23, 122:19, 127:15, 128:8, 168:3

**deadline** [2] - 13:12, 55:11

**dealing** [2] - 21:5,

30:17
**deceive** [1] - 108:21
**December** [1] - 75:19
**decide** [1] - 139:20
**decided** [4] - 56:16, 67:10, 147:5, 169:17
**decides** [1] - 153:4
**decimal** [1] - 89:2
**decision** [6] - 31:1, 39:18, 44:10, 69:11, 171:5, 178:8
**decisions** [2] - 171:3, 171:4
**declaration** [7] - 6:15, 69:18, 97:17, 98:4, 98:8, 170:8, 170:12
**declaratory** [7] - 40:1, 53:8, 57:19, 57:20, 174:4, 181:9, 182:17
**declare** [3] - 156:4, 156:9, 156:16
**declared** [1] - 156:20
**declaring** [1] - 156:7
**decline** [1] - 153:22
**declined** [1] - 48:19
**declines** [2] - 153:11, 154:10
**deems** [1] - 169:19
**deeply** [1] - 126:9
**default** [1] - 104:24
**defendant** [2] - 11:18, 148:19
**Defendant** [17] - 2:1, 5:13, 5:20, 16:18, 16:21, 17:4, 20:19, 20:20, 20:23, 20:25, 61:4, 148:20, 179:17, 179:19, 179:24, 179:25, 183:17
**Defendants** [6] - 1:11, 1:21, 5:7, 16:1, 16:15, 34:25
**defendants** [3] - 18:23, 148:18
**defendants'** [2] - 8:22, 97:18
**defense** [2] - 70:1, 163:15
**defer** [1] - 184:4
**define** [1] - 109:22
**defined** [1] - 97:2
**defines** [1] - 96:14
**defining** [1] - 77:19
**definitely** [4] - 16:14, 31:2, 58:11, 158:24
**definition** [10] - 42:19, 43:1, 43:7, 43:9, 100:11, 100:17, 108:11, 108:12,

109:1, 170:24
**definitions** [1] - 42:20
**degree** [4] - 18:3, 75:8, 75:9, 119:21
**delay** [5] - 55:7, 55:13, 55:25, 56:22, 167:3
**delayed** [1] - 55:17
**delegates** [9] - 12:7, 43:3, 43:13, 43:15, 48:12, 80:22, 80:25, 93:14, 96:3
**deliver** [1] - 125:7
**delivered** [1] - 17:19
**demand** [1] - 168:14
**demands** [1] - 167:21
**democracy** [2] - 113:2, 163:25
**democratic** [2] - 43:16, 111:23
**DEMOCRATIC** [1] - 1:7
**Democratic** [71] - 1:8, 4:6, 5:8, 11:9, 11:19, 12:20, 15:8, 21:16, 21:25, 22:20, 22:24, 25:16, 26:16, 34:25, 35:25, 39:1, 42:5, 43:15, 45:18, 56:1, 75:17, 76:12, 76:20, 76:23, 78:4, 78:22, 81:5, 85:7, 85:19, 90:10, 91:17, 94:20, 94:23, 97:15, 98:25, 99:12, 102:16, 102:21, 107:2, 112:17, 113:19, 116:15, 117:13, 121:8, 122:25, 124:2, 127:7, 128:4, 128:5, 138:7, 139:10, 141:16, 144:10, 144:12, 144:14, 158:14, 158:20, 160:24, 164:9, 164:11, 164:13, 165:12, 166:5, 170:9, 177:9, 177:11, 178:5, 178:18, 179:24, 182:12
**demonstrate** [7] - 17:25, 29:10, 62:16, 65:16, 130:2, 133:6, 165:24
**demonstration** [1] - 175:13
**demonstrative** [2] - 133:5, 133:9
**Dems** [2] - 102:18, 114:20

**denied** [3] - 4:12, 4:14, 184:13
**Denise** [3] - 12:2, 84:5, 102:2
**deny** [3] - 173:3, 173:20, 176:2
**denying** [1] - 127:17
**Department** [1] - 2:2
**describe** [1] - 135:23
**described** [3] - 12:9, 15:11, 118:9
**describing** [1] - 12:18
**deserves** [1] - 171:15
**designation** [1] - 59:18
**desk** [2] - 74:16, 119:2
**despite** [1] - 48:15
**detail** [2] - 49:19, 75:20
**details** [6] - 30:16, 82:9, 103:18, 103:20, 112:2, 112:13
**determination** [1] - 27:20
**determinative** [1] - 26:24
**determine** [5] - 24:20, 31:1, 79:1, 98:14, 102:9
**determined** [4] - 11:13, 18:2, 27:4, 88:15
**determining** [2] - 39:20, 86:6
**develop** [1] - 102:22
**device** [1] - 130:17
**difference** [5] - 16:24, 58:6, 58:8, 60:13, 94:19
**different** [18] - 11:17, 30:19, 72:19, 74:17, 75:20, 81:6, 81:24, 81:25, 82:25, 83:2, 83:10, 117:9, 141:19, 154:21, 154:24, 166:1, 166:22, 185:12
**differently** [2] - 142:2, 172:10
**Diggs** [6] - 12:2, 18:6, 58:9, 84:5, 102:2, 105:21
**dilute** [1] - 33:1
**direct** [4] - 61:22, 89:7, 93:3, 143:6
**Direct** [3] - 3:4, 3:7, 3:8
**DIRECT** [3] - 75:4, 119:13, 160:20

**directed** [2] - 146:3, 152:23
**directions** [1] - 74:17
**directive** [1] - 77:4
**directly** [5] - 37:7, 67:1, 73:2, 90:13, 140:16
**director** [4] - 42:4, 97:14, 146:1, 170:8
**disagree** [5] - 98:18, 144:16, 144:20, 145:1, 145:3
**disagreement** [3] - 170:18, 170:21, 170:23
**disagrees** [1] - 53:22
**disappeared** [1] - 145:19
**disappointed** [1] - 127:1
**disappointing** [1] - 127:20
**disclosing** [1] - 7:23
**disclosure** [1] - 22:4
**discovery** [1] - 60:25
**discrepancies** [1] - 125:15
**discrepancy** [1] - 166:18
**discretely** [1] - 130:14
**discuss** [1] - 131:13
**discussed** [5] - 12:13, 82:7, 87:9, 118:10, 132:5
**discussing** [1] - 48:14
**discussion** [9] - 23:15, 26:6, 48:3, 107:16, 118:2, 158:8, 159:17, 167:1, 174:10
**disenfranchised** [2] - 123:17, 167:18
**disillusioned** [2] - 123:17, 169:11
**disk** [2] - 129:23, 133:7
**dismiss** [5] - 53:21, 54:3, 54:6, 173:19, 183:11
**dismissed** [2] - 48:20, 184:14
**dispel** [1] - 71:13
**disposal** [1] - 117:5
**dispute** [10] - 35:12, 38:25, 39:14, 40:11, 45:20, 48:17, 63:13, 64:3, 111:8, 164:10
**disputes** [5] - 39:21, 64:2, 171:2, 171:8, 171:10

**disrespect** [1] - 31:8
**disseminated** [1] - 165:10
**dissension** [1] - 49:25
**dissent** [3] - 48:24, 49:23, 50:1
**dissenting** [1] - 49:11
**disservice** [1] - 167:16
**distinguishing** [1] - 79:23
**distress** [1] - 123:20
**district** [2] - 43:12, 125:18
**divide** [3] - 81:23, 88:24, 88:25
**DIVISION** [1] - 1:2
**division** [1] - 85:2
**doable** [1] - 21:7
**docket** [1] - 30:1
**doctrine** [3] - 54:10, 57:2, 61:14
**document** [15] - 77:5, 77:11, 80:11, 82:4, 83:17, 86:17, 103:6, 104:2, 114:6, 116:11, 116:18, 130:6, 138:9, 161:24, 177:17
**documentation** [1] - 104:8
**documented** [1] - 166:20
**documents** [3] - 71:16, 130:12, 130:13
**done** [24] - 31:17, 31:25, 54:22, 62:17, 65:15, 92:20, 99:3, 109:18, 115:23, 123:13, 126:21, 132:7, 137:21, 137:22, 145:14, 145:17, 153:9, 153:15, 154:16, 155:6, 171:23, 172:1, 172:5, 180:16
**door** [1] - 162:4
**doubt** [4] - 133:13, 133:19, 133:20, 165:4
**down** [7] - 80:12, 117:19, 119:1, 123:10, 126:17, 159:11, 162:20
**DPV** [4] - 77:2, 77:4, 77:10, 78:1
**draft** [1] - 184:5
**drafted** [1] - 183:24
**draw** [1] - 177:20
**drive** [1] - 131:8

**DSCC** [3] - 16:5, 16:8, 16:11
**due** [1] - 29:15
**during** [9] - 8:14, 38:22, 79:12, 106:6, 116:1, 118:14, 169:7, 170:19, 172:15
**duty** [2] - 54:12, 54:15

# E

**early** [3] - 52:2, 125:25, 126:6
**ease** [1] - 135:12
**East** [1] - 1:22
**Education** [2] - 142:14, 171:20
**effect** [2] - 37:4, 146:11
**effective** [4] - 125:8, 146:22, 152:16, 155:25
**effectively** [5] - 17:6, 36:21, 36:24, 94:11, 158:21
**efforts** [1] - 135:17
**eight** [8] - 76:16, 77:13, 77:18, 89:5, 89:6, 89:9, 108:2, 108:5
**either** [14] - 11:14, 28:16, 40:9, 52:23, 71:6, 71:7, 71:14, 79:14, 84:8, 115:6, 117:7, 120:19, 154:25, 181:14
**ELDRIDGE** [62] - 1:21, 5:5, 8:4, 8:8, 8:24, 9:23, 10:1, 10:8, 10:12, 28:23, 34:4, 34:6, 34:22, 46:21, 47:8, 47:15, 49:23, 50:1, 51:16, 63:1, 67:5, 68:15, 68:21, 70:10, 70:19, 73:25, 85:21, 91:2, 91:5, 91:10, 95:12, 95:14, 97:24, 98:2, 101:14, 101:16, 110:25, 115:15, 118:8, 129:1, 129:7, 131:12, 132:8, 133:12, 133:17, 134:5, 139:17, 139:24, 140:2, 149:3, 149:7, 149:8, 157:22, 162:17, 163:6, 170:4, 184:16, 185:17,
185:21, 185:25, 186:3, 186:12
**Eldridge** [42] - 3:5, 3:9, 5:3, 5:7, 8:2, 8:22, 9:25, 10:11, 33:24, 34:5, 34:20, 34:24, 45:13, 51:15, 52:12, 59:11, 59:16, 60:18, 62:25, 68:13, 70:4, 73:24, 91:4, 95:11, 111:2, 118:1, 127:23, 129:6, 130:10, 130:19, 131:11, 139:16, 139:23, 159:18, 162:16, 163:3, 170:3, 173:5, 180:2, 184:15, 185:11, 186:11
**Eldridge's** [1] - 55:19
**eldridge@ millercanfield.com** [1] - 1:24
**elect** [7] - 11:22, 80:2, 80:7, 80:21, 80:24, 84:20, 84:22
**elected** [7] - 43:12, 89:14, 96:9, 96:16, 99:2, 142:7, 143:1
**electing** [3] - 43:2, 81:20, 98:23
**election** [49] - 14:23, 15:8, 18:5, 18:12, 30:17, 44:19, 47:10, 47:13, 54:13, 54:16, 61:21, 61:23, 71:4, 72:2, 72:8, 72:11, 80:19, 82:10, 83:20, 83:22, 85:12, 85:18, 90:10, 93:21, 96:16, 98:15, 99:10, 99:23, 100:20, 103:19, 107:18, 107:19, 112:3, 112:14, 113:7, 114:1, 116:14, 126:2, 127:6, 128:13, 142:20, 147:2, 158:14, 168:6, 169:5, 169:6, 172:9, 176:12, 182:4
**Election** [1] - 40:5
**election-related** [4] - 71:4, 72:2, 72:8, 72:11
**elections** [25] - 77:6, 77:12, 77:19, 77:23, 78:4, 78:5, 78:7, 78:22, 90:14, 91:17, 94:23, 103:22,
104:1, 104:5, 117:1, 124:17, 125:6, 126:17, 144:9, 147:1, 147:3, 150:20, 181:16
**electoral** [1] - 128:14
**electorate** [2] - 82:2, 84:25
**electronic** [3] - 91:18, 124:8, 130:17
**element** [4] - 14:8, 14:18, 17:21, 18:21
**elements** [6] - 13:23, 60:3, 77:20, 175:9, 175:11, 175:24
**elicited** [1] - 135:8
**eligible** [1] - 58:5
**eliminate** [1] - 15:21
**eliminating** [1] - 77:22
**email** [6] - 5:23, 52:14, 120:22, 124:18, 124:23, 146:9
**emailed** [6] - 16:22, 123:19, 124:14, 126:6, 126:25, 154:22
**emails** [5] - 52:14, 59:2, 167:4, 167:7, 167:8
**emergency** [11] - 4:10, 4:12, 4:15, 25:12, 29:24, 45:19, 45:24, 46:16, 47:25, 52:4, 176:2
**emerging** [1] - 39:14
**employ** [3] - 141:24, 141:25, 142:5
**employed** [1] - 109:15
**end** [22] - 35:13, 38:21, 40:25, 41:1, 41:16, 43:17, 50:18, 51:8, 55:25, 60:21, 98:15, 99:23, 100:19, 115:9, 117:4, 117:12, 135:1, 148:25, 150:20, 154:1, 156:7, 157:1
**endorse** [1] - 44:11
**endorsed** [1] - 117:14
**endorsement** [1] - 44:8
**endorses** [1] - 165:12
**enforce** [4] - 20:12, 57:19, 65:1, 174:8
**enforceable** [2] - 57:15, 57:18
**enforced** [2] - 65:25, 66:2
**enforcement** [2] -
19:18, 64:16
**engage** [1] - 161:11
**engaging** [1] - 73:2
**enjoin** [3] - 148:18, 154:10, 183:16
**ensure** [10] - 19:9, 41:10, 62:2, 62:3, 62:8, 66:1, 80:11, 81:2, 159:1, 164:4
**ensuring** [4] - 20:1, 20:3, 38:19, 159:3
**entails** [1] - 40:17
**enter** [3] - 19:17, 35:14, 53:15
**entered** [4] - 72:15, 142:18, 155:12, 183:22
**entertain** [1] - 73:17
**entertained** [1] - 20:7
**entice** [1] - 65:22
**entire** [3] - 58:18, 64:15, 80:11
**entirely** [1] - 42:23
**entirety** [1] - 173:3
**entities** [4] - 72:19, 72:20, 73:4, 174:8
**entitled** [3] - 4:15, 16:20, 45:4
**entity** [7] - 14:11, 45:6, 60:5, 66:13, 66:17, 66:19
**equipped** [1] - 174:7
**equitable** [5] - 22:18, 29:18, 31:12, 53:9, 53:12
**eradicated** [1] - 64:17
**erase** [1] - 32:8
**ERIK** [1] - 2:1
**Erik** [1] - 5:16
**error** [1] - 94:13
**errors** [1] - 41:9
**escalated** [1] - 59:6
**escape** [1] - 65:21
**especially** [5] - 54:23, 61:15, 123:16, 127:5, 169:7
**essence** [4] - 38:24, 48:17, 49:12, 159:1
**essentially** [11] - 13:13, 32:18, 32:20, 49:15, 118:4, 125:5, 130:4, 151:3, 167:18, 181:23
**establish** [4] - 17:10, 17:24, 64:19, 65:9
**established** [1] - 165:3
**et** [5] - 4:5, 68:7, 72:16, 80:8, 89:10
**ethnic** [1] - 81:14
**evading** [1] - 57:1
**evaluate** [1] - 31:15
**eve** [1] - 55:11
**evening** [1] - 13:2
**event** [2] - 28:9, 49:9
**events** [1] - 65:3
**everywhere** [2] - 116:5, 116:7
**evidence** [9] - 6:6, 133:5, 133:8, 133:9, 136:25, 166:11, 166:19, 177:17, 185:13
**evidenced** [1] - 171:20
**ex** [1] - 36:4
**exacerbate** [1] - 123:18
**exact** [1] - 48:14
**exactly** [16] - 28:8, 47:8, 81:7, 90:11, 93:10, 106:11, 106:14, 108:1, 129:3
**EXAMINATION** [7] - 75:4, 95:13, 111:15, 119:13, 140:1, 158:6, 160:20
**Examination** [7] - 3:4, 3:5, 3:5, 3:7, 3:8, 3:9, 3:9
**examination** [2] - 29:1, 158:4
**examined** [1] - 41:10
**example** [48] - 47:11, 61:22, 80:15, 80:23, 84:24, 96:18, 100:18, 136:18
**examples** [15] - 43:12, 96:24, 97:1, 97:4, 97:6, 97:8, 108:12, 108:13, 108:23, 143:24, 144:1, 144:2, 144:6, 144:8
**excellent** [1] - 186:18
**except** [3] - 15:22, 99:18, 125:6
**exception** [1] - 72:5
**exceptional** [1] - 172:6
**exchanges** [1] - 63:3
**exclude** [2] - 165:22, 181:4
**excluded** [1] - 7:2
**exclusion** [1] - 165:13
**exclusive** [3] - 35:10, 53:13, 173:16
**exclusively** [1] - 85:12
**exculpation** [1] - 99:5
**excused** [4] - 7:18, 117:21, 159:12, 162:23

**executive** [5] - 42:4, 43:13, 97:14, 146:1, 170:8
**Executive** [4] - 14:15, 66:7, 67:3, 76:17
**exercise** [5] - 13:12, 40:25, 63:15, 64:12, 167:24
**exhaust** [1] - 57:4
**exhaustive** [2] - 108:24, 144:5
**Exhibit** [38] - 3:14, 3:14, 7:16, 12:3, 12:10, 12:15, 12:23, 13:3, 14:9, 15:2, 15:7, 16:9, 17:1, 41:3, 42:6, 42:15, 42:17, 42:22, 78:11, 78:13, 78:20, 78:21, 82:6, 83:16, 85:19, 86:20, 90:9, 93:2, 114:8, 130:23, 131:1, 131:4, 131:6, 131:17, 136:18, 137:1, 137:9, 165:4
**exhibit** [5] - 78:10, 101:11, 132:24, 137:3, 171:20
**Exhibits** [2] - 13:9, 185:1
**EXHIBITS** [1] - 3:13
**exhibits** [5] - 30:8, 130:14, 139:21, 146:10, 187:12
**expected** [1] - 17:12
**expedite** [8] - 20:25, 36:11, 40:20, 115:19, 115:20, 152:5, 180:1, 180:6
**expedited** [6] - 24:20, 26:23, 36:19, 51:11, 127:12, 127:17
**expense** [3] - 32:23, 33:12, 168:10
**experience** [6] - 76:11, 82:15, 84:9, 88:5, 143:5, 143:6
**expert** [1] - 42:2
**explain** [14] - 42:20, 42:21, 43:19, 77:15, 77:17, 88:20, 94:19, 98:25, 122:14, 122:22, 128:25, 158:17, 161:13, 161:21
**explained** [5] - 13:13, 88:20, 145:18, 146:7, 157:3
**explaining** [2] - 77:20, 161:10

**explains** [1] - 42:7
**explanation** [4] - 55:13, 80:16, 89:4, 123:11
**explicitly** [2] - 112:23, 168:20
**exposed** [1] - 168:11
**express** [2] - 51:24, 133:21
**expressing** [1] - 133:10
**expression** [1] - 136:22
**expressly** [1] - 43:9
**extent** [5] - 32:3, 45:2, 134:18, 173:11, 182:7
**extra** [4] - 126:9, 138:9, 138:22, 153:7
**extract** [2] - 91:22, 109:17
**extraordinary** [2] - 37:1, 172:25

### F

**face** [1] - 157:15
**fact** [18] - 12:17, 41:2, 49:18, 50:20, 58:14, 60:18, 65:11, 80:10, 83:24, 86:8, 94:25, 99:3, 117:14, 127:23, 164:5, 173:15, 177:1, 177:23
**faction** [1] - 39:14
**factions** [2] - 81:24, 81:25
**factors** [2] - 175:7, 175:8
**facts** [1] - 30:24
**factual** [1] - 170:10
**failed** [2] - 16:2, 43:19
**failure** [2] - 14:13, 46:12
**fair** [6] - 27:14, 121:20, 122:15, 147:3, 185:17, 186:2
**faith** [3] - 126:16, 169:5, 169:6
**fall** [3] - 36:8, 37:14, 170:19
**fans** [2] - 133:25, 134:25
**far** [8] - 10:13, 19:2, 24:3, 89:19, 95:2, 107:7, 130:12, 136:21
**fast** [2] - 29:23, 119:23
**fast-track** [1] - 119:23

**fatal** [1] - 176:6
**favor** [3] - 20:16, 23:22, 41:17
**favors** [1] - 14:7
**federal** [2] - 47:17, 171:4
**few** [7] - 26:7, 69:13, 69:14, 69:22, 161:16, 163:22, 164:9
**fifth** [2] - 17:13, 149:16
**fight** [2] - 48:10, 161:16
**figure** [1] - 126:17
**figured** [1] - 91:25
**file** [11] - 10:2, 16:21, 24:14, 30:13, 106:19, 125:3, 146:4, 146:7, 146:14, 146:18, 183:1
**filed** [23] - 10:4, 10:10, 10:11, 10:13, 10:16, 10:18, 11:8, 13:8, 29:22, 30:10, 36:22, 38:8, 41:15, 43:24, 47:25, 55:10, 56:15, 56:19, 57:19, 60:23, 106:16, 148:7, 175:4
**filing** [4] - 27:10, 31:4, 32:7, 55:16
**fill** [1] - 12:8
**filled** [2] - 58:19, 89:19
**final** [9] - 11:12, 30:10, 88:5, 88:7, 137:14, 139:1, 155:2, 163:5, 166:22
**finalization** [3] - 23:1, 46:1, 152:15
**finalize** [5] - 25:2, 28:12, 30:6, 40:23, 127:11
**finalized** [2] - 11:7, 13:5
**finalizes** [1] - 154:11
**finalizing** [7] - 13:17, 19:1, 22:7, 23:20, 25:19, 26:13, 153:25
**finally** [4] - 19:13, 45:1, 169:23, 174:9
**fine** [3] - 136:6, 137:7, 184:19
**finish** [1] - 96:19
**first** [36] - 7:1, 7:2, 7:5, 10:24, 14:21, 21:13, 23:6, 25:12, 35:18, 50:10, 51:24, 52:5, 59:8, 60:1, 68:22, 74:7, 74:21, 74:24,

81:9, 86:17, 88:23, 91:18, 97:2, 97:4, 98:10, 98:21, 111:25, 121:2, 135:18, 147:18, 155:20, 156:19, 160:12, 170:5, 174:20, 184:10
**First** [2] - 37:2, 47:3
**fit** [1] - 169:19
**five** [6] - 14:19, 76:25, 80:25, 85:1, 85:2, 98:7
**flash** [1] - 131:8
**flaw** [1] - 167:23
**flawed** [1] - 18:8
**Floor** [1] - 2:3
**floor** [2] - 58:4, 135:22
**flyer** [1] - 116:6
**focus** [6] - 161:7, 176:17, 176:23, 176:24, 178:16, 178:20
**focusing** [2] - 21:13, 62:12
**folks** [2] - 58:12, 133:4
**follow** [22] - 8:5, 8:19, 13:15, 22:1, 46:12, 53:22, 137:16, 137:19, 147:16, 149:21, 150:4, 151:4, 151:8, 151:15, 153:1, 154:17, 154:25, 156:19, 158:8, 164:3, 180:12, 181:18
**followed** [10] - 21:25, 38:22, 46:6, 46:24, 64:20, 65:24, 100:3, 138:3, 156:6, 174:3
**following** [11] - 7:6, 7:25, 57:22, 73:4, 93:13, 95:25, 99:16, 117:2, 117:3, 154:22, 159:2
**follows** [5] - 75:3, 93:4, 119:12, 148:18, 160:19
**FOR** [1] - 1:13
**for-profit** [1] - 60:12
**forced** [1] - 168:9
**forefront** [1] - 25:22
**foregoing** [1] - 187:7
**foregone** [1] - 163:22
**forget** [2] - 51:8, 59:25
**form** [5] - 91:5, 91:7, 107:18, 163:25, 181:9
**formal** [3] - 13:8,

134:19, 146:3
**formalities** [1] - 8:19
**formed** [2] - 45:6, 170:10
**formula** [1] - 125:20
**forth** [3] - 16:10, 30:9, 158:10
**forthcoming** [1] - 15:24
**forthright** [1] - 148:2
**forthwith** [1] - 183:22
**forum** [1] - 39:20
**forward** [3] - 18:5, 153:24, 153:25
**foundation** [1] - 85:22
**foundational** [1] - 129:5
**four** [14] - 14:5, 76:10, 76:16, 76:17, 76:19, 76:23, 86:22, 86:23, 87:2, 87:5, 87:6, 87:8, 87:9, 149:14, 170:14
**fourth** [1] - 17:3
**fractional** [3] - 89:22, 89:24, 89:25
**frankly** [1] - 48:5
**free** [3] - 39:22, 118:25
**freely** [2] - 19:17, 62:3
**front** [3] - 108:4, 120:15, 149:1
**frustrating** [1] - 127:19
**frustration** [1] - 181:20
**frustrations** [1] - 51:25
**fulfilling** [1] - 37:25
**full** [12] - 20:20, 69:10, 74:21, 112:2, 112:3, 112:13, 119:3, 119:5, 148:11, 148:21, 160:11, 179:19
**fully** [5] - 31:15, 69:11, 103:12, 112:6, 112:21
**function** [1] - 39:22
**functions** [1] - 78:9
**fundamental** [2] - 49:17, 84:16
**futility** [4] - 13:12, 63:16, 64:12, 167:24
**future** [1] - 168:4

### G

**gain** [1] - 80:14
**gallery** [2] - 7:13, 132:16

**gathering** [1] - 91:25
**General** [3] - 2:2, 5:12, 5:16
**general** [7] - 18:5, 18:12, 22:14, 98:15, 99:9, 99:23, 100:20
**General's** [2] - 71:8, 71:15
**generally** [1] - 82:6
**generated** [1] - 107:23
**gentleman's** [1] - 41:24
**Gerald** [1] - 19:20
**given** [6] - 24:13, 55:19, 61:2, 96:24, 126:23, 182:8
**govern** [1] - 42:12
**governed** [1] - 14:9
**governing** [5] - 18:14, 19:11, 19:23, 150:20, 181:15
**government** [1] - 26:18
**governor** [1] - 78:6
**Governors** [1] - 171:19
**governors** [1] - 79:13
**graduate** [1] - 119:19
**grant** [12] - 22:2, 24:7, 26:15, 30:7, 37:8, 40:15, 46:4, 174:25, 175:6, 176:10, 177:1, 183:16
**granted** [6] - 14:5, 17:23, 19:15, 27:7, 29:6, 50:14
**granting** [9] - 25:15, 35:14, 53:16, 175:25, 177:8, 178:12, 178:16, 179:2, 182:7
**gravamen** [1] - 174:6
**great** [1] - 128:23
**Grill** [1] - 5:16
**GRILL** [2] - 2:1, 5:15
**grill** [5] - 5:22, 8:23, 74:1, 111:4, 157:25
**group** [2] - 12:7, 43:3
**groups** [1] - 165:14
**guarantees** [1] - 17:16
**guess** [13] - 4:15, 30:18, 33:24, 45:14, 60:1, 60:21, 71:10, 71:13, 118:11, 136:8, 154:6, 157:25, 178:14

## H

**H-u-w-a-i-d-a** [1] -
119:7
**half** [5] - 121:23, 124:4, 124:10, 137:18, 142:18
**hall** [2] - 120:7, 121:6
**halt** [4] - 38:17, 50:8, 126:12, 152:19
**halting** [1] - 55:5
**hand** [7] - 25:16, 74:9, 118:18, 123:21, 160:3, 184:22, 187:13
**handed** [1] - 98:3
**handled** [3] - 171:22, 171:23, 172:3
**hands** [1] - 31:16
**happy** [3] - 9:9, 56:5, 73:17
**harm** [19] - 6:19, 14:1, 14:2, 14:4, 14:5, 17:22, 17:24, 18:20, 18:22, 18:24, 19:2, 19:3, 62:10, 167:10, 175:13, 175:14, 175:15, 175:19
**harmed** [1] - 19:14
**hear** [11] - 55:12, 70:6, 74:18, 87:20, 116:1, 118:12, 118:25, 129:6, 130:9, 163:13, 184:10
**heard** [27] - 11:1, 18:16, 34:6, 46:20, 51:18, 57:11, 63:18, 118:24, 120:4, 122:21, 130:4, 133:2, 136:21, 161:6, 163:21, 163:24, 166:4, 166:12, 166:17, 169:9, 170:15, 170:21, 170:23, 172:2, 172:12, 173:9, 177:21
**Hearing** [7] - 3:14, 3:14, 130:23, 130:25, 131:4, 131:5, 131:17
**hearing** [14] - 4:9, 6:20, 7:24, 11:12, 30:4, 52:9, 52:17, 52:18, 63:2, 93:13, 131:16, 174:21, 175:23, 186:19
**Heather** [1] - 5:12
**HEATHER** [1] - 2:1
**heavily** [1] - 18:22
**heavy** [1] - 172:24
**held** [3] - 11:19, 159:15, 185:10
**hello** [1] - 160:13
**help** [3] - 81:8, 81:17, 137:17
**helped** [2] - 12:19, 79:19
**helps** [1] - 81:19
**Herculean** [1] - 21:5
**hereby** [1] - 187:7
**herself** [2] - 41:2, 41:11
**higher** [1] - 92:2
**highest** [1] - 75:8
**highlight** [1] - 171:11
**hijack** [1] - 32:18
**Hillsdale** [4] - 14:14, 66:6, 66:9, 67:3
**himself** [1] - 48:19
**hmm** [25] - 22:13, 77:14, 79:18, 82:5, 86:21, 86:23, 87:22, 88:17, 93:6, 97:6, 98:6, 98:9, 100:9, 102:13, 108:3, 109:5, 110:11, 114:7, 116:10, 116:13, 143:11, 148:24, 150:9, 151:19, 158:11
**hold** [6] - 54:11, 75:21, 91:3, 96:19, 108:17, 134:4
**holding** [1] - 129:16
**home** [2] - 120:21, 169:22
**homeowners** [1] - 64:2
**HON** [1] - 1:14
**honestly** [1] - 127:20
**Honor** [136] - 4:20, 5:6, 5:11, 5:15, 5:21, 6:8, 7:21, 8:5, 8:15, 8:24, 9:23, 10:6, 10:17, 10:24, 13:21, 14:17, 15:18, 15:25, 16:5, 17:3, 17:13, 18:21, 19:13, 20:13, 20:18, 21:8, 22:16, 23:5, 24:12, 25:3, 26:17, 27:8, 27:20, 28:18, 28:20, 28:23, 29:5, 29:21, 30:14, 32:5, 34:11, 34:23, 35:19, 37:4, 42:6, 42:16, 44:10, 45:1, 45:11, 46:21, 47:16, 51:5, 51:19, 51:23, 56:4, 56:11, 57:24, 59:7, 59:21, 61:13, 62:11, 62:24, 63:1, 63:25, 64:15, 67:5,
67:9, 68:14, 68:15, 69:20, 73:23, 73:25, 74:2, 74:6, 75:22, 78:16, 83:12, 85:21, 85:24, 91:2, 92:23, 95:12, 97:24, 110:25, 111:5, 111:11, 115:15, 115:24, 116:17, 117:16, 118:7, 118:9, 128:18, 129:1, 129:7, 129:22, 131:13, 132:21, 132:23, 133:12, 135:4, 136:25, 139:17, 139:24, 157:23, 158:2, 158:5, 159:8, 159:22, 162:18, 162:22, 163:2, 163:6, 163:9, 163:20, 163:23, 164:7, 165:1, 166:4, 167:1, 167:21, 168:13, 169:3, 169:23, 170:4, 173:1, 173:8, 173:18, 173:24, 174:9, 184:11, 184:17, 184:20, 185:22, 186:12, 186:15
**Honor's** [1] - 52:25
**hook** [1] - 47:9
**hope** [1] - 183:20
**hour** [8] - 30:11, 38:15, 65:15, 138:22, 139:2, 153:10, 153:16, 169:17
**hours** [10] - 37:22, 52:13, 65:15, 121:23, 123:11, 124:4, 124:10, 126:4, 145:25, 170:14
**house** [1] - 135:9
**housekeeping** [1] - 9:24
**hundred** [1] - 92:14
**hundreds** [2] - 123:2, 123:8
**hurdle** [1] - 29:9
**husband** [1] - 122:5
**Huwaida** [22] - 4:5, 5:1, 11:3, 11:9, 15:15, 32:23, 33:12, 58:10, 58:14, 58:20, 59:2, 86:15, 87:25, 88:8, 88:15, 89:17,
90:1, 90:2, 117:25, 119:6, 161:17, 166:10
**HUWAIDA** [3] - 1:3, 3:4, 119:10

## I

**idea** [14] - 41:21, 44:4, 44:16, 45:15, 63:17, 102:24, 129:25, 132:13, 132:14, 134:6, 134:7, 141:3, 145:14
**ideal** [1] - 11:11
**identified** [1] - 130:14
**identify** [7] - 78:20, 96:17, 96:20, 96:23, 100:18, 130:20, 130:22
**IDs** [1] - 125:22
**ignore** [1] - 65:21
**ignored** [3] - 12:14, 13:3, 127:8
**Ilitch** [4] - 12:2, 18:6, 84:5, 102:2
**imagine** [1] - 145:6
**immediate** [4] - 13:7, 13:14, 59:1, 155:4
**immediately** [8] - 13:1, 54:18, 54:20, 56:23, 92:7, 154:16, 167:13, 169:20
**impact** [2] - 28:15, 40:21
**impacted** [1] - 183:8
**imperative** [1] - 164:22
**implicit** [1] - 180:13
**importance** [1] - 79:23
**important** [4] - 15:21, 88:13, 159:5, 159:6
**importantly** [1] - 15:2
**impose** [1] - 180:24
**improper** [3] - 18:9, 28:7, 65:12
**include** [7] - 44:12, 93:13, 125:17, 144:2, 144:6, 167:8, 168:19
**included** [1] - 146:11
**includes** [4] - 31:23, 72:12, 121:18, 167:7
**including** [10] - 19:24, 20:20, 20:24, 35:5, 78:1, 126:9, 148:20, 175:11, 179:18, 179:25
**inconsistencies** [1] - 126:8

**inconvenient** [1] - 173:13
**incorporated** [2] - 45:9, 59:12
**incorporating** [1] - 60:14
**incorporation** [1] - 59:12
**incorrect** [2] - 176:23, 180:10
**incorrectly** [3] - 15:12, 172:1, 172:4
**increase** [1] - 126:16
**Independent** [8] - 39:10, 39:16, 48:25, 61:3, 61:5, 179:10, 180:20, 181:13
**independently** [1] - 180:15
**indicate** [6] - 14:10, 15:3, 22:3, 81:7, 122:21, 137:8
**indicated** [6] - 53:3, 62:14, 70:14, 136:12, 136:21, 165:1
**indicating** [3] - 26:21, 70:15, 167:25
**indication** [2] - 68:24, 99:4
**indications** [1] - 95:7
**indisputable** [1] - 19:22
**individual** [5] - 40:7, 43:25, 44:2, 106:18, 106:25
**individually** [1] - 106:12
**individuals** [2] - 43:22, 73:5
**induce** [1] - 65:22
**indulging** [1] - 10:25
**inescapable** [1] - 177:4
**inexplicably** [1] - 55:10
**infancy** [1] - 113:10
**influence** [1] - 177:25
**inform** [1] - 123:1
**information** [11] - 22:4, 72:24, 73:6, 73:14, 91:23, 91:24, 125:16, 129:5, 158:22, 161:21, 180:14
**informed** [2] - 69:11, 103:13
**infringed** [2] - 50:25, 51:6
**infringement** [2] -

39:23, 47:7
**INGHAM** [2] - 1:1, 187:2
**Ingham** [1] - 164:20
**initial** [2] - 51:4, 116:11
**inject** [1] - 48:19
**injunction** [44] - 4:11, 6:1, 11:5, 13:23, 14:3, 14:5, 14:6, 14:19, 19:25, 20:18, 48:2, 55:21, 55:24, 60:22, 65:10, 68:25, 131:16, 134:23, 137:15, 137:24, 139:5, 139:9, 148:8, 153:11, 153:16, 153:19, 153:23, 155:12, 167:12, 175:1, 175:7, 175:14, 175:15, 175:16, 175:20, 176:1, 176:3, 177:6, 178:17, 180:23, 182:8, 182:23, 182:24, 183:10
**INJUNCTION** [1] - 1:14
**injunctions** [1] - 53:11
**injunctive** [10] - 10:5, 14:2, 17:23, 27:7, 45:19, 60:4, 156:3, 173:20, 178:12, 179:2
**injuries** [1] - 19:10
**injury** [11] - 11:14, 17:25, 18:11, 18:19, 176:8, 176:17, 176:20, 177:8, 177:12, 178:11, 178:19
**inside** [1] - 57:3
**inspect** [1] - 17:17
**instance** [2] - 99:21, 142:6
**instead** [5] - 12:16, 38:14, 40:9, 41:8, 63:23
**instructed** [1] - 117:6
**instruction** [2] - 75:11, 104:8
**integrity** [7] - 41:10, 128:14, 164:4, 168:22, 169:4, 169:5, 169:6
**intend** [3] - 117:22, 136:12, 136:17
**intended** [1] - 31:25
**intending** [1] - 6:5
**intends** [1] - 41:24

**intent** [3] - 80:9, 84:10
**intention** [2] - 79:21, 185:15
**intentionally** [1] - 108:21
**interest** [13] - 14:6, 19:14, 19:16, 19:25, 20:11, 20:14, 33:16, 35:4, 38:18, 62:2, 167:21, 175:19, 175:20
**Internal** [1] - 45:9
**internal** [23] - 21:16, 36:11, 36:20, 38:25, 39:4, 42:8, 43:18, 44:19, 45:17, 46:6, 46:23, 47:22, 48:10, 51:12, 61:10, 97:9, 108:14, 144:7, 154:2, 154:4, 155:21, 167:5, 180:24
**internally** [4] - 38:8, 128:10, 135:9, 152:5
**international** [1] - 75:13
**interparty** [1] - 111:7
**interpret** [3] - 142:1, 142:4, 174:7
**interpretation** [6] - 141:19, 141:22, 144:16, 145:1, 170:22, 171:13
**interprets** [2] - 144:22, 170:18
**intervene** [1] - 180:24
**intervention** [2] - 13:14, 61:12
**intraparty** [13] - 39:13, 39:20, 40:10, 40:14, 47:23, 48:17, 57:3, 61:14, 63:12, 66:25, 170:17, 171:8, 179:8
**intrapolitical** [1] - 64:3
**introduce** [1] - 4:23
**introduction** [1] - 131:14
**intrude** [1] - 171:8
**intrusion** [6] - 37:1, 47:4, 171:10, 171:11, 172:7
**investigation** [13] - 20:21, 36:3, 36:5, 40:20, 51:10, 148:12, 148:21, 149:10, 154:2, 154:8, 154:13, 179:20, 180:5
**investigations** [3] - 36:17, 149:18,

150:12
**invite** [3] - 7:22, 45:1, 45:11
**invited** [1] - 126:19
**invoke** [1] - 50:7
**involved** [9] - 30:25, 73:3, 73:14, 103:1, 123:5, 123:6, 127:3, 142:10, 179:8
**involves** [2] - 71:2, 114:1
**involving** [1] - 64:1
**irregular** [1] - 62:17
**irregularities** [14] - 23:24, 24:9, 24:19, 26:22, 27:21, 29:11, 41:9, 62:15, 90:24, 91:11, 121:16, 122:16, 164:17, 166:16
**irregularity** [1] - 178:4
**irreparable** [16] - 14:1, 17:22, 17:24, 18:11, 18:20, 19:3, 62:10, 167:11, 175:13, 176:8, 176:17, 176:20, 177:8, 177:12, 178:11, 178:19
**irreversible** [2] - 19:9, 19:10
**IRS** [3] - 59:18, 59:24, 59:25
**issue** [45] - 23:23, 23:24, 24:13, 24:18, 25:4, 26:1, 26:2, 26:10, 28:2, 33:7, 33:15, 33:20, 34:2, 45:16, 45:18, 49:19, 50:25, 56:14, 56:18, 58:3, 66:4, 66:17, 67:23, 92:5, 102:22, 116:11, 119:25, 135:15, 136:9, 138:1, 143:4, 153:11, 153:19, 153:22, 161:7, 161:23, 161:24, 162:12, 174:11, 176:20, 178:10, 179:7, 181:17
**issued** [14] - 13:23, 14:2, 14:7, 26:20, 41:4, 48:8, 65:11, 66:10, 101:23, 134:23, 139:6, 167:12, 175:17, 175:21
**issues** [16] - 61:21, 65:14, 70:8, 72:14,

111:7, 132:24, 136:3, 136:8, 136:11, 137:14, 139:8, 139:9, 164:7, 164:22, 175:10, 181:7
**items** [5] - 36:14, 36:15, 132:4, 134:24, 136:4
**itself** [7] - 22:21, 22:25, 32:19, 39:19, 66:20, 107:24, 149:6

## J

**JAMES** [1] - 1:14
**JAMO** [1] - 1:14
**Jennifer** [5] - 5:1, 11:4, 159:23, 159:25, 160:14
**JENNIFER** [4] - 1:3, 3:6, 160:14, 160:17
**Jensen** [10] - 42:5, 44:21, 97:11, 97:13, 97:16, 99:15, 120:10, 120:23, 121:11, 145:25
**Jensen's** [2] - 42:24, 98:4
**JOCELYN** [1] - 1:10
**Jocelyn** [1] - 4:7
**join** [3] - 65:23, 113:18, 165:19
**Joseph** [1] - 67:13
**judge** [5] - 48:7, 122:21, 156:14, 156:15, 157:15
**JUDGE** [1] - 1:14
**Judge** [5] - 48:13, 67:13, 69:8, 139:13, 186:10
**judgment** [2] - 57:20, 174:4
**judicial** [4] - 19:18, 19:19, 39:22, 164:19
**JUDICIAL** [1] - 1:1
**July** [1] - 72:6
**jumped** [2] - 35:19, 35:20
**junction** [1] - 14:17
**June** [2] - 48:6, 48:21
**jurisdiction** [36] - 9:8, 9:16, 9:19, 21:21, 22:11, 23:14, 23:16, 25:10, 25:24, 26:10, 27:16, 28:3, 28:8, 35:9, 35:10, 35:23, 38:16, 41:15, 53:5, 53:13, 53:15, 53:20, 54:8, 56:12, 56:13,

63:10, 65:3, 67:11, 164:8, 173:12, 173:13, 173:16, 173:21, 181:6, 183:13

**Justice** [1] - 49:13

**justiciable** [4] - 57:12, 63:11, 64:7, 174:1

**justify** [1] - 172:24

## K

**K-i-r-b-y** [1] - 160:15

**Kalamazoo** [3] - 48:5, 48:11, 187:21

**Karamo** [4] - 67:10, 67:14, 68:8, 174:3

**Kauffman** [1] - 66:15

**keep** [7] - 9:4, 59:3, 135:9, 167:5, 185:3, 185:6, 185:20

**Kelli** [3] - 2:24, 187:6, 187:20

**Kent** [3] - 67:13, 68:2, 68:8

**kept** [2] - 162:4, 185:14

**key** [2] - 77:20, 81:4

**kind** [13] - 63:4, 78:12, 85:2, 91:10, 104:7, 128:14, 129:9, 133:6, 134:19, 146:19, 165:23, 181:23

**Kirby** [6] - 5:1, 11:4, 159:23, 159:25, 160:14, 160:22

**KIRBY** [4] - 1:3, 3:6, 160:7, 160:17

**knowledge** [2] - 85:6, 91:8, 98:13

**knows** [4] - 9:3, 9:7, 24:3, 132:18

**Kristina** [2] - 67:14, 68:8

**kwerner@ingham. org** [1] - 2:25

## L

**L-i-a** [1] - 7:11

**label** [2] - 44:11, 105:23

**laches** [2] - 54:10, 55:6

**lack** [2] - 85:22, 183:12

**laid** [1] - 147:17

**language** [5] - 154:12, 157:4, 157:14,

178:15, 183:20

**Lansing** [7] - 1:15, 1:23, 2:3, 4:1, 11:20, 11:21, 187:22

**large** [1] - 167:17

**largely** [1] - 178:23

**larger** [1] - 90:2

**largest** [1] - 89:22

**last** [7] - 38:14, 52:12, 74:21, 74:24, 116:20, 119:7, 160:12

**late** [2] - 13:2, 55:16

**launched** [1] - 38:13

**LAVORA** [1] - 1:7

**Lavora** [11] - 4:6, 5:8, 35:1, 35:25, 120:22, 122:14, 123:19, 124:14, 124:19, 126:7, 154:22

**Lavora's** [1] - 146:9

**LAW** [3] - 5:21, 68:5, 68:10

**Law** [1] - 177:15

**law** [17] - 23:6, 30:17, 37:4, 39:7, 39:8, 46:24, 61:22, 61:23, 62:6, 64:4, 64:15, 65:20, 119:21, 126:2, 175:10, 181:25

**laws** [2] - 126:2, 139:11

**lawsuit** [9] - 45:22, 46:2, 48:20, 52:1, 52:6, 55:10, 60:23, 72:2, 173:20

**lawsuits** [1] - 173:14

**lay** [1] - 129:4

**lead** [6] - 8:5, 11:17, 18:17, 37:10, 115:22, 156:20

**leadership** [3] - 100:2, 100:3, 141:20

**leading** [3] - 43:20, 91:9, 115:16

**leads** [1] - 177:4

**learn** [1] - 83:5

**learned** [3] - 23:6, 52:1, 52:18

**least** [14] - 6:9, 27:11, 29:10, 55:2, 95:1, 103:16, 153:6, 158:16, 158:18, 165:25, 167:13, 179:1, 181:2, 182:7

**leave** [7] - 47:2, 108:21, 162:5, 162:8, 162:9, 184:23

**leaves** [1] - 182:14

**led** [2] - 59:5, 87:25

**left** [8] - 42:14, 83:19, 108:13, 108:22, 120:20, 137:18, 157:25, 181:18

**legal** [3] - 18:1, 30:7, 164:24

**less** [5] - 21:4, 138:21, 139:2, 152:21, 153:15

**level** [4] - 28:2, 75:8, 177:24, 179:1

**levels** [1] - 73:9

**Levin** [1] - 49:13

**LIANO** [4] - 3:8, 7:15, 74:24, 75:1

**Liano** [6] - 6:15, 12:19, 41:24, 74:7, 74:23, 166:6

**lies** [1] - 35:11

**likelihood** [6] - 13:24, 14:18, 14:20, 26:21, 27:2, 27:6, 29:12, 65:10

**likely** [4] - 17:14, 31:18, 129:17, 175:18

**limited** [1] - 159:20

**line** [4] - 77:2, 111:19, 168:16

**line-by-line** [1] - 77:2

**lingo** [2] - 83:20, 83:22

**LIONA** [1] - 7:10

**list** [12] - 12:8, 43:5, 70:11, 72:17, 75:19, 107:21, 108:24, 138:15, 138:19, 139:1, 143:23, 144:1

**listed** [9] - 16:23, 24:21, 73:4, 83:9, 83:25, 97:6, 98:22, 119:4, 145:12

**listen** [1] - 9:9

**listening** [2] - 63:13, 64:11

**lists** [1] - 96:24

**literally** [2] - 30:10, 92:9

**litigation** [5] - 71:4, 72:11, 135:20, 181:7, 183:5

**lodge** [7] - 38:10, 110:13, 110:16, 110:19, 161:23, 162:3, 162:12

**lodged** [7] - 38:3, 38:5, 58:22, 110:20, 110:24, 133:1, 171:25

**lodging** [3] - 134:19, 134:21, 146:19

**logo** [8] - 102:14, 102:18, 102:24, 114:20, 114:22, 115:10, 116:3, 165:6

**long-time** [1] - 166:5

**longstanding** [1] - 175:9

**look** [20] - 26:1, 30:23, 30:24, 31:11, 42:15, 58:8, 58:11, 59:4, 59:22, 113:20, 121:13, 122:25, 125:11, 149:12, 150:3, 152:11, 154:15, 156:11, 178:10, 180:16

**looked** [1] - 140:17

**looking** [6] - 31:5, 31:12, 69:7, 87:1, 89:8, 176:21

**looks** [3] - 114:11, 114:14, 129:11

**lose** [1] - 33:14

**loss** [1] - 31:24

**lost** [2] - 133:18, 176:11

## M

**ma'am** [10] - 118:17, 140:3, 147:24, 148:6, 149:9, 152:12, 156:2, 159:11, 162:20, 173:22

**machine** [4] - 123:25, 124:9, 125:13, 138:14

**machines** [1] - 138:25

**Madeleine** [2] - 5:2, 11:4

**MADELEINE** [1] - 1:4

**maintaining** [1] - 19:7

**majority** [26] - 15:13, 15:22, 16:5, 33:13, 49:3, 49:10, 77:23, 79:14, 84:8, 84:19, 84:21, 85:12, 95:20, 107:11, 109:14, 109:17, 113:22, 117:7, 129:20, 133:15, 143:9, 144:13, 166:2, 168:8, 171:24, 172:5

**malfeasance** [1] - 99:5

**Malinda** [2] - 67:13, 68:7

**mandate** [1] - 72:21

**manipulate** [1] - 151:13

**manipulated** [1] - 95:7

**manner** [1] - 37:23

**mark** [1] - 131:2

**marked** [4] - 136:4, 136:16, 185:1

**mass** [1] - 165:11

**master's** [1] - 75:10

**math** [10] - 58:18, 58:23, 58:24, 59:4, 86:9, 87:21, 120:8, 123:13, 130:5, 166:7

**mathematical** [4] - 82:11, 90:8, 109:4, 109:23

**mathematician** [2] - 88:4, 166:8

**mathematics** [1] - 75:9

**matter** [19] - 4:5, 9:24, 11:2, 13:11, 21:2, 24:17, 35:3, 48:16, 51:7, 56:17, 56:23, 59:5, 62:6, 63:24, 93:11, 97:17, 98:5, 166:16, 169:18

**matters** [5] - 15:23, 47:23, 61:15, 69:22, 137:8

**MCL** [5] - 17:16, 37:13, 53:6, 54:14, 176:15

**MCR** [4] - 24:15, 24:16, 28:6

**MDP** [136] - 1:22, 11:19, 12:13, 12:18, 13:3, 13:15, 13:18, 14:9, 14:21, 14:22, 15:4, 15:5, 15:6, 15:10, 15:12, 16:1, 16:15, 17:4, 18:13, 18:14, 19:11, 19:23, 20:1, 20:3, 20:11, 20:19, 20:23, 20:24, 23:8, 24:19, 27:22, 29:10, 36:10, 36:12, 36:24, 37:25, 38:21, 39:4, 40:10, 40:19, 43:21, 44:5, 44:6, 44:14, 44:19, 45:4, 45:5, 47:10, 50:20, 51:13, 56:13, 56:14, 56:18, 56:22, 57:4, 57:21, 59:11, 59:16, 61:4, 76:16, 77:6, 77:23, 78:8, 79:3, 79:10, 79:11, 86:2, 86:6, 87:12, 96:2, 98:13, 99:8, 102:4,

103:7, 103:17, 104:6, 105:2, 105:7, 107:17, 107:22, 107:23, 114:21, 116:22, 117:1, 125:3, 137:15, 138:17, 138:25, 141:11, 141:19, 142:8, 144:7, 144:21, 146:15, 147:8, 147:10, 147:14, 147:16, 148:11, 148:19, 149:9, 149:12, 149:17, 149:21, 150:1, 150:19, 150:25, 151:15, 152:4, 152:6, 152:23, 153:1, 153:13, 154:3, 156:4, 156:9, 156:12, 156:15, 157:5, 157:10, 157:16, 158:8, 158:12, 159:2, 164:2, 164:3, 165:6, 167:12, 168:25, 170:18, 172:10, 172:17, 179:18
**MDP's** [8] - 12:11, 19:22, 36:8, 36:15, 36:16, 37:2, 125:19, 170:22
**mean** [25] - 21:4, 22:22, 47:8, 57:1, 57:8, 64:24, 67:16, 77:3, 81:10, 81:11, 81:13, 83:21, 88:22, 93:17, 105:5, 106:5, 115:1, 121:16, 123:23, 144:19, 145:4, 145:11, 151:9, 152:7, 156:17
**means** [6] - 40:17, 83:22, 93:18, 134:12, 151:25, 170:25
**meant** [4] - 29:15, 56:25, 57:3, 91:22
**meanwhile** [1] - 122:9
**measure** [1] - 92:1
**measured** [1] - 165:21
**measurement** [1] - 18:1
**mechanism** [1] - 44:13
**media** [2] - 127:2, 135:19
**meet** [2] - 60:3, 126:20
**meeting** [5] - 16:7,

16:12, 20:9, 92:6, 126:19
**Meingast** [23] - 5:9, 5:13, 5:19, 8:9, 8:23, 8:25, 10:14, 25:9, 26:8, 33:25, 51:17, 56:7, 68:12, 71:5, 74:1, 111:3, 157:24, 157:25, 163:4, 163:8, 173:6, 184:18, 186:14
**MEINGAST** [20] - 2:1, 5:10, 8:11, 9:1, 9:6, 9:13, 9:20, 10:17, 51:19, 51:22, 52:22, 56:8, 68:14, 74:2, 111:5, 158:2, 163:9, 173:7, 184:19, 186:15
**Meingast's** [2] - 8:3, 72:23
**meingasth@ michigan.gov** [1] - 2:4
**member** [14] - 16:11, 18:13, 75:18, 76:13, 112:6, 112:7, 113:18, 122:25, 125:4, 146:14, 160:24, 161:1, 166:6, 167:19
**member's** [1] - 117:5
**members** [41] - 14:11, 16:5, 16:17, 17:16, 19:10, 19:24, 20:10, 32:17, 32:22, 43:13, 43:17, 48:12, 60:5, 64:24, 65:17, 65:22, 66:14, 66:18, 80:8, 80:22, 103:12, 103:14, 103:15, 111:23, 112:5, 112:7, 117:8, 123:2, 128:2, 134:2, 135:21, 153:8, 155:8, 155:11, 165:19, 168:7, 169:9, 169:10
**membership** [2] - 95:1, 155:23
**memo** [1] - 72:3
**mention** [2] - 41:20, 182:2
**mentioned** [5] - 43:10, 94:16, 110:10, 132:2, 181:1
**merits** [7] - 13:25, 17:14, 34:7, 175:18, 179:4, 181:12, 182:15

**met** [1] - 175:24
**method** [21] - 14:21, 15:10, 15:15, 42:25, 43:1, 65:12, 80:19, 81:8, 84:11, 84:13, 86:3, 86:7, 88:13, 90:4, 95:19, 95:20, 111:18, 111:24, 138:11, 152:7, 169:19
**methods** [3] - 15:22, 84:8, 117:6
**MI** [3] - 1:19, 1:23, 2:3
**Mich** [8] - 11:14, 14:12, 39:12, 49:1, 61:7, 66:11, 66:15, 179:12
**MICHIGAN** [3] - 1:1, 1:7, 187:1
**Michigan** [115] - 1:8, 1:10, 1:15, 1:22, 4:1, 4:6, 5:8, 11:8, 11:9, 11:14, 11:19, 11:23, 14:24, 15:8, 17:15, 20:4, 32:13, 34:25, 35:24, 39:1, 39:7, 39:11, 39:12, 39:16, 40:5, 42:5, 45:6, 45:17, 56:1, 61:5, 64:23, 67:1, 67:22, 68:8, 71:23, 72:21, 75:17, 76:12, 76:22, 78:4, 78:22, 81:5, 83:7, 84:4, 85:7, 85:19, 90:10, 91:17, 92:11, 94:20, 94:23, 96:5, 96:12, 96:21, 97:14, 98:24, 99:11, 102:16, 102:18, 102:21, 107:1, 113:19, 114:2, 114:3, 114:12, 114:20, 115:7, 115:10, 116:2, 116:15, 117:13, 119:20, 121:8, 124:2, 126:1, 127:6, 128:3, 128:5, 138:7, 139:10, 141:15, 142:14, 142:16, 144:10, 144:12, 144:14, 148:13, 148:22, 154:9, 158:14, 158:20, 160:24, 161:4, 164:9, 164:11, 164:13, 165:12, 166:5, 170:9, 171:3, 174:10, 177:9, 177:11, 177:15,

178:18, 179:10, 179:11, 179:14, 179:21, 179:24, 180:19, 181:14, 182:12, 182:19, 187:22
**microphone** [2] - 74:15, 160:9
**middle** [2] - 52:4, 87:20
**might** [7] - 26:15, 31:19, 69:23, 70:9, 86:25, 139:18, 145:3
**Miller** [1] - 1:22
**million** [1] - 53:13
**mind** [7] - 25:10, 25:13, 25:22, 45:15, 101:17, 130:11, 135:11
**minds** [1] - 20:9
**mindset** [1] - 122:23
**mine** [1] - 142:19
**mini** [1] - 7:24
**minimum** [2] - 169:16, 169:17
**minorities** [7] - 80:1, 80:14, 81:2, 81:9, 81:15, 81:18, 84:18
**minority** [9] - 32:24, 80:7, 80:20, 81:11, 81:16, 165:14, 165:22, 166:2, 168:4
**minute** [2] - 37:10, 184:21
**minutes** [2] - 69:13, 69:14
**miraculously** [1] - 156:10
**miscites** [1] - 41:25
**misdirection** [1] - 176:16
**mislead** [1] - 167:25
**misquote** [1] - 41:22
**misquotes** [1] - 42:1
**missing** [1] - 125:15
**misstate** [1] - 149:4
**mistake** [2] - 157:8, 165:10
**mister** [1] - 41:23
**misunderstand** [1] - 41:22
**moment** [7] - 21:14, 21:22, 22:12, 86:23, 175:1, 178:9, 182:3
**moments** [1] - 26:7
**Monday** [5] - 13:7, 37:22, 125:25, 126:6
**money** [1] - 60:12
**monitor** [1] - 122:3
**mooted** [1] - 57:6

**moots** [1] - 152:21
**morning** [23] - 4:4, 4:9, 4:20, 5:5, 5:10, 5:15, 10:2, 29:6, 30:4, 34:22, 36:22, 51:22, 52:2, 63:3, 75:6, 75:7, 95:15, 95:16, 119:15, 119:16, 125:25, 126:6, 173:2
**most** [4] - 69:16, 70:8, 125:21, 129:17
**MOTION** [1] - 1:13
**motion** [25] - 4:10, 4:13, 4:16, 5:25, 6:1, 10:4, 25:6, 25:12, 29:22, 29:24, 35:17, 36:4, 38:12, 39:2, 53:18, 53:23, 148:6, 173:3, 174:24, 176:7, 177:6, 179:16, 180:22, 182:11, 184:13
**motions** [1] - 183:1
**move** [4] - 28:1, 54:3, 119:1
**moves** [1] - 74:16
**moving** [4] - 17:24, 145:5, 175:12, 175:17
**MR** [191] - 4:20, 4:25, 5:5, 5:15, 6:3, 6:8, 6:14, 6:24, 7:4, 7:10, 7:15, 7:21, 8:4, 8:8, 8:15, 8:18, 8:24, 9:23, 10:1, 10:8, 10:12, 10:21, 10:23, 21:12, 22:13, 22:16, 23:4, 23:21, 25:3, 25:7, 26:17, 27:13, 27:15, 28:18, 28:23, 29:5, 29:21, 30:2, 30:14, 31:7, 31:9, 32:5, 34:4, 34:6, 34:11, 34:15, 34:19, 34:22, 46:21, 47:8, 47:15, 49:23, 50:1, 51:16, 56:10, 57:8, 59:21, 60:8, 60:11, 60:15, 61:13, 61:24, 62:24, 63:1, 64:14, 66:6, 67:2, 67:5, 67:9, 67:12, 67:17, 67:20, 67:25, 68:4, 68:7, 68:15, 68:21, 69:7, 69:20, 70:10, 70:12, 70:16, 70:19, 73:23, 73:25, 74:6, 74:13, 75:5, 75:22, 76:2, 76:3, 78:19,

83:12, 83:15, 85:21, 85:24, 86:1, 91:2, 91:5, 91:7, 91:10, 91:12, 91:14, 92:23, 93:1, 95:8, 95:12, 95:14, 97:24, 98:2, 101:10, 101:14, 101:15, 101:16, 110:25, 111:11, 111:14, 111:16, 115:15, 115:20, 115:23, 115:25, 116:17, 116:19, 117:16, 117:24, 118:7, 118:8, 118:16, 119:9, 119:14, 128:18, 128:21, 129:1, 129:7, 129:8, 129:22, 130:22, 130:25, 131:5, 131:10, 131:12, 132:6, 132:8, 132:23, 133:12, 133:15, 133:17, 134:5, 135:4, 135:6, 135:13, 136:10, 136:14, 136:24, 137:12, 137:13, 139:13, 139:17, 139:22, 139:24, 140:2, 149:3, 149:5, 149:7, 149:8, 157:22, 158:5, 158:7, 159:8, 159:22, 159:25, 160:21, 162:14, 162:17, 163:1, 163:6, 163:20, 170:4, 173:24, 184:11, 184:16, 185:5, 185:9, 185:17, 185:21, 185:24, 185:25, 186:3, 186:10, 186:12

**MS** [22] - 5:10, 8:11, 9:1, 9:6, 9:13, 9:20, 10:17, 28:20, 51:19, 51:22, 52:22, 56:8, 68:14, 74:2, 111:5, 118:22, 158:2, 160:7, 163:9, 173:7, 184:19, 186:15
**MSU** [1] - 171:17
**multi** [5] - 96:13, 143:14, 143:16, 143:17, 143:24
**multi-position** [4] - 96:13, 143:16, 143:17, 143:24

**multi-purpose** [1] - 143:14
**multiple** [35] - 12:6, 14:24, 43:2, 43:8, 72:19, 79:24, 80:5, 80:19, 81:21, 81:22, 82:17, 82:19, 84:1, 84:15, 84:17, 84:23, 85:15, 96:8, 96:14, 97:2, 98:24, 99:1, 99:16, 100:12, 100:17, 101:5, 104:1, 106:21, 108:15, 108:19, 114:17, 144:18, 144:19, 145:20, 170:24
**multiple-office** [1] - 14:24
**multiple-position** [27] - 12:6, 43:2, 43:8, 79:24, 80:5, 80:19, 81:21, 82:19, 84:1, 84:15, 84:17, 84:23, 85:15, 96:8, 96:14, 97:2, 98:24, 99:1, 100:12, 100:17, 101:5, 104:1, 106:21, 108:19, 114:17, 144:18, 170:24
**multiply** [3] - 89:3, 89:4, 89:11
**must** [7] - 17:25, 24:14, 72:10, 101:25, 103:1, 112:9, 112:13

## N

**name** [14] - 68:5, 74:21, 74:22, 74:23, 74:24, 119:3, 119:5, 119:6, 119:7, 159:24, 160:11, 160:12, 160:13
**named** [1] - 121:15
**names** [15] - 13:4, 18:25, 19:1, 24:6, 24:21, 37:15, 37:19, 38:1, 38:19, 40:23, 54:12, 55:22, 126:22, 145:12, 154:1
**Nomination** [1] - 87:13
**nominations** [4] - 12:12, 56:2, 88:1, 181:16
**nominee** [2] - 11:22, 58:15
**nominees** [3] - 26:25,

**necessarily** [4] - 9:13, 81:14, 151:9, 156:23
**necessary** [4] - 13:15, 55:24, 91:23, 92:15
**need** [22] - 27:10, 29:7, 29:8, 53:18, 53:23, 54:1, 59:22, 73:5, 84:16, 84:21, 103:15, 106:19, 114:18, 135:14, 137:24, 153:5, 153:16, 162:5, 166:14, 174:2, 179:2
**needed** [1] - 137:11
**needs** [7] - 28:25, 48:18, 54:22, 101:4, 161:21, 168:12, 178:20
**never** [10] - 26:8, 26:9, 38:12, 43:21, 44:15, 57:10, 140:22, 143:4, 168:5
**new** [11] - 39:15, 62:18, 77:11, 123:2, 123:8, 128:2, 132:9, 161:1, 169:9, 169:10
**next** [13] - 4:25, 25:18, 27:17, 27:18, 28:1, 32:7, 33:19, 47:15, 113:8, 124:18, 124:21, 136:9, 155:15
**night** [7] - 52:12, 59:2, 120:1, 124:12, 124:13, 154:20, 161:8
**nine** [1] - 88:3
**nobody** [6] - 38:4, 38:13, 99:18, 121:23, 134:10, 145:19
**nominated** [6] - 44:1, 50:4, 65:18, 106:3, 106:7, 106:12
**nominating** [1] - 11:20, 178:4
**nomination** [14] - 11:6, 11:24, 18:9, 24:1, 44:3, 62:19, 64:21, 83:6, 85:20, 86:7, 106:10, 107:5, 164:6, 166:10

40:23, 126:3
**non** [1] - 16:16
**non-properly** [1] - 16:16
**noncompensable** [1] - 17:25
**none** [6] - 36:14, 40:21, 43:21, 107:23, 142:17, 142:23
**nonemergency** [1] - 49:7
**nonjusticiable** [6] - 39:5, 40:14, 45:16, 47:1, 64:5, 170:17
**Nonprofit** [6] - 17:15, 45:5, 45:7, 45:10, 182:3, 182:19
**nonprofit** [4] - 17:17, 59:12, 60:6, 60:10
**nonrestraining** [1] - 49:7
**noon** [1] - 52:3
**notarized** [1] - 76:6
**note** [2] - 9:2, 9:6
**noted** [2] - 55:8, 91:18
**nothing** [17] - 74:11, 118:20, 120:15, 120:18, 120:20, 123:14, 124:24, 137:10, 146:12, 150:3, 150:10, 150:15, 151:1, 160:5, 163:1, 164:17, 186:12
**notice** [20] - 23:23, 24:2, 24:8, 24:14, 26:19, 27:5, 27:11, 31:24, 32:1, 52:8, 52:17, 56:18, 126:13, 164:17, 176:14, 177:14, 178:3, 178:6, 178:14
**noticeably** [1] - 57:25
**notices** [1] - 73:10
**notification** [2] - 141:10, 141:13
**notifications** [2] - 72:18, 73:13
**notified** [1] - 73:5
**November** [4] - 13:6, 54:13, 127:6, 164:6
**Number** [2] - 4:8, 48:9
**number** [32] - 14:8, 14:18, 15:17, 15:18, 16:15, 16:19, 17:21, 72:15, 80:7, 82:22, 82:24, 84:14, 87:1, 87:3, 88:24, 89:1, 89:12, 89:13, 89:15,

89:16, 89:25, 93:14, 93:20, 94:7, 125:18, 130:1, 130:2, 131:12, 135:7, 138:2, 148:14
**numbering** [1] - 86:25
**numbers** [16] - 58:15, 82:2, 89:7, 89:12, 109:10, 109:12, 138:6, 138:8, 138:10, 154:19, 154:20, 154:21, 154:23, 154:24, 155:24, 169:12

## O

**O'Brien** [1] - 39:18
**object** [12] - 28:23, 50:5, 63:3, 85:21, 85:22, 91:5, 131:14, 131:24, 132:20, 140:6, 140:9, 146:2
**objected** [4] - 70:5, 99:25, 121:7, 134:2
**objecting** [1] - 120:7
**objection** [24] - 8:4, 8:6, 34:9, 34:11, 38:2, 38:5, 38:10, 38:13, 59:1, 70:20, 91:2, 110:13, 110:16, 110:19, 110:21, 110:24, 118:11, 120:4, 120:5, 132:25, 134:19, 146:20, 171:25, 184:17
**objections** [7] - 51:25, 52:24, 58:22, 118:5, 118:14, 121:10, 134:22
**objector** [1] - 116:2
**obligated** [5] - 37:15, 40:22, 44:14, 71:25, 177:3
**obligation** [5] - 38:1, 53:19, 53:24, 71:3, 178:2
**obligations** [1] - 59:15
**observe** [2] - 90:24, 91:15
**observed** [1] - 91:1
**obtain** [1] - 167:6
**obviously** [2] - 29:23, 169:4
**occasions** [1] - 99:16
**occur** [6] - 19:12, 29:11, 44:17, 101:18, 105:17, 167:22

**occurred** [6] - 23:8, 31:3, 32:8, 71:1, 93:23, 167:10
**October** [2] - 66:10, 82:13
**OF** [4] - 1:1, 187:1, 187:2, 187:4
**offer** [1] - 136:25
**offered** [1] - 187:13
**Office** [1] - 72:4
**office** [32] - 14:24, 15:1, 43:8, 43:11, 55:4, 71:6, 71:8, 71:9, 71:14, 71:16, 72:23, 73:10, 73:12, 73:13, 79:25, 80:4, 80:5, 81:21, 82:21, 84:15, 84:21, 84:22, 84:23, 85:3, 85:13, 85:15, 96:13, 96:15, 97:2, 99:1, 101:5, 170:24
**Office's** [1] - 71:24
**officer** [1] - 53:11
**offices** [23] - 12:6, 43:2, 79:24, 79:25, 80:19, 82:20, 83:7, 83:25, 84:1, 84:17, 96:8, 96:14, 98:14, 98:24, 99:9, 100:12, 100:17, 106:21, 108:20, 114:17, 143:15, 143:17, 143:24
**Official** [1] - 187:20
**officials** [6] - 20:1, 20:19, 20:24, 148:20, 179:18, 179:25
**omitted** [2] - 18:12, 167:20
**once** [1] - 101:20
**one** [84] - 6:9, 6:14, 9:24, 11:25, 12:8, 12:12, 13:24, 14:8, 14:18, 14:25, 15:16, 15:17, 15:18, 21:3, 24:10, 25:16, 26:25, 27:1, 31:11, 36:6, 40:25, 41:20, 42:22, 43:4, 43:11, 44:5, 44:17, 45:14, 46:9, 46:17, 50:1, 53:23, 57:20, 57:24, 58:22, 60:2, 62:18, 64:21, 65:17, 66:3, 70:14, 76:8, 79:7, 80:3, 80:24, 84:14, 85:3, 86:15, 86:16, 87:3, 88:1, 88:7, 88:8,

88:15, 89:16, 89:18, 93:11, 96:15, 105:2, 107:25, 113:8, 113:21, 113:22, 117:24, 121:2, 121:21, 124:4, 126:4, 129:12, 130:24, 132:6, 138:2, 143:2, 149:16, 152:8, 159:19, 159:25, 161:7, 164:20, 176:5, 182:2, 183:18, 183:20, 185:1
**ones** [6] - 90:15, 90:20, 102:9, 114:17, 138:25, 164:13
**online** [1] - 112:24
**opaque** [1] - 158:23
**open** [1] - 32:15
**openings** [2] - 12:9, 82:17
**operate** [1] - 40:12
**opine** [2] - 47:9, 47:11
**opinion** [13] - 48:8, 48:24, 49:3, 49:10, 49:11, 49:25, 66:8, 67:3, 67:19, 100:4, 100:5, 180:19, 180:20
**opinions** [1] - 67:22
**opportunity** [24] - 11:1, 31:14, 33:3, 34:18, 38:10, 50:2, 50:8, 50:13, 50:14, 51:1, 80:1, 80:6, 80:21, 80:24, 81:3, 84:18, 110:13, 113:20, 163:24, 165:15, 168:6, 169:25, 176:11, 176:22
**opposed** [1] - 95:20
**opposing** [1] - 14:4
**opposition** [1] - 10:4
**option** [3] - 78:3, 99:13, 147:10
**options** [3] - 31:19, 77:22, 184:25
**orally** [1] - 105:3
**order** [53] - 4:13, 4:16, 17:23, 20:19, 20:23, 24:7, 25:1, 26:20, 27:4, 27:6, 28:11, 30:23, 35:14, 35:21, 36:1, 36:2, 36:6, 36:7, 36:10, 40:19, 41:17, 43:5, 45:25,

46:17, 48:8, 49:7, 51:13, 53:15, 63:10, 64:9, 67:7, 93:4, 93:12, 147:14, 147:16, 148:11, 151:15, 152:4, 152:19, 156:4, 156:8, 157:15, 172:17, 175:6, 178:18, 179:17, 182:11, 183:19, 183:21, 183:24, 184:6, 184:22, 186:8
**Order** [1] - 38:12
**ORDER** [1] - 1:13
**ordered** [1] - 66:8
**ordering** [3] - 148:19, 151:8, 179:24
**orders** [2] - 72:15, 153:1
**organizer** [1] - 161:18
**originally** [3] - 31:25, 59:14, 91:20
**otherwise** [4] - 47:3, 124:7, 183:16, 185:19
**Ottawa** [1] - 2:2
**outburst** [1] - 136:22
**outcome** [15] - 26:24, 27:20, 35:4, 41:19, 47:22, 50:18, 58:13, 59:1, 134:14, 134:16, 134:17, 155:18, 156:24, 157:17, 172:19
**outcome-determinative** [1] - 26:24
**outlined** [1] - 175:10
**outrage** [1] - 134:9
**outraged** [1] - 147:22
**outrageous** [1] - 121:22
**outweigh** [2] - 18:22, 175:15
**outweighed** [1] - 19:2
**outweighs** [1] - 14:4
**overall** [1] - 137:5
**overloaded** [1] - 30:1
**overlooking** [1] - 10:15
**overrule** [1] - 173:14
**overruled** [1] - 100:2
**oversee** [2] - 122:2, 122:7
**oversimplification** [1] - 49:12
**oversimplify** [1] - 49:15
**overwhelming** [1] -

129:20
**own** [25] - 12:11, 12:14, 13:15, 50:21, 52:4, 57:22, 80:14, 81:3, 105:15, 107:5, 138:4, 139:11, 150:4, 154:5, 154:23, 154:25, 156:24, 159:2, 167:14, 170:18, 170:19, 178:7, 181:19, 184:6

## P

**p.m** [10] - 138:16, 138:18, 159:12, 159:15, 160:18, 162:23, 163:17, 186:19
**P.O** [1] - 187:21
**P54345** [1] - 1:17
**P55439** [1] - 2:1
**P64713** [1] - 2:1
**P66452** [1] - 1:21
**Paddock** [1] - 1:22
**page** [24] - 36:3, 42:22, 66:22, 76:4, 76:5, 76:8, 86:22, 86:23, 86:25, 87:2, 87:5, 87:6, 87:8, 87:9, 87:17, 88:3, 88:16, 89:5, 89:6, 89:9, 109:6, 148:16
**pages** [1] - 187:7
**paired** [1] - 109:20
**paper** [1] - 52:5
**papers** [1] - 44:20
**paperwork** [3] - 43:24, 106:17, 106:24
**paragraph** [12] - 17:1, 76:10, 76:25, 77:13, 77:18, 97:3, 97:4, 98:7, 108:1, 108:5, 110:10, 150:18
**parenthetical** [1] - 43:4
**parliamentarian** [1] - 124:15
**part** [20] - 6:16, 12:20, 28:13, 33:2, 33:3, 42:14, 46:17, 56:22, 59:14, 60:1, 71:3, 71:5, 71:22, 78:13, 87:17, 122:15, 123:4, 137:5, 156:2, 185:3
**parte** [1] - 36:4
**participants** [1] - 104:18

**participate** [5] - 7:24, 78:23, 112:6, 121:19, 123:9
**particular** [10] - 46:7, 51:7, 105:24, 131:22, 171:14, 171:22, 172:9, 179:15, 183:7
**parties** [19] - 11:13, 19:17, 20:8, 31:14, 34:1, 62:1, 62:3, 71:22, 73:1, 73:2, 169:21, 175:8, 181:18, 182:14, 183:1, 183:21, 184:1, 185:20, 187:13
**partisan** [2] - 42:9, 98:14, 99:9, 99:22, 100:19, 142:7
**parts** [2] - 69:16, 179:17
**party** [62] - 14:4, 17:24, 28:24, 35:22, 37:15, 39:15, 42:8, 42:13, 45:8, 47:2, 48:18, 59:3, 61:11, 64:3, 65:16, 66:5, 66:25, 67:24, 71:15, 71:18, 75:18, 78:2, 78:9, 80:7, 81:16, 81:24, 82:1, 97:9, 100:2, 100:3, 101:6, 105:7, 112:9, 112:25, 123:3, 124:15, 124:16, 127:4, 127:5, 128:1, 128:9, 150:13, 155:9, 161:9, 164:10, 164:20, 164:21, 164:23, 165:6, 167:16, 169:10, 171:14, 175:12, 175:14, 175:16, 175:17, 179:9, 180:24, 181:8
**PARTY** [1] - 1:7
**Party** [76] - 1:8, 4:6, 5:8, 11:10, 11:19, 12:20, 15:8, 21:17, 21:25, 22:20, 22:21, 22:24, 25:16, 26:16, 35:1, 35:25, 39:1, 39:11, 39:16, 42:5, 45:18, 48:25, 61:3, 61:5, 75:17, 76:12, 76:20, 78:4, 78:22, 81:5, 85:7, 85:19, 90:10, 91:17, 94:21, 94:23, 97:15, 98:25,

99:12, 102:17, 102:22, 107:2, 112:17, 113:19, 116:15, 117:14, 121:8, 122:25, 124:2, 127:7, 128:4, 128:5, 138:7, 139:10, 141:16, 144:10, 144:12, 144:14, 158:15, 158:20, 160:25, 164:9, 164:12, 164:13, 165:12, 166:5, 170:9, 177:10, 177:11, 178:5, 178:18, 179:10, 179:24, 180:20, 181:14, 182:12

**party's** [4] - 11:22, 14:12, 20:15, 71:18

**Party's** [1] - 56:2

**passed** [1] - 92:17

**past** [4] - 13:11, 99:4, 100:1

**pause** [1] - 18:24

**paying** [1] - 64:24

**peculiar** [1] - 33:18

**Pego** [4] - 67:9, 67:13, 68:7, 174:3

**pending** [6] - 11:8, 19:8, 24:10, 24:18, 36:13, 152:5

**people** [54] - 7:12, 16:13, 30:18, 30:25, 32:16, 32:21, 32:23, 33:2, 33:4, 33:12, 58:19, 65:13, 81:20, 81:22, 84:4, 89:13, 92:9, 92:11, 92:13, 92:14, 93:20, 94:3, 94:14, 105:18, 107:21, 113:3, 115:1, 115:2, 122:9, 122:10, 123:4, 123:8, 123:12, 123:16, 125:11, 125:23, 128:24, 129:14, 130:1, 130:2, 133:2, 133:9, 133:13, 133:15, 138:20, 147:20, 147:21, 147:22, 159:6, 165:13, 165:14, 166:1, 166:13, 167:17

**people's** [1] - 121:17

**percent** [6] - 80:23, 84:24, 85:1, 92:12, 157:21, 166:14

**perfect** [1] - 80:16

**performed** [1] - 109:4

**perhaps** [6] - 25:24, 30:9, 31:17, 69:3, 70:6, 163:5

**period** [1] - 151:16

**permission** [5] - 102:20, 102:25, 114:22, 114:23, 115:7

**permit** [1] - 143:7

**permitted** [3] - 16:16, 181:1, 181:3

**person** [7] - 43:11, 57:4, 70:14, 80:3, 96:15, 132:15, 142:22

**personal** [1] - 91:8

**personally** [5] - 85:4, 90:25, 120:9, 122:6, 166:12

**perspective** [2] - 29:10, 152:18

**perspectives** [1] - 166:1

**pertinent** [2] - 69:16, 70:8

**petition** [4] - 43:24, 106:17, 106:23, 125:3

**photo** [4] - 131:17, 134:5, 134:6, 186:1

**Photo** [1] - 3:14

**photograph** [3] - 130:16, 131:22, 137:9

**photos** [1] - 132:9

**phrase** [1] - 81:13

**picture** [7] - 114:10, 128:22, 128:23, 129:9, 129:13, 130:25, 133:3

**pictures** [2] - 58:19, 129:10

**piece** [2] - 52:5, 186:1

**placard** [1] - 83:8

**place** [12] - 21:3, 27:21, 37:19, 52:24, 55:9, 55:23, 58:22, 62:14, 65:4, 144:11, 144:14, 162:6

**placed** [3] - 13:5, 13:19, 156:10

**places** [1] - 158:18

**plaintiff** [15] - 4:19, 11:25, 17:22, 44:13, 45:3, 50:2, 55:3, 131:5, 133:11, 133:14, 135:8, 179:4, 180:7,

181:12, 183:2

**Plaintiff** [36] - 12:12, 13:1, 13:8, 13:19, 13:25, 14:1, 14:3, 14:7, 14:19, 18:7, 18:9, 19:4, 19:6, 19:24, 26:25, 29:11, 32:23, 33:12, 33:18, 41:2, 56:15, 58:14, 59:2, 62:7, 62:19, 64:20, 65:6, 65:17, 117:24, 164:5, 165:2, 166:9, 167:25, 171:12, 172:13, 180:1

**plaintiff's** [1] - 183:9

**plaintiffs** [12] - 4:22, 18:10, 18:22, 19:5, 36:1, 38:3, 41:18, 52:8, 53:16, 160:1, 172:23, 177:19

**Plaintiffs** [13] - 1:5, 1:17, 5:1, 11:3, 17:14, 20:16, 35:15, 41:22, 75:2, 119:11, 160:18, 167:8, 172:2

**Plaintiffs'** [9] - 20:25, 42:16, 52:9, 68:17, 131:4, 171:20, 172:2, 176:7, 184:13

**plaintiffs'** [7] - 4:10, 4:12, 4:14, 6:2, 36:11, 55:14, 175:23

**plan** [1] - 6:8

**planned** [1] - 24:5

**play** [1] - 169:12

**played** [2] - 53:1, 138:25

**PLC** [2] - 1:18, 1:22

**plead** [1] - 161:25

**pleading** [2] - 10:10, 10:11

**pleadings** [4] - 52:7, 52:14, 72:13, 119:4

**pledge** [1] - 155:9

**plenty** [1] - 60:23

**podium** [1] - 34:13

**point** [18] - 28:11, 32:24, 37:9, 41:20, 47:15, 48:3, 63:2, 69:1, 99:14, 137:10, 149:15, 149:16, 157:13, 165:20, 168:17, 168:21, 177:23, 182:7

**pointed** [6] - 99:15, 138:5, 149:14, 175:8, 180:2, 182:16

**pointing** [2] - 52:16, 101:11

**points** [3] - 125:19, 163:22, 164:9

**police** [7] - 121:7, 121:8, 121:12, 123:15, 162:3, 162:7, 162:10

**political** [15] - 14:12, 39:5, 39:21, 42:9, 45:7, 46:22, 47:1, 48:17, 66:5, 66:25, 67:24, 121:19, 171:1, 179:9, 181:18

**Pollock** [2] - 19:20, 19:21

**portion** [8] - 80:2, 89:12, 89:13, 89:15, 89:16, 89:22, 89:24, 89:25

**portions** [3] - 39:17, 97:22, 108:6

**position** [74] - 8:3, 8:10, 8:11, 12:6, 13:21, 14:25, 31:14, 43:2, 43:8, 49:11, 49:14, 54:9, 54:10, 64:14, 68:18, 79:24, 79:25, 80:4, 80:5, 80:19, 81:21, 82:17, 82:19, 83:24, 84:1, 84:15, 84:17, 84:21, 84:23, 85:3, 85:13, 85:15, 88:7, 88:8, 89:18, 89:23, 90:3, 96:8, 96:12, 96:13, 96:14, 96:20, 97:2, 98:24, 99:1, 100:12, 100:17, 100:19, 101:5, 103:24, 104:1, 106:21, 108:19, 111:6, 114:17, 142:7, 143:2, 143:16, 143:17, 143:24, 144:2, 144:15, 144:17, 144:18, 145:3, 152:2, 170:24, 171:15, 171:17, 171:23, 172:10

**positions** [22] - 14:25, 15:16, 42:9, 43:18, 75:21, 82:23, 82:24, 83:10, 84:25, 85:1, 88:8, 89:21, 97:9, 99:23, 103:9, 104:10, 104:21, 105:4, 108:14, 111:19, 144:7

**possibility** [1] - 181:4

**possible** [2] - 24:9,

71:13

**post** [2] - 16:6, 16:12

**post-convention** [2] - 16:6, 16:12

**posted** [9] - 15:4, 15:6, 15:9, 79:4, 79:9, 90:15, 111:22, 140:19, 140:21

**power** [5] - 33:1, 80:2, 80:3, 80:14, 84:19

**practical** [2] - 29:8, 30:15

**practice** [5] - 54:4, 101:6, 107:16, 107:22, 114:15

**prayer** [10] - 35:5, 35:18, 35:24, 148:10, 148:15, 154:7, 157:16, 172:18, 179:23, 180:21

**precisely** [1] - 98:5

**predetermined** [1] - 43:6

**preface** [1] - 122:20

**prefer** [1] - 34:1

**preference** [4] - 8:12, 95:21, 95:23, 95:25

**preferred** [3] - 44:11, 44:17, 95:18

**prefers** [1] - 54:10

**prejudice** [3] - 7:23, 55:7, 118:13

**prejudiced** [1] - 55:15

**preliminarily** [16] - 8:21, 9:2, 9:7, 11:5, 48:1, 60:22, 68:25, 132:2, 139:5, 139:8, 174:25, 175:6, 177:6, 178:17, 180:22, 182:8

**preliminary** [15] - 4:11, 6:1, 10:5, 13:23, 20:18, 60:3, 131:15, 137:15, 148:7, 156:3, 167:12, 176:1, 182:23, 182:24, 183:10

**PRELIMINARY** [1] - 1:14

**preparations** [1] - 54:21

**prepare** [2] - 183:19, 184:22

**preparing** [1] - 140:17

**presence** [1] - 51:25

**present** [27] - 6:6, 6:9, 6:19, 7:1, 7:4, 7:25, 16:11, 16:13, 33:22,

59:8, 62:23, 69:2, 69:15, 70:9, 78:13, 82:12, 93:23, 93:24, 110:3, 110:5, 110:12, 130:7, 136:12, 159:14, 159:23, 163:4, 163:16
**presentation** [6] - 7:6, 55:20, 63:4, 176:9, 177:22, 186:18
**presented** [9] - 7:1, 12:3, 43:22, 43:23, 84:4, 116:12, 132:10, 166:19, 174:12
**presenting** [1] - 34:3
**presents** [1] - 49:13
**preservation** [1] - 130:21
**preserve** [2] - 11:11, 137:5
**preserved** [2] - 136:5, 136:16
**preserving** [2] - 19:16, 70:4
**press** [4] - 41:3, 127:24, 156:24, 172:13
**presumably** [2] - 131:7, 139:5
**presuming** [1] - 132:17
**pretty** [3] - 56:6, 105:20, 175:9
**prevail** [4] - 13:25, 175:18, 179:4, 181:12
**prevailed** [1] - 140:10
**prevent** [1] - 20:14
**previous** [1] - 112:16
**price** [1] - 92:2
**principal** [1] - 17:20
**print** [1] - 24:22
**printing** [8] - 18:4, 38:17, 54:19, 54:22, 55:2, 55:5, 55:17, 55:25
**problem** [3] - 107:3, 136:15, 185:21
**procedure** [3] - 15:13, 15:20, 21:25
**procedures** [4] - 46:12, 98:11, 98:22, 116:21
**proceed** [4] - 6:5, 141:3, 183:3
**proceedings** [2] - 187:9, 187:11
**process** [57] - 11:6,

18:9, 20:22, 21:1, 21:2, 21:24, 24:10, 26:23, 32:18, 32:19, 36:12, 36:20, 37:24, 38:5, 41:10, 41:11, 44:14, 48:20, 50:5, 50:16, 51:12, 52:25, 53:1, 54:19, 71:2, 71:6, 82:11, 88:19, 94:1, 109:14, 116:1, 121:19, 125:7, 128:13, 133:25, 137:25, 146:4, 148:13, 148:23, 149:24, 154:5, 154:9, 156:18, 161:10, 161:22, 162:2, 164:4, 168:2, 168:10, 168:23, 169:5, 169:7, 169:12, 169:14, 178:4, 179:22, 180:4
**processes** [4] - 36:18, 38:22, 39:21, 157:18
**produce** [2] - 158:12, 164:2, 167:13, 168:17
**producing** [3] - 158:21, 158:25, 166:24
**product** [2] - 102:4, 102:7
**production** [1] - 169:16
**profession** [2] - 75:12, 119:17
**proffered** [1] - 185:13
**profit** [1] - 60:12
**Progressive** [1] - 76:22
**promote** [1] - 105:24
**promoted** [1] - 122:11
**promulgate** [1] - 102:22
**proof** [3] - 165:2, 165:3, 172:24
**proofs** [1] - 54:21
**proper** [9] - 8:19, 16:7, 24:21, 35:22, 39:20, 65:2, 109:17, 164:10, 165:21
**properly** [12] - 16:2, 16:16, 20:4, 38:20, 56:2, 85:8, 85:9, 85:17, 93:21, 159:7, 167:15, 172:5
**proportion** [1] - 89:2
**proportional** [3] - 77:4, 80:17, 81:1
**proportionate** [1] -

80:22
**proposed** [1] - 131:23
**Proposed** [1] - 185:1
**proposition** [2] - 39:9, 64:1
**prospective** [8] - 103:12, 103:14, 112:5, 112:6, 113:17, 113:18, 117:7, 165:18
**prove** [3] - 27:2, 27:3, 164:5
**provide** [9] - 21:15, 78:10, 109:2, 128:22, 149:13, 165:16, 165:25, 168:23, 176:14
**provided** [5] - 51:1, 73:7, 108:12, 126:7, 177:18
**provides** [1] - 177:14
**providing** [7] - 19:19, 31:24, 71:16, 73:6, 73:14, 169:24, 178:14
**provision** [3] - 40:4, 82:4, 181:15
**provisions** [4] - 62:8, 79:16, 79:19, 79:22
**public** [20] - 14:6, 19:13, 19:16, 19:25, 20:11, 20:14, 33:16, 42:10, 62:2, 115:9, 128:1, 128:7, 128:11, 142:7, 165:7, 165:11, 167:21, 175:19, 175:20
**publications** [1] - 117:13
**publicize** [1] - 112:2
**publicized** [1] - 116:5
**publicly** [5] - 15:4, 15:6, 16:19, 44:11, 79:9
**publish** [7] - 65:23, 104:7, 112:2, 112:9, 112:13, 112:18, 112:23
**published** [13] - 68:16, 86:9, 88:6, 103:20, 104:13, 112:20, 117:13, 126:24, 165:17, 165:18, 171:2, 171:5, 179:6
**pulled** [3] - 30:3, 120:14, 120:17
**pulling** [1] - 90:12
**purely** [2] - 40:9,

46:22
**purple** [1] - 161:15
**purpose** [13] - 70:2, 78:25, 79:1, 81:1, 130:1, 131:23, 132:23, 143:14, 143:25, 147:2, 154:1, 155:16, 180:6
**purposefully** [1] - 108:13
**purposes** [15] - 23:15, 23:17, 26:6, 59:18, 59:19, 109:23, 131:15, 136:5, 136:6, 137:3, 137:11, 177:5, 179:2, 180:7, 185:14
**pursuant** [1] - 16:3
**pursued** [1] - 162:11
**pushed** [3] - 121:7, 121:11, 123:15
**put** [13] - 4:17, 9:20, 23:25, 31:13, 44:8, 70:25, 103:18, 103:20, 116:6, 135:11, 139:19, 179:5, 184:7
**puts** [1] - 23:22
**putting** [1] - 30:7

**Q**

**qualifications** [1] - 112:4
**questioning** [4] - 111:20, 115:19, 159:20, 168:16
**questions** [29] - 21:9, 21:11, 45:2, 45:12, 45:14, 56:5, 59:8, 73:16, 73:21, 95:9, 111:1, 111:3, 111:17, 113:12, 114:5, 115:16, 117:17, 118:12, 136:20, 139:14, 157:23, 158:9, 159:9, 162:15, 162:16, 162:17, 166:23, 168:14, 169:25
**quick** [1] - 111:12
**quickest** [1] - 152:8
**quickly** [3] - 173:25, 183:25, 184:7
**quintessentially** [2] - 39:5, 171:1
**quite** [4] - 48:5, 131:19, 151:20, 162:1

**quo** [3] - 11:12, 19:7, 19:8
**quorum** [12] - 16:2, 16:7, 16:14, 92:8, 92:10, 92:12, 92:15, 110:2, 110:3, 110:5, 110:12, 148:1, 166:13
**quote** [15] - 39:19, 41:5, 42:25, 43:1, 43:10, 43:17, 77:9, 98:10, 98:16, 148:18, 148:25, 150:18, 150:21, 156:25, 157:1
**quote/unquote** [1] - 112:5
**quotes** [1] - 90:12
**quoting** [1] - 39:17

**R**

**race** [3] - 140:11, 142:2, 142:18
**races** [2] - 142:23, 144:15
**racial** [1] - 81:14
**raise** [4] - 74:8, 118:14, 118:17, 160:2
**raised** [7] - 25:9, 48:22, 69:22, 101:12, 123:21, 127:22, 127:23
**raises** [1] - 166:23
**rather** [2] - 157:11, 157:12
**ratification** [1] - 93:5
**ratify** [3] - 16:2, 92:18, 92:19
**ratifying** [1] - 147:25
**raw** [29] - 17:5, 17:9, 17:10, 17:11, 94:6, 94:17, 94:24, 95:2, 95:5, 121:3, 123:21, 124:17, 125:10, 125:12, 125:13, 135:10, 138:14, 138:24, 153:6, 154:18, 155:3, 158:12, 159:1, 166:24, 167:6, 167:13, 168:18, 168:24, 169:16
**reach** [3] - 52:8, 70:3, 73:1
**reach-out** [1] - 52:8
**reached** [1] - 48:13
**read** [9] - 10:7, 25:11, 35:17, 77:16, 92:20,

97:22, 98:16, 141:22
**reading** [1] - 49:2
**ready** [2] - 34:21, 51:21
**real** [2] - 39:15, 110:14
**realized** [1] - 91:21
**really** [15] - 35:18, 40:24, 48:16, 58:1, 73:15, 113:10, 123:9, 125:7, 127:1, 127:19, 142:24, 161:7, 168:11, 168:15, 176:19
**reason** [23] - 15:17, 15:18, 15:25, 16:15, 17:3, 17:13, 31:10, 32:11, 32:25, 46:8, 46:9, 46:14, 64:25, 65:24, 69:2, 70:5, 84:16, 98:18, 153:5, 153:20, 173:18, 174:23, 176:9
**reasonable** [3] - 17:19, 35:12, 55:13
**reasons** [14] - 12:13, 14:19, 20:17, 30:20, 40:13, 49:6, 57:22, 132:1, 132:21, 135:17, 173:1, 176:4, 183:23, 184:12
**recalculate** [1] - 138:23
**recalculating** [1] - 155:24
**receipt** [1] - 72:11
**receive** [6] - 5:22, 52:7, 72:1, 89:23, 141:10, 141:15
**received** [7] - 5:18, 52:11, 71:10, 72:23, 95:5, 124:18, 124:23
**receives** [2] - 72:2, 123:25
**recent** [1] - 12:17
**recently** [2] - 67:10, 113:14
**recitation** [4] - 49:14, 108:8, 108:9, 108:10
**recite** [1] - 108:6
**recited** [3] - 46:25, 49:5, 174:3
**recognize** [2] - 33:7, 106:21
**recognized** [4] - 44:5, 45:8, 57:14, 57:17
**recognizes** [1] - 43:21
**recognizing** [1] - 81:19
**recollection** [1] -

142:10
**recommended** [1] - 77:25
**record** [34] - 4:5, 4:18, 7:9, 7:14, 10:1, 10:3, 28:24, 34:24, 36:23, 69:10, 70:23, 71:1, 73:18, 101:10, 111:6, 129:2, 130:21, 131:24, 131:25, 132:11, 136:5, 136:17, 137:5, 149:5, 163:17, 163:21, 183:23, 184:12, 185:10, 185:13, 186:4, 186:7, 186:8, 187:11
**records** [2] - 17:18, 45:4
**recount** [19] - 20:22, 21:6, 36:7, 36:18, 40:20, 51:11, 125:2, 147:15, 150:18, 151:2, 151:9, 151:25, 153:13, 153:14, 168:15, 168:21, 179:22, 180:5, 180:11
**recounting** [1] - 168:19
**recounts** [5] - 147:8, 151:1, 151:6, 151:21, 151:22
**rectified** [1] - 169:20
**Redirect** [2] - 3:5, 3:9
**REDIRECT** [2] - 111:15, 158:6
**redirect** [2] - 111:10, 158:3
**redress** [1] - 164:25
**refer** [1] - 131:8
**reference** [4] - 9:10, 28:5, 67:15, 90:13
**referenced** [5] - 25:25, 29:17, 43:9, 44:4, 94:16
**referencing** [3] - 26:2, 67:18, 130:17
**referred** [2] - 71:5, 71:11
**referring** [5] - 93:9, 104:3, 104:4, 140:9, 180:18
**reflect** [2] - 34:24, 101:10
**reflects** [1] - 187:12
**refused** [1] - 17:4
**refuting** [1] - 170:9
**regard** [28] - 6:4, 9:11,

18:6, 21:24, 22:3, 22:6, 22:19, 28:13, 31:23, 45:17, 49:21, 60:16, 61:10, 67:23, 68:19, 68:20, 71:4, 71:16, 73:21, 118:3, 118:6, 175:3, 178:2, 178:8, 181:10, 182:9, 183:7, 184:25
**regarding** [17] - 15:18, 23:25, 27:21, 56:11, 58:25, 64:16, 72:10, 111:18, 111:24, 116:9, 158:15, 164:8, 164:21, 166:17, 168:14, 169:4, 174:1
**regardless** [5] - 13:4, 130:18, 177:6, 177:16, 177:19
**Regent** [7] - 87:13, 103:24, 104:21, 106:6, 106:16, 148:13, 171:15
**regent** [3] - 44:23, 96:12, 144:3
**Regents** [15] - 11:7, 11:23, 14:24, 20:4, 32:12, 55:3, 64:22, 82:20, 83:6, 96:21, 114:2, 148:22, 154:9, 161:3, 179:21
**regents** [5] - 78:6, 81:22, 82:19, 96:4, 96:7
**reiterate** [1] - 120:24
**reiterating** [1] - 141:17
**rejected** [2] - 122:3, 145:23
**rejecting** [1] - 127:16
**related** [6] - 25:14, 71:4, 71:7, 72:2, 72:8, 72:11
**relates** [1] - 35:6
**release** [8] - 17:4, 41:3, 127:24, 154:17, 155:3, 156:25, 157:7, 172:13
**released** [4] - 94:5, 94:6, 94:25, 95:3
**releasing** [1] - 155:24
**relevance** [1] - 111:22
**relevant** [2] - 16:4, 108:23
**reliability** [1] - 131:21
**relied** [1] - 109:21
**relief** [58] - 10:5, 14:2, 17:23, 22:2, 22:18, 23:19, 25:6, 25:15,

27:7, 28:14, 28:17, 29:5, 29:18, 31:12, 31:19, 35:5, 35:15, 35:18, 35:24, 37:8, 40:1, 40:16, 45:19, 45:20, 46:5, 46:18, 53:9, 53:12, 53:16, 54:11, 55:21, 57:20, 60:4, 65:6, 148:10, 148:15, 154:7, 156:3, 157:17, 172:19, 172:25, 173:20, 175:5, 175:25, 176:3, 176:10, 177:1, 178:12, 179:3, 179:16, 179:23, 180:22, 181:9, 182:8, 182:10, 182:17, 183:16
**religious** [1] - 81:14
**reluctance** [1] - 166:24
**rely** [1] - 63:24
**relying** [2] - 90:9, 137:4
**remains** [1] - 172:21
**remarkable** [2] - 171:10, 172:7
**remarks** [5] - 163:14, 163:15, 163:19, 170:5, 173:6
**remedies** [1] - 19:19
**remedy** [12] - 11:11, 65:5, 125:8, 146:22, 146:23, 146:25, 147:1, 147:4, 147:7, 152:16, 155:25, 181:23
**remember** [3] - 106:9, 146:9
**remind** [2] - 170:11, 171:12
**reminder** [1] - 72:8
**Renee** [1] - 160:14
**renewed** [4] - 4:14, 4:15, 36:4
**repeated** [2] - 17:8, 46:13
**repetition** [2] - 32:10, 56:25
**rephrase** [2] - 85:24, 91:12
**replaced** [2] - 77:7, 77:10
**replacing** [1] - 78:1
**reply** [1] - 34:15
**report** [2] - 93:14, 94:9, 155:2
**reported** [8] - 16:19,

16:25, 86:12, 86:14, 135:24, 137:23, 139:4, 139:6
**REPORTED** [1] - 2:23
**reporter** [2] - 185:2, 185:18
**Reporter** [1] - 187:7
**reporting** [2] - 126:12, 127:10
**reports** [1] - 16:12
**represent** [2] - 11:3, 35:2, 81:25
**representation** [5] - 59:22, 80:18, 81:3, 81:18, 81:23
**represented** [4] - 60:2, 115:13, 117:8, 170:6
**representing** [2] - 59:17, 134:8
**represents** [1] - 134:8
**Republican** [4] - 14:15, 48:11, 48:13, 66:7
**request** [20] - 10:5, 17:19, 20:18, 23:19, 24:19, 35:21, 45:25, 46:17, 46:18, 60:22, 68:25, 124:17, 127:17, 156:2, 176:6, 177:2, 177:9, 180:21, 182:22, 182:24
**requested** [10] - 28:14, 35:6, 41:18, 46:5, 172:25, 175:5, 176:3, 179:16, 180:7, 182:10
**requesting** [5] - 22:3, 40:16, 45:19, 48:1, 177:11
**requests** [2] - 152:21, 183:9
**require** [3] - 54:2, 80:13, 153:3
**required** [20] - 15:10, 16:6, 44:18, 72:19, 73:6, 82:11, 92:18, 92:19, 93:19, 94:25, 96:9, 102:25, 103:10, 103:18, 104:11, 107:2, 112:1, 112:23, 175:12, 177:14
**requirement** [1] - 88:22
**requirements** [1] - 72:10
**requires** [2] - 88:23, 106:3
**requiring** [1] - 158:12

**reserved** [3] - 42:8, 143:14, 170:23
**resolution** [1] - 56:20
**resolutions** [1] - 140:20
**resolve** [7] - 13:10, 59:4, 119:25, 123:19, 128:10, 135:17, 169:18
**resolved** [3] - 153:3, 153:18, 157:12
**resources** [1] - 164:20
**respect** [9] - 9:14, 14:8, 14:18, 29:15, 41:21, 56:14, 62:12, 111:7, 175:2
**respective** [3] - 57:2, 73:6, 187:13
**respond** [1] - 56:9
**responding** [1] - 29:24
**response** [8] - 10:3, 10:10, 51:4, 126:21, 127:13, 127:18, 136:23, 172:16
**rest** [3] - 28:14, 155:21, 184:2
**restrain** [1] - 25:19
**restraining** [5] - 4:13, 4:16, 45:20, 45:25, 46:16
**RESTRAINING** [1] - 1:13
**rests** [1] - 46:23
**result** [14] - 11:17, 13:19, 22:5, 40:18, 41:1, 50:19, 55:25, 88:5, 88:7, 91:24, 135:24, 139:3, 162:8, 162:9
**resulted** [3] - 15:14, 37:16, 50:18
**resulting** [1] - 89:12
**results** [26] - 12:25, 13:2, 51:14, 89:22, 92:19, 92:21, 93:5, 119:24, 120:11, 120:24, 121:9, 123:10, 123:14, 126:11, 130:4, 133:3, 133:21, 135:1, 135:25, 137:22, 140:9, 146:20, 147:2, 150:14, 154:3
**retained** [2] - 30:21, 30:22
**returned** [1] - 185:19
**reveal** [1] - 153:6
**Revenue** [1] - 45:9

**review** [11] - 26:23, 32:10, 57:1, 77:2, 97:20, 127:12, 136:17, 137:20, 149:24, 152:1, 180:14
**reviewable** [1] - 125:6
**reviewed** [3] - 97:21, 127:13, 141:1
**reviewing** [3] - 137:4, 146:25, 147:1
**revolution** [1] - 165:23
**rewrite** [4] - 36:24, 40:10, 77:9, 112:22
**ridiculously** [1] - 110:17
**rights** [13] - 11:13, 18:13, 18:16, 19:9, 19:10, 20:15, 37:2, 39:23, 57:5, 63:22, 112:7, 119:18, 121:16
**ripe** [4] - 23:7, 23:9, 23:11
**rises** [1] - 61:15
**Road** [1] - 1:18
**Robert's** [1] - 38:12
**role** [1] - 40:12
**room** [1] - 122:12
**Rossi** [1] - 67:13
**RPR** [2] - 2:24, 187:20
**Rule** [1] - 79:8
**rule** [14] - 26:1, 54:2, 63:8, 68:24, 72:9, 94:20, 99:11, 102:19, 108:8, 112:1, 114:4, 114:21, 142:1, 145:2
**rules** [132] - 12:11, 12:14, 12:20, 12:21, 13:10, 13:16, 14:23, 15:7, 15:9, 18:14, 19:12, 19:23, 21:16, 42:1, 42:2, 42:12, 42:18, 42:19, 42:20, 44:19, 46:6, 46:23, 50:21, 60:14, 66:5, 66:16, 66:25, 71:23, 71:25, 77:10, 77:11, 77:18, 77:25, 78:8, 78:21, 78:23, 78:25, 79:1, 79:4, 79:7, 79:9, 79:10, 79:12, 80:12, 81:5, 81:6, 84:10, 85:6, 85:13, 85:16, 85:18, 89:19, 90:9, 90:12, 90:14, 91:16, 92:16, 95:22, 96:1, 96:2, 96:11, 97:5, 98:11, 98:22,

98:23, 98:25, 99:17, 99:18, 100:3, 100:5, 100:6, 100:8, 100:10, 103:21, 104:3, 104:4, 104:6, 104:14, 104:15, 104:17, 108:6, 111:22, 112:18, 112:19, 112:21, 112:22, 112:24, 112:25, 113:3, 113:6, 113:13, 113:20, 115:6, 116:14, 116:25, 117:2, 117:3, 120:17, 120:18, 124:25, 126:1, 127:14, 127:15, 140:18, 140:20, 140:25, 141:12, 141:14, 141:23, 143:7, 143:23, 144:8, 144:9, 146:4, 146:8, 146:24, 150:19, 150:20, 156:19, 158:13, 158:18, 159:3, 165:16, 166:4, 170:19, 171:14, 180:3, 180:24, 181:19
**Rules** [5] - 38:12, 76:18, 76:20, 76:22, 92:17
**ruling** [6] - 23:21, 28:13, 175:3, 181:11, 182:15, 182:25
**run** [7] - 33:10, 82:9, 85:11, 112:3, 112:14, 138:20, 139:2
**running** [6] - 77:23, 78:3, 82:24, 140:11, 142:3, 143:2
**runs** [1] - 32:12
**rushed** [1] - 38:15
**RVE** [1] - 78:2
**Ryder** [4] - 12:2, 84:5, 102:2, 105:21
**Ryder-Diggs** [4] - 12:2, 84:5, 102:2, 105:21

## S

**S-h-a-r-o-n** [2] - 7:15, 74:25
**safe** [1] - 142:1
**sake** [1] - 164:2

**satisfaction** [1] - 22:23
**satisfied** [1] - 13:22
**satisfies** [1] - 183:25
**satisfy** [1] - 13:22
**Saturday** [3] - 124:13, 138:16, 138:18
**saw** [16] - 30:2, 33:9, 52:5, 61:8, 83:17, 94:2, 101:3, 101:7, 101:20, 114:19, 115:9, 115:10, 126:22, 127:22, 165:7
**scheduled** [1] - 31:22
**scholarly** [1] - 49:14
**school** [1] - 23:6
**scope** [7] - 70:1, 70:7, 118:4, 132:4, 132:12, 134:20, 159:20
**SCOTT** [1] - 1:21
**Scott** [2] - 5:7, 34:24
**scratch** [1] - 26:5
**seat** [8] - 79:13, 86:15, 86:16, 138:12, 142:16, 145:4, 164:6, 166:10
**seated** [3] - 74:14, 118:23, 160:8
**seats** [9] - 11:24, 15:14, 32:14, 62:19, 64:21, 88:16, 142:11, 142:14, 145:3
**second** [4] - 15:25, 91:3, 138:12, 147:19
**secondly** [1] - 138:13
**secrecy** [3] - 158:15, 159:3, 169:13
**secret** [5] - 17:7, 94:22, 158:19, 158:23, 168:22
**secretary** [1] - 37:14
**Secretary** [97] - 1:10, 5:13, 5:17, 9:8, 9:12, 9:16, 13:16, 18:25, 21:14, 21:19, 22:7, 23:2, 23:20, 23:22, 24:1, 24:3, 24:8, 24:14, 24:22, 25:1, 25:19, 26:13, 27:5, 27:11, 27:18, 27:19, 28:4, 28:12, 28:15, 30:5, 31:21, 35:3, 35:6, 35:9, 35:11, 35:21, 37:11, 37:17, 37:18, 38:2, 38:16, 38:20, 39:11, 40:22, 41:16, 43:25, 46:2,

53:5, 53:21, 54:6, 55:7, 55:15, 56:3, 60:20, 61:6, 63:9, 63:10, 64:10, 71:8, 106:17, 106:19, 106:20, 106:24, 107:1, 111:6, 126:3, 126:23, 126:24, 137:23, 137:25, 139:4, 139:7, 150:14, 152:19, 153:12, 153:17, 153:20, 153:23, 153:24, 154:10, 154:11, 155:2, 164:15, 173:10, 173:16, 173:19, 176:13, 177:2, 177:13, 178:1, 178:13, 178:21, 179:11, 183:12, 183:14, 183:17, 184:13
**Secretary's** [2] - 54:9, 54:11
**section** [5] - 14:22, 40:4, 97:5, 100:11, 100:16
**sections** [1] - 15:11
**secured** [1] - 19:11
**see** [34] - 6:19, 14:14, 16:8, 16:25, 84:7, 93:7, 93:14, 93:25, 97:4, 101:13, 102:14, 108:25, 109:3, 113:20, 116:22, 120:7, 123:1, 123:3, 123:13, 128:16, 128:23, 134:10, 145:22, 148:4, 150:1, 153:7, 154:18, 155:3, 157:7, 162:11, 165:19, 167:3, 169:11
**seeing** [3] - 33:8, 122:9, 169:12
**seek** [4] - 19:17, 65:6, 164:24, 181:9
**seeking** [4] - 11:5, 35:15, 53:17, 175:14
**seem** [2] - 41:22, 147:12
**sees** [1] - 165:7
**selected** [2] - 18:8, 20:5
**Selma** [1] - 161:17
**send** [5] - 37:19, 71:11, 72:24, 121:3,

185:22
**sending** [1] - 72:12
**sense** [1] - 131:20
**sent** [7] - 59:2, 72:7, 73:10, 73:12, 120:22, 125:9
**sentence** [2] - 98:10, 116:20
**sentiment** [1] - 181:22
**separate** [1] - 182:22
**separately** [1] - 106:13
**September** [12] - 1:15, 4:2, 13:5, 13:11, 18:25, 19:2, 41:5, 54:25, 56:17, 56:21, 156:25, 187:14
**serious** [1] - 11:2
**serve** [2] - 33:3, 76:15
**served** [6] - 9:11, 9:14, 10:2, 20:11, 36:22, 77:1
**serves** [1] - 65:25
**Service** [1] - 45:9
**service** [1] - 9:14
**serving** [1] - 82:16
**set** [8] - 16:10, 21:21, 30:6, 52:21, 52:22, 91:19, 141:14, 163:9
**sets** [1] - 72:18
**settle** [2] - 40:10, 139:12
**seven** [5] - 87:18, 88:10, 88:16, 109:6
**several** [6] - 43:5, 81:6, 82:18, 99:17, 111:17, 167:4
**shakes** [1] - 183:4
**shall** [5] - 15:4, 37:18, 89:23, 93:4, 93:13
**share** [1] - 80:22
**SHARON** [3] - 3:8, 74:13, 75:1
**Sharon** [18] - 6:15, 7:5, 7:8, 12:19, 12:23, 15:19, 41:24, 42:14, 70:16, 74:7, 74:23, 75:6, 75:8, 95:9, 111:17, 118:24, 138:5, 166:6
**Sharon's** [2] - 12:22, 143:8
**Shauna** [4] - 12:2, 84:5, 102:2, 105:21
**SHEREEF** [1] - 1:17
**Shereef** [1] - 4:21
**shereef@ akeelvalentine.com** [1] - 1:20
**shirt** [1] - 161:15

**shirts** [3] - 58:20, 128:24, 129:16
**shocked** [1] - 130:4
**shockingly** [1] - 125:21
**short** [3] - 68:23, 70:22, 163:11
**Shorthand** [1] - 187:6
**shove** [1] - 162:4
**show** [9] - 58:17, 58:23, 123:21, 129:13, 130:5, 133:18, 175:24, 177:8
**showed** [1] - 175:17
**showing** [1] - 129:23
**shown** [3] - 83:8, 109:18, 165:11
**shows** [4] - 86:11, 87:6, 87:8, 134:18
**sic** [1] - 96:7
**sic)** [1] - 14:20
**side** [8] - 4:19, 8:22, 26:16, 32:1, 34:2, 161:19, 171:6, 183:19
**sides** [2] - 69:9, 70:3
**sign** [4] - 113:23, 123:2, 183:25, 186:7
**signature** [1] - 76:6
**signed** [2] - 97:16, 170:8
**significance** [5] - 79:6, 111:25, 113:1, 114:19, 116:24
**signs** [1] - 129:17
**similar** [3] - 35:19, 48:7, 171:17
**Simon** [1] - 2:24
**simple** [6] - 65:14, 77:22, 151:20, 152:12, 158:25, 184:12
**simply** [12] - 13:15, 20:1, 20:12, 40:12, 51:5, 53:14, 59:18, 63:23, 73:4, 169:15, 172:8, 173:13
**single** [15] - 18:19, 40:3, 79:24, 79:25, 80:4, 84:21, 85:13, 99:21, 106:6, 144:15, 144:17, 145:4, 170:10, 171:4
**single-position** [7] - 79:24, 79:25, 80:4, 84:21, 85:13, 144:15, 144:17
**sit** [1] - 9:9
**sitting** [1] - 170:13

**situation** [3] - 12:5, 171:7, 174:17
**situations** [1] - 112:16
**six** [4] - 36:3, 76:21, 87:2, 148:16
**slate** [144] - 12:3, 12:4, 12:8, 15:11, 15:14, 15:23, 32:16, 32:21, 32:25, 33:1, 33:9, 33:14, 41:21, 42:7, 42:21, 42:23, 43:4, 43:9, 43:21, 43:23, 44:3, 44:4, 44:9, 44:15, 44:17, 44:22, 77:24, 79:14, 80:17, 81:8, 81:17, 82:6, 82:10, 83:11, 83:20, 83:23, 84:2, 84:9, 84:13, 84:16, 85:16, 86:3, 86:6, 86:16, 88:7, 88:8, 88:14, 88:18, 88:22, 88:25, 89:10, 89:14, 89:16, 89:17, 89:21, 89:25, 90:1, 90:4, 91:19, 91:24, 92:3, 95:19, 96:6, 96:9, 98:10, 98:21, 99:2, 99:8, 99:22, 100:11, 100:24, 101:2, 101:4, 101:17, 102:10, 103:8, 103:23, 103:25, 104:10, 104:21, 105:3, 105:6, 105:11, 105:16, 105:19, 105:22, 105:23, 106:3, 106:4, 106:8, 106:18, 106:21, 107:3, 107:5, 107:11, 107:17, 107:19, 107:20, 109:22, 111:18, 113:22, 114:10, 114:18, 115:2, 115:11, 116:9, 117:7, 117:9, 117:14, 122:11, 138:1, 138:3, 138:11, 140:14, 141:1, 141:4, 141:6, 141:11, 141:17, 141:20, 141:24, 141:25, 142:8, 143:3, 143:9, 143:14, 145:10, 153:4, 153:6, 153:15, 154:17, 155:1, 165:4, 155:16, 165:19,

165:21, 166:2, 166:9, 168:7, 169:19, 170:22, 171:15, 174:12
**slate's** [1] - 88:25
**slate-voting** [1] - 169:19
**slates** [7] - 43:6, 88:24, 89:2, 106:3, 109:20, 114:25, 115:4
**slating** [1] - 15:15
**slight** [1] - 18:24
**so-called** [2] - 41:8, 41:9
**solely** [2] - 46:23, 105:18
**solution** [1] - 169:20
**someone** [7] - 38:10, 71:7, 110:13, 110:23, 110:24, 121:25, 180:15
**sometime** [1] - 52:2
**somewhat** [1] - 31:24
**soon** [1] - 127:12
**sorry** [16] - 19:1, 41:23, 42:20, 42:25, 44:7, 44:9, 67:16, 67:17, 87:3, 87:10, 96:4, 101:15, 108:18, 121:5, 124:12, 124:21
**sort** [11] - 47:3, 48:4, 50:7, 51:24, 52:16, 52:25, 53:1, 53:2, 54:19, 55:12, 136:22
**sorted** [2] - 48:18, 118:4
**sought** [1] - 55:21
**sounds** [6] - 28:9, 76:2, 95:18, 150:2, 150:10, 152:17
**source** [1] - 109:10
**sources** [1] - 132:10
**sparse** [1] - 149:12
**speaks** [1] - 149:5
**specialist** [1] - 75:15
**specific** [4] - 176:4, 176:9, 182:10
**specifically** [7] - 59:23, 66:4, 79:2, 82:10, 96:23, 170:21, 182:9
**speculating** [2] - 103:4, 103:5
**spell** [4] - 7:8, 74:21, 119:5, 160:11
**spent** [1] - 122:19
**spite** [1] - 29:25
**sponsored** [1] - 165:6

**sponte** [1] - 53:21
**spot** [2] - 143:2, 144:18
**spots** [1] - 144:19
**SS** [1] - 187:1
**stage** [2] - 89:14, 161:17
**staggered** [3] - 32:14, 113:7, 168:6
**stand** [1] - 118:6
**standalone** [1] - 46:3
**standards** [1] - 27:1
**stands** [1] - 77:4
**start** [3] - 4:18, 16:18, 70:24
**started** [2] - 130:5, 162:3
**starting** [1] - 132:3
**starts** [3] - 54:17, 88:16, 109:6
**state** [20] - 11:20, 16:3, 26:18, 43:14, 47:16, 53:10, 55:4, 61:23, 68:8, 71:25, 72:22, 74:20, 76:13, 76:25, 77:15, 119:3, 119:4, 126:1, 160:11
**STATE** [2] - 1:1, 187:1
**State** [106] - 1:10, 5:14, 9:12, 9:16, 13:16, 19:1, 21:14, 21:19, 22:7, 23:2, 23:20, 23:23, 24:1, 24:3, 24:8, 24:14, 24:22, 25:1, 25:19, 26:13, 27:5, 27:11, 27:19, 28:4, 28:12, 28:16, 30:5, 31:21, 32:13, 35:3, 35:7, 35:9, 35:11, 35:21, 37:11, 37:17, 37:18, 38:2, 38:17, 38:20, 39:11, 40:22, 41:16, 43:25, 46:2, 54:6, 60:21, 61:6, 63:9, 63:11, 64:10, 71:9, 71:24, 72:3, 72:6, 76:16, 76:18, 92:6, 92:11, 106:17, 106:20, 106:24, 107:1, 114:2, 114:3, 115:7, 116:2, 126:3, 126:23, 126:24, 137:23, 137:25, 139:4, 139:7, 142:14, 142:15, 150:14, 152:19, 153:12, 153:17, 153:20, 153:23, 153:24, 154:10,

154:11, 155:2, 164:15, 171:18, 171:19, 173:10, 174:10, 174:11, 176:13, 177:3, 177:13, 178:1, 178:13, 178:21, 179:11, 183:12, 183:14, 183:17, 184:14
**state-wide** [1] - 55:4
**statement** [1] - 128:11
**statements** [1] - 128:7
**States** [1] - 37:3
**states** [2] - 116:20, 165:4
**stating** [1] - 39:9, 57:21, 62:11, 66:16
**status** [3] - 11:12, 19:7, 19:8
**statute** [10] - 37:17, 38:20, 54:14, 176:13, 176:15, 177:4, 178:3, 178:15, 182:2, 182:5
**statutes** [2] - 59:13, 60:6
**statutory** [4] - 38:1, 54:12, 63:22, 181:15
**stay** [10] - 8:13, 8:14, 8:16, 11:5, 13:16, 24:7, 39:6, 40:13, 47:23, 61:14
**stayed** [1] - 39:13
**STENOGRAPHER** [1] - 187:4
**Stenographer** [1] - 187:20
**stenographic** [1] - 187:11
**step** [10] - 22:22, 24:10, 25:18, 27:17, 27:18, 34:13, 117:19, 159:10, 162:20
**stick** [1] - 60:1
**stickers** [1] - 131:3
**still** [11] - 22:21, 27:16, 27:24, 48:2, 56:16, 56:19, 89:17, 113:10, 129:12, 137:18, 172:21
**stipulate** [1] - 134:15
**Stone** [1] - 1:22
**stop** [7] - 23:19, 26:13, 126:17, 137:25, 152:14, 177:2, 177:6
**stopped** [1] - 178:21
**stopping** [2] - 22:6,

178:13
**stops** [1] - 23:1
**straight** [1] - 110:18
**straightforward** [1] - 56:6
**strategy** [1] - 27:24
**Street** [1] - 2:2
**strike** [3] - 86:4, 122:20, 153:20
**strong** [1] - 11:16
**students** [1] - 169:9
**stuffing** [1] - 94:12
**stunned** [1] - 58:25
**sua** [1] - 53:21
**subcommittee** [1] - 77:1
**subject** [4] - 29:1, 35:22, 45:21, 61:11
**submission** [3] - 18:24, 24:6, 42:16
**submit** [5] - 10:2, 38:1, 107:4, 126:2, 127:9
**submitted** [6] - 6:15, 13:4, 36:21, 56:2, 106:23, 170:7
**subpart** [3] - 42:21, 148:15, 179:23
**subsection** [1] - 53:6
**subsequently** [1] - 4:14
**substantial** [1] - 80:20
**substantive** [1] - 133:8
**succeed** [8] - 14:19, 14:20, 17:14, 26:22, 27:2, 27:6, 29:12, 65:10
**suffer** [4] - 14:1, 17:22, 18:11, 18:23
**suffered** [1] - 19:3
**suffice** [1] - 184:14
**sufficient** [1] - 18:3
**sufficiently** [4] - 178:25, 179:3, 181:11, 182:6
**suggest** [3] - 171:6, 172:3, 184:24
**suggesting** [3] - 10:15, 102:3, 102:6
**suggestion** [3] - 7:7, 45:3, 53:24
**suggests** [1] - 103:7
**Suite** [2] - 1:19, 1:23
**summaries** [3] - 72:12, 72:13, 73:15
**summarize** [2] - 76:11, 117:4
**summary** [1] - 82:8
**Sunday** [1] - 124:12

**supervision** [1] - 39:22
**support** [10] - 19:5, 31:2, 49:10, 68:17, 83:20, 97:17, 130:2, 133:10, 133:16, 133:19
**supporters** [7] - 129:18, 133:20, 134:1, 134:9, 134:14, 134:15, 147:22
**supporting** [1] - 133:13
**supposed** [6] - 11:6, 40:11, 60:20, 113:23, 140:21, 174:15
**supposedly** [1] - 122:1
**Supreme** [16] - 39:7, 39:8, 39:12, 39:18, 61:10, 64:4, 67:22, 71:23, 72:9, 72:21, 171:3, 179:12, 179:13, 179:14, 180:19
**surface** [1] - 26:5
**surprise** [1] - 115:3
**surprised** [1] - 60:11
**surprising** [1] - 12:25
**surrounded** [1] - 162:6
**sustained** [2] - 49:8, 61:1
**swap** [1] - 55:22
**sway** [1] - 58:13
**swear** [3] - 74:10, 118:19, 160:4
**switch** [1] - 55:22
**sworn** [5] - 28:25, 75:3, 119:12, 160:19, 170:7
**system** [1] - 77:21
**systems** [1] - 79:2

**T**

**T-shirts** [1] - 129:16
**table** [1] - 4:24
**tabulate** [2] - 14:22, 145:13
**tabulated** [1] - 126:14
**tabulates** [2] - 123:25, 124:9
**tabulating** [3] - 122:2, 145:21, 145:22
**tabulation** [5] - 15:13, 88:18, 122:7, 122:12, 174:14

**tabulations** [1] - 121:14
**talks** [1] - 42:22
**tallied** [5] - 85:11, 85:14, 85:17, 86:2, 180:13
**tally** [9] - 21:3, 85:8, 85:9, 86:2, 133:18, 136:23, 153:9, 166:22, 180:15
**tallying** [1] - 12:11
**task** [2] - 21:5, 158:25
**technically** [1] - 178:14
**temporary** [3] - 4:13, 4:16, 18:24
**TEMPORARY** [1] - 1:13
**tent** [1] - 165:25
**terms** [11] - 7:14, 20:2, 20:6, 60:14, 70:8, 71:17, 73:1, 73:2, 77:20, 155:21, 163:14
**terrible** [1] - 49:12
**test** [1] - 55:6
**testified** [9] - 75:3, 119:12, 131:19, 135:15, 135:16, 135:21, 137:8, 140:5, 160:19
**testify** [13] - 6:11, 6:13, 7:6, 12:24, 15:19, 28:25, 41:25, 63:5, 64:11, 69:21, 132:18, 133:24, 134:11
**testifying** [2] - 70:11, 115:17
**testimony** [35] - 6:6, 7:1, 15:24, 64:19, 69:1, 69:17, 70:2, 70:6, 70:9, 70:25, 95:17, 118:3, 118:5, 118:15, 132:5, 133:1, 134:21, 135:7, 136:7, 136:13, 136:19, 137:6, 140:8, 143:8, 161:6, 166:17, 170:6, 170:15, 172:16, 174:22, 177:7, 177:17, 177:21, 187:9, 187:11
**THE** [184] - 1:14, 4:4, 4:23, 5:3, 5:9, 5:18, 5:21, 5:24, 6:4, 6:12, 6:22, 6:25, 7:7, 7:12, 7:17, 8:2, 8:6, 8:9,

8:12, 8:17, 8:20, 8:25, 9:4, 9:10, 9:18, 9:22, 9:25, 10:7, 10:9, 10:14, 10:19, 10:22, 21:10, 21:13, 22:14, 22:17, 23:10, 24:24, 25:5, 25:9, 27:12, 27:14, 27:23, 28:19, 28:21, 29:2, 29:13, 29:22, 30:3, 31:6, 31:8, 31:10, 33:21, 34:5, 34:9, 34:12, 34:17, 34:20, 45:13, 47:6, 47:14, 48:22, 49:24, 51:15, 51:17, 51:20, 52:20, 56:7, 56:9, 57:7, 59:10, 59:25, 60:9, 60:13, 60:16, 61:20, 62:21, 62:25, 64:13, 66:3, 66:21, 67:11, 67:15, 67:18, 67:21, 68:2, 68:5, 68:10, 68:11, 68:19, 68:22, 69:9, 69:24, 70:13, 70:18, 70:21, 70:24, 73:24, 74:1, 74:3, 74:8, 74:14, 74:19, 74:20, 74:23, 75:24, 78:17, 78:18, 83:14, 85:23, 85:25, 91:3, 91:13, 92:25, 95:10, 98:1, 101:13, 111:2, 111:9, 111:13, 115:18, 115:21, 117:18, 117:20, 117:22, 118:1, 118:13, 118:17, 118:23, 119:6, 119:8, 128:20, 129:4, 130:9, 130:24, 131:2, 131:7, 131:11, 132:22, 134:2, 134:4, 135:3, 135:5, 135:11, 135:14, 136:11, 136:15, 137:2, 139:15, 139:18, 139:23, 157:24, 158:3, 159:10, 159:13, 159:16, 159:24, 160:2, 160:8, 160:13, 160:16, 162:16, 162:19, 162:22, 162:24, 163:3, 163:8, 163:11, 163:18, 170:2, 173:5, 173:22, 174:18, 184:15, 184:18,

184:21, 185:6, 185:11, 185:18, 186:2, 186:5, 186:11, 186:14, 186:17

**theirs** [1] - 44:12

**themselves** [3] - 72:13, 168:25, 181:17

**thereafter** [1] - 37:18

**therefore** [8] - 49:17, 90:2, 94:24, 96:8, 103:15, 103:16, 112:8, 142:12

**thinking** [1] - 110:18

**third** [3] - 76:4, 76:5, 136:8

**Thomas** [1] - 72:7

**thoughts** [1] - 71:13

**three** [25] - 11:25, 12:1, 14:2, 16:15, 17:2, 18:21, 21:6, 36:2, 36:14, 41:4, 43:22, 84:25, 106:16, 118:10, 121:23, 124:4, 124:9, 132:4, 134:24, 136:8, 136:11, 142:19, 145:25, 148:1, 149:14

**throughout** [1] - 81:4

**thwarted** [1] - 169:2

**timely** [1] - 37:23

**timing** [1] - 46:1

**tired** [1] - 110:18

**titled** [5] - 15:7, 39:10, 82:6, 87:12, 116:14

**TOCCO** [1] - 1:4

**Tocco** [2] - 5:2, 11:4

**today** [40] - 11:7, 13:5, 22:8, 23:21, 24:8, 25:2, 26:14, 28:13, 40:22, 41:25, 52:1, 54:5, 54:14, 54:15, 60:19, 60:21, 62:10, 70:6, 95:2, 132:16, 132:25, 137:17, 137:23, 139:12, 153:3, 153:18, 155:13, 155:25, 156:1, 156:10, 170:7, 170:13, 172:12, 174:24, 177:21, 177:24, 178:3, 178:24, 184:2, 184:9

**together** [7] - 30:4, 30:8, 81:15, 84:4, 115:2, 184:7, 185:10

**took** [8] - 21:3, 27:21, 55:9, 65:3, 118:2, 124:3, 132:18, 144:11

**top** [2] - 114:10, 175:22

**topics** [1] - 118:10

**total** [4] - 88:8, 88:24, 88:25, 89:1

**totals** [2] - 86:11, 86:14

**touch** [1] - 34:13, 49:18

**touches** [1] - 61:21

**toward** [1] - 146:19

**track** [1] - 119:23

**trade** [1] - 166:8

**traditionally** [1] - 123:5

**transcript** [3] - 185:4, 187:8, 187:10

**transfer** [6] - 24:15, 24:16, 53:25, 54:1, 54:2, 54:3

**transferring** [1] - 26:3

**translate** [1] - 21:18

**transparency** [7] - 17:12, 128:12, 155:22, 164:1, 164:3, 167:22, 168:17

**transparent** [7] - 20:21, 148:3, 148:11, 148:21, 156:18, 179:20, 180:4

**treat** [2] - 44:15, 172:10

**treated** [1] - 172:11

**tremendous** [1] - 181:20

**tried** [2] - 123:8, 140:5

**TRO** [1] - 36:4

**troubling** [1] - 126:9

**Troy** [1] - 1:19

**true** [3] - 52:20, 110:15, 187:8

**truly** [1] - 187:12

**Trustees** [1] - 171:18

**truth** [9] - 74:11, 74:12, 118:20, 118:21, 160:5, 160:6

**try** [12] - 57:10, 59:3, 65:21, 88:20, 119:25, 120:3, 122:5, 161:10, 164:24, 167:5, 184:6

**trying** [16] - 57:4, 73:1, 80:16, 84:20, 115:18, 115:20,

128:8, 135:9, 140:9, 149:16, 151:13, 157:9, 157:13, 167:9

**turn** [3] - 33:24, 98:7, 110:9

**turned** [1] - 123:24

**twenty** [1] - 124:20

**two** [61] - 6:10, 11:24, 12:1, 12:15, 13:4, 13:17, 13:25, 15:17, 15:22, 17:21, 18:7, 21:5, 23:25, 25:14, 30:9, 32:14, 32:15, 32:20, 33:10, 33:11, 55:2, 57:9, 65:15, 66:23, 70:3, 70:12, 72:18, 73:9, 76:21, 77:22, 79:19, 79:22, 84:4, 84:8, 85:1, 88:8, 89:3, 89:4, 89:10, 89:11, 113:8, 117:6, 121:23, 124:3, 124:10, 135:7, 136:7, 136:11, 139:20, 142:14, 142:18, 144:19, 145:3, 154:15, 155:20, 158:18, 165:13, 173:14, 180:21, 184:25

**type** [7] - 46:5, 46:19, 53:16, 100:18, 100:19, 111:19, 174:4

**typically** [3] - 54:4, 114:25, 115:1

## U

**U.S** [5] - 39:8, 39:17, 45:8, 61:10, 179:13

**ultimate** [2] - 23:18, 35:15

**ultimately** [12] - 22:5, 22:22, 23:13, 26:12, 37:10, 40:17, 41:13, 41:19, 45:21, 146:3, 172:21, 176:6

**UM** [1] - 55:3

**unacceptable** [1] - 166:25

**unambiguous** [1] - 165:5

**uncertain** [1] - 172:19

**unclean** [1] - 31:16

**unclear** [1] - 172:21

**under** [35] - 9:16, 14:22, 17:15, 18:8, 18:14, 18:18, 24:15,

24:16, 37:3, 37:13, 38:12, 38:20, 45:4, 45:6, 45:10, 46:24, 53:5, 54:6, 59:12, 60:14, 64:4, 71:23, 77:5, 85:17, 86:3, 88:3, 88:18, 92:16, 96:8, 146:7, 147:10, 148:15, 178:2, 179:17, 181:25

**undergrad** [1] - 119:20

**understood** [5] - 19:15, 96:25, 100:23, 107:8, 140:8

**undisputed** [1] - 58:4

**undoubtedly** [4] - 35:8, 38:24, 55:14, 55:15

**unequivocally** [2] - 42:7, 42:11

**unfair** [1] - 7:22

**unfilled** [3] - 89:18, 89:20, 89:23

**unfiltered** [2] - 17:5, 17:11

**unfortunate** [1] - 168:16

**unfortunately** [2] - 12:13, 169:2

**unheard** [1] - 59:5

**UNIDENTIFIED** [1] - 7:11

**unilateral** [1] - 71:17

**union** [7] - 32:15, 33:3, 44:8, 115:1, 115:6, 116:3, 168:7

**union-backed** [1] - 168:7

**unions** [3] - 114:25, 115:3, 122:10

**unique** [4] - 33:18, 125:22, 175:25

**uniqueness** [1] - 174:16

**unit** [1] - 15:3

**United** [1] - 37:3

**unity** [26] - 12:3, 12:4, 15:14, 32:16, 32:21, 33:1, 33:2, 33:9, 44:4, 44:9, 83:11, 83:20, 86:16, 88:7, 89:10, 89:16, 89:24, 105:6, 105:19, 105:22, 105:23, 115:10, 117:9, 117:14, 122:11, 165:4

**universally** [1] - 47:2

**universities** [5] -

82:19, 83:1, 83:2, 114:15, 117:10

**university** [1] - 20:22

**University** [24] - 11:8, 11:23, 14:23, 20:4, 64:22, 83:7, 84:3, 96:5, 96:7, 96:12, 96:21, 114:2, 114:11, 119:20, 119:21, 142:15, 142:16, 148:12, 148:22, 154:8, 161:3, 171:18, 179:21

**unknown** [2] - 55:18, 132:10

**unless** [8] - 6:18, 15:4, 21:9, 33:19, 39:22, 47:6, 61:20, 64:6

**unpublished** [2] - 68:17, 171:5

**unreasonable** [1] - 55:6

**unrefuted** [4] - 166:8, 166:11, 166:17, 170:6

**unusual** [2] - 94:10, 94:11

**up** [41] - 9:5, 11:24, 12:6, 12:11, 13:10, 24:1, 25:7, 25:8, 25:11, 26:8, 28:21, 34:16, 38:21, 43:7, 43:20, 53:22, 54:11, 68:1, 81:23, 83:6, 89:2, 91:19, 99:23, 100:19, 101:17, 114:25, 115:2, 115:4, 119:1, 120:9, 120:14, 120:17, 123:2, 123:14, 132:25, 139:3, 140:22, 142:24, 143:5, 156:7

**uproar** [2] - 58:23, 133:2

**upset** [9] - 123:9, 133:21, 134:1, 134:14, 134:15, 134:16, 134:25, 135:23, 135:24

**Upton** [2] - 14:12, 66:11

**urging** [1] - 55:16

**USB** [1] - 3:14

**uses** [1] - 105:23

**utilize** [1] - 95:19

**utilized** [7] - 100:25, 101:2, 101:5, 141:5, 141:7, 141:8, 141:11

## V

**vacuum** [1] - 118:11
**Valentine** [1] - 1:18
**valid** [3] - 15:4, 79:10, 79:11
**validity** [1] - 126:10
**vendor** [1] - 92:2
**venue** [3] - 28:7, 28:8
**verbally** [1] - 105:2
**verified** [9] - 6:16, 16:8, 16:10, 17:1, 78:14, 83:16, 93:2, 130:15, 167:3
**versus** [17] - 4:6, 14:11, 14:15, 19:20, 39:11, 39:19, 61:5, 66:7, 66:15, 67:4, 67:9, 67:14, 68:8, 94:17, 144:17, 174:3, 179:10
**via** [3] - 5:22, 105:11, 123:24
**viable** [1] - 182:21
**vibrant** [1] - 123:3
**video** [9] - 120:6, 129:13, 131:9, 132:13, 132:18, 132:19, 133:18, 134:13, 185:23
**videos** [2] - 129:10, 132:9
**view** [5] - 32:24, 48:3, 137:10, 154:13, 154:15
**violate** [1] - 151:25
**violated** [12] - 21:17, 40:5, 40:8, 47:19, 62:7, 63:21, 63:22, 64:19, 65:11, 115:6, 149:23, 151:7
**violating** [2] - 47:10, 47:13
**violation** [9] - 18:13, 20:14, 26:20, 50:23, 61:22, 181:8, 182:1, 182:4, 182:20
**violations** [7] - 18:18, 91:16, 93:25, 147:18, 148:2, 149:14, 149:25
**virtually** [1] - 170:9
**VOICE** [1] - 7:11
**voice** [2] - 9:4, 174:13
**voiced** [1] - 135:23
**voluntarily** [1] - 28:16
**vote** [64] - 12:7, 12:22, 16:17, 16:20, 17:7, 17:10, 29:19, 32:22, 33:10, 33:13, 41:21,

42:1, 43:3, 44:17, 58:5, 85:4, 86:2, 92:22, 93:21, 93:22, 94:15, 96:6, 103:16, 109:18, 112:11, 121:13, 121:17, 121:18, 122:11, 123:5, 124:9, 129:25, 133:19, 137:21, 142:13, 144:11, 145:7, 145:9, 145:19, 146:6, 146:13, 146:20, 147:19, 147:20, 147:25, 148:13, 148:22, 151:24, 153:2, 154:9, 159:7, 168:8, 171:15, 171:16, 171:24, 172:5, 174:13, 179:21, 180:12
**vote-counting** [4] - 148:13, 148:22, 154:9, 179:21
**voted** [13] - 18:10, 58:12, 96:6, 123:24, 125:23, 138:22, 142:8, 143:3, 153:8, 167:18, 167:19, 169:11
**voter** [2] - 54:23, 125:22
**voters** [8] - 16:20, 94:8, 126:9, 128:2, 138:9, 138:15, 139:1, 166:21
**votes** [37] - 12:12, 14:22, 16:25, 19:5, 21:6, 33:11, 36:8, 38:11, 51:2, 58:5, 58:9, 85:8, 85:9, 85:11, 85:14, 85:17, 86:3, 86:11, 88:24, 89:1, 109:11, 121:22, 122:2, 123:25, 124:1, 125:13, 125:16, 138:14, 138:21, 138:24, 145:6, 145:22, 150:18, 179:22, 180:16
**voting** [157] - 12:6, 12:14, 12:18, 12:19, 13:3, 14:23, 15:7, 15:11, 15:13, 15:19, 15:22, 15:23, 16:21, 17:5, 20:22, 21:2, 21:3, 32:21, 32:25, 33:14, 42:1, 42:8,

42:12, 42:23, 42:25, 43:1, 43:10, 44:22, 47:21, 48:12, 58:16, 62:14, 62:17, 65:12, 77:5, 77:11, 77:19, 77:21, 77:23, 77:24, 78:21, 79:2, 80:17, 81:2, 81:8, 81:17, 82:7, 82:10, 83:23, 84:2, 84:9, 84:13, 84:16, 85:12, 85:16, 85:18, 86:3, 86:6, 86:11, 86:14, 88:14, 88:18, 88:23, 90:4, 90:9, 90:14, 91:16, 91:19, 91:22, 91:24, 92:3, 95:19, 95:20, 96:2, 96:10, 98:11, 98:21, 99:2, 99:8, 99:22, 100:10, 100:11, 100:24, 101:2, 101:4, 101:18, 103:8, 103:11, 103:19, 103:22, 103:23, 103:25, 104:4, 104:10, 104:21, 105:4, 105:8, 105:16, 106:3, 106:22, 107:11, 107:17, 109:14, 111:18, 111:24, 112:7, 113:21, 114:18, 116:9, 116:14, 116:21, 116:25, 128:14, 138:1, 138:3, 140:14, 141:1, 141:3, 141:5, 141:6, 141:11, 141:17, 141:20, 141:24, 141:25, 142:9, 143:3, 143:7, 143:9, 143:14, 144:8, 144:10, 144:13, 145:10, 145:15, 145:16, 150:19, 153:4, 153:6, 153:15, 154:17, 155:1, 158:14, 159:4, 161:3, 165:17, 165:20, 165:21, 166:2, 166:9, 167:15, 169:19, 170:22, 171:14

## W

**wait** [7] - 29:18, 30:12, 65:7, 122:21, 133:1,

134:22
**waited** [3] - 38:14, 135:6, 135:7
**waiting** [1] - 167:2
**walk** [2] - 75:25, 184:8
**wants** [4] - 32:24, 41:8, 73:18, 113:17
**warrant** [1] - 175:25
**Washtenaw** [1] - 76:19
**waste** [2] - 63:15, 164:19
**watch** [1] - 132:14
**watching** [1] - 145:6
**Wayne** [5] - 32:13, 114:2, 142:15, 171:18, 174:10
**ways** [1] - 161:16
**wearing** [4] - 58:19, 128:24, 129:15, 129:17
**website** [16] - 15:5, 15:7, 79:4, 79:10, 90:16, 103:21, 104:13, 111:23, 117:5, 117:6, 126:24, 140:19, 140:22, 140:24, 141:23, 165:18
**week** [4] - 30:9, 31:5, 155:15, 172:14
**weeks** [3] - 21:6, 55:2, 142:19
**weigh** [4] - 40:6, 40:8, 64:8
**weighing** [1] - 175:20
**weight** [2] - 165:22, 177:16
**weighting** [1] - 125:19
**Werner** [3] - 2:24, 187:6, 187:20
**West** [3] - 1:18, 2:2, 187:21
**whole** [22] - 21:2, 58:17, 58:22, 72:17, 74:11, 89:11, 89:13, 89:15, 89:16, 116:1, 118:20, 120:6, 121:6, 122:17, 129:24, 130:1, 155:6, 160:5, 162:6, 165:11, 168:17, 168:21
**wide** [1] - 55:4
**widely** [1] - 116:5
**win** [3] - 41:8, 81:3, 84:18
**winner** [5] - 156:4, 156:7, 156:9, 156:16, 156:21

**winning** [1] - 15:14
**wins** [2] - 15:16, 166:10
**Wiseley** [3] - 14:16, 66:8, 67:4
**wish** [10] - 6:5, 8:13, 51:17, 76:1, 129:6, 158:4, 159:14, 159:19, 183:2, 185:8
**WITNESS** [10] - 74:19, 74:23, 78:18, 101:13, 117:20, 119:6, 134:2, 160:13, 162:22, 187:13
**witness** [27] - 7:2, 7:18, 7:24, 8:7, 8:13, 33:22, 34:3, 59:9, 62:16, 62:23, 69:15, 74:4, 74:7, 75:23, 78:15, 83:13, 92:24, 101:11, 117:21, 117:23, 118:15, 128:19, 131:19, 132:17, 159:12, 159:19, 162:23
**witness's** [2] - 118:3, 136:18
**witnessed** [2] - 166:6, 166:12
**WITNESSES** [1] - 3:3
**witnesses** [7] - 6:10, 34:7, 63:4, 63:13, 64:11, 130:13, 170:15
**woman** [1] - 161:15
**won** [17] - 12:12, 41:6, 41:12, 50:11, 85:20, 86:7, 86:15, 86:16, 88:1, 88:15, 90:3, 127:25, 128:6, 128:15, 157:1, 164:5, 172:15
**wondering** [1] - 115:16
**word** [1] - 136:19
**words** [6] - 21:20, 25:15, 45:23, 46:3, 115:10, 177:12
**workings** [5] - 21:16, 38:25, 39:4, 45:17, 61:11
**world** [1] - 30:7
**writing** [2] - 17:19, 96:25
**written** [6] - 5:19, 10:3, 112:16, 141:10, 141:12, 183:19
**wrongfully** [1] -

167:20
**wrongs** [2] - 31:3,
32:8
**wrote** [6] - 12:21,
77:8, 86:8, 87:15,
109:7, 127:15

## Y

**year** [4] - 48:6, 48:21,
72:3, 72:4
**years** [9] - 32:14, 57:9,
76:16, 76:18, 76:19,
76:21, 76:23, 113:8
**yelling** [1] - 58:17
**yellow** [4] - 58:20,
128:24, 129:15,
129:17
**yesterday** [9] - 4:12,
10:4, 29:23, 29:24,
35:17, 52:3, 52:6,
52:19, 55:11
**yourself** [3] - 31:13,
109:22, 159:18
**youth** [2] - 123:4,
123:17

## Z

**zero** [2] - 89:17,
171:25