UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUWAIDA ARRAF, et al.,

      Plaintiffs,                          Case No. 1:24−cv−00933−JMB−SJB

v.

MICHIGAN DEMOCRATIC PARTY, et al.,

      Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Scott Eldridge

RE:  Response in Opposition – #11

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

                                                      CLERK OF COURT

Dated:  September 30, 2024      By:  /s/ P. Woods_____
                                                    Deputy Clerk