UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUWAIDA ARRAF, et al.,

    Plaintiffs,

v.

MICHIGAN DEMOCRATIC PARTY, et al.,

    Defendants.
_____/

Case No. 1:24-cv-933

HON. JANE M. BECKERING

## **ORDER**

Pending before the Court is Plaintiffs' September 12, 2024 "Emergency Motion for Preliminary Injunction" (ECF No. 3), to which Defendants filed a response in opposition on September 27, 2024 (ECF No. 11). Plaintiffs did not file a reply to the response. Rather, on October 4, 2024, Plaintiffs filed a Notice of Withdrawal of Emergency Motion (ECF No. 13). Accordingly:

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion for Preliminary Injunction (ECF No. 3) is WITHDRAWN.

Dated: October 7, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge