UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUWAIDA ARRAF, JENNIFER KIRBY
and MADELEINE TOCCO, individually
and on behalf of all similarly situated,

    Plaintiffs,

v.

MICHIGAN DEMOCRATIC PARTY,
LAVORA BARNES, in her official
capacity as Chair of the Michigan
Democratic Party, CHRISTINE JENSEN,
in her official capacity as Executive Director
of the Michigan Democratic Party,

    Defendants.

Case No. 1:24-cv-00933
Hon. Jane M. Beckering

---

Huwaida Arraf (NY 4707220)
45836 Eden Dr.
Macomb, MI 48044
917.588.3482
huwaida.arraf@gmail.com
*Attorney for Plaintiffs*

Scott R. Eldridge (P66452)
Erika L. Giroux (P81998)
MILLER, CANFIELD, PADDOCK, AND STONE, PLC
120 N. Washington Square, Suite 900
Lansing, MI 48933
517.487.2070
eldridge@millercanfield.com
giroux@millercanfield.com
*Attorneys for Defendants*

---

### STIPULATED ORDER RESETTING DATE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 16]

Plaintiffs and Defendants having stipulated to the entry of this Order, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the deadline for Plaintiffs to respond to the

2

Defendants Michigan Democratic Party, Lavora Barnes, and Christine Jensen's Motion to Dismiss [ECF No. 16], shall be November 13, 2024.

    IT IS SO ORDERED.

_____
Hon. Jane M. Beckering
United States District Court Judge

Dated: _____

Stipulated as to form and content:

*/s/ Huwaida Arraf*_____
Huwaida Arraf (NY 4707220)
45836 Eden Dr.
Macomb, MI 48044
917.588.3482
huwaida.arraf@gmail.com
*Attorney for Plaintiffs*

Dated: November 7, 2024

*/s/ Erika Giroux* (with consent)___
Scott R. Eldridge (P66452)
Erika L. Giroux (P81998)
MILLER, CANFIELD, PADDOCK, AND STONE, PLC
120 N. Washington Square, Suite 900
Lansing, MI 48933
517.487.2070
eldridge@millercanfield.com
giroux@millercanfield.com
*Attorneys for Defendants*