UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUWAIDA ARRAF, et al.,

    Plaintiffs,

v.

MICHIGAN DEMOCRATIC PARTY, et al.,

    Defendants.
_____/

Case No. 1:24-cv-933

Hon. Jane M. Beckering

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is DISMISSED.

Dated:  April 14, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge